IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 23-CR-239-CKK |
| | ) |
| HEATHER R. MORGAN. | ) |
| | ) |

**CONSENT MOTION TO MODIFY
CONDITIONS OF PRETRIAL RELEASE**

Heather Morgan, through undersigned counsel, and with consent of the government and Pretrial Services, respectfully asks this Court to modify the conditions of pretrial release as follows: (1) to step Ms. Morgan down from home incarceration to home detention, such that she may leave the residence for work and work-related events and medical appointments as needed, and without advance approval of Pretrial Services; (2) to expand the locations to which Ms. Morgan is permitted to travel to District of New Jersey; (3) to permit travel outside of the Southern and Eastern District of New York, and the District of New Jersey, with the approval of Pretrial Services and the government ███████████████████████████████████████████ (4) to permit Ms. Morgan to possess additional electronic devices with monitoring software installed on each such device. In support of this motion, Ms. Morgan states as follows:

1. Ms. Morgan is currently on pretrial release. Ms. Morgan is under the courtesy supervision of the U.S. Pretrial Office for the Southern District of New York, with primary supervision in this District.

2. On August 3, 2023, Ms. Morgan entered a plea of guilty to two counts of 18 U.S.C. § 371. As set forth in her plea agreement, the parties agree that she faces an advisory guidelines range of 63 to 78 months ███████████████████████████████████████████████████████████. Ms. Morgan has no criminal history, and has been in full compliance with strict conditions of pretrial release entered by the Honorable Beryl A. Howell nearly 18 months ago, on February 14, 2022.

3. Under the current conditions of pretrial release, Ms. Morgan is subject to 24-hour home incarceration, with a modification that permits Ms. Morgan to leave her residence for work on specific days. *See US v. Morgan*, 22-MJ-22, Conditions of Release ¶ (7)(p)(iii) (ECF 24); Order Modifying Conditions (22-MJ-22, ECF 79) (permitting Ms. Morgan to leave home incarceration for work on Monday, Wednesday and Friday from 10 AM until 8:30 PM). With the exception of travel for court hearings and attorney conferences, Ms. Morgan's travel is restricted to the Southern District of New York and the Eastern District of New York. 22-MJ-22, ECF 24 ¶ 7(f). Ms. Morgan was limited to one specific electronic device with monitoring software installed by Pretrial Services. *Id.* at ¶ 7(t). This condition was subsequently modified to permit Ms. Morgan to possess a smart phone with monitoring software. *See* 22-MJ-22, ECF 70 (Motion) and November 22, 2022 Minute Order granting motion.

4. Ms. Morgan is currently employed as a growth marketing and business development specialist, and is expected to go to work from her employer's office. *See* 22-MJ-22, ECF 70. Ms. Morgan must also attend work events, conferences, and client meetings that are often scheduled outside of regular work hours, including on weekends. Many of these events are scheduled on short notice. Additionally, Ms. Morgan works on a contract basis with her own clients, including one business that is located in the District of New Jersey. This work often

requires her to attend in-person meetings. Given these circumstances, Ms. Morgan respectfully asks this Court to modify the conditions of release and place her on home detention, rather than home incarceration.

5. With respect to travel outside of the permitted Districts, Ms. Morgan respectfully asks this Court to permit such travel without the need to file a motion where both Pretrial Services and the government approve of such travel. The parties respectfully submit that such a modification is appropriate given Ms. Morgan's compliance with strict conditions of release over the course of nearly 18 months. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Ms. Morgan will remain subject to location monitoring during any such travel.

6. Finally, with respect to her request for additional electronic devices, Ms. Morgan is currently limited to a computer and a smart phone. However, her work at times can be done more efficiently on a tablet, such an as iPad. In addition, her employer or her clients may require her to work on specific electronic devices. All such devices would be subject to electronic monitoring by Pretrial Services.

---

1 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

For the foregoing reasons, Ms. Morgan respectfully asks this Court to modify the conditions of pretrial release as detailed above.

Respectfully submitted,

By: /s/ Eugene Gorokhov
Eugene Gorokhov (D.C. Bar No. 979785)
BURNHAM & GOROKHOV, PLLC
1750 K Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 386-6920
eugene@burnhamgorokhov.com

5

## CERTIFICATE OF SERVICE

I hereby certify that I caused this motion to be served upon counsel for the government via ECF and the unredacted version was served by email.

/s/ Eugene V. Gorokhov
Counsel for Ms. Morgan