# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-cr-239-2 (CKK) |
| : | |
| HEATHER RHIANNON MORGAN, : | |
| : | |
| Defendant. : | |

## AMENDED PRELIMINARY ORDER OF FORFEITURE

**WHEREAS**, a written plea agreement was filed with this Court and signed by defendant Heather Morgan, and her counsel, Eugene V. Gorokhov and Charles Burnham, in which the defendant agreed to plead guilty to a Criminal Information charging, Count Two, Conspiracy To Launder Monetary Instruments, in violation of Title 18, United States Code, Section 371, and Count Three, Conspiracy To Defraud the United States, in violation of Title 18, United States Code, Section 371, and the defendant has pled guilty to those offenses;

**WHEREAS**, the Criminal Information alleged the forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of the offense alleged in Count Two, which property is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c);

**WHEREAS**, the Criminal Information also alleged the forfeiture of specific properties listed in Attachment A hereto;

**WHEREAS**, the Criminal Information further alleged that the United States will seek a forfeiture money judgment against the defendant and in favor of the United States for a sum of money equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of the offense alleged in Count Two, which property is subject to

1

forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c);

**WHEREAS**, in her plea agreement, the defendant agreed to the forfeiture of the above property and the entry of a forfeiture money judgment in the amount of $72,618825.60 at sentencing;

**WHEREAS**, following entry of the defendant's guilty plea and that of her co-defendant Ilya Lichtenstein, the government has seized and recovered additional specific properties which constitute or are derived from proceeds traceable to a violation of the offense alleged in Count Two, and which are listed in Amended Attachment A hereto;

**WHEREAS**, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, including the defendant's plea agreement, that (1) any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of the offense alleged in Count Two to which the defendant is pleading guilty, is subject to forfeiture; and (2) the specific property identified above is subject to forfeiture, and the Government has established the requisite nexus between the property and the offenses; all pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c);

**WHEREAS**, Title 21, United States Code, Section 853(p) authorizes the forfeiture of substitute property;

**WHEREAS**, the defendant has admitted that proceeds she personally obtained have been dissipated by her and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the

Court; and

***WHEREAS***, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

***NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED***:

1. That the following property is declared forfeited to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c): any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of the offense alleged in Count Two to which the defendant is pleading guilty. The specific properties listed in Amended Attachment A hereto are declared forfeited to the United States.

3. The Court finds that proceeds that the defendant personally obtained as a result of the offenses to which she has pled guilty have been dissipated by her and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court.

4. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

5. That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, and the defendant's consent, this Order of Forfeiture is now final as to the defendant and shall be made part of the sentence and included in the judgment.

6. The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose

of property subject to this Order.

7. The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

Dated this _____ day of _____, 2024.

_____
THE HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

# AMENDED ATTACHMENT A

a. Approximately $2,460,375 seized from the Flagstar bank account corresponding to Signature Bank account number 1503814168.

b. Approximately $352,381.55 seized from Wells Fargo bank account number 5361262370.

c. Approximately $228,266.02 seized from JPMorgan Chase bank account number 877916952.

d. Assorted U.S. and Canadian gold coins, worth between approximately $160,000 and $300,000, which were excavated and recovered by law enforcement from LOCATION 1, a premises in California known to the Defendants and the Government.

e. Approximately 94,643.29837084 Bitcoin (BTC) (after required fees) seized from wallets recovered from Defendants' online storage account. The U.S. government's seizure of the 94,643.29837084 BTC is reflected in the following cryptocurrency transaction hashes:

| |
|---|
| 6e0d701ac2ea3ad87fc8bcaa786b994aa943f5eb9a67a1e345769bb090bf5b9e |
| afdfeeadb9f0a4691cbb8ace33a7c24c052b3608c4c8cc2e25afe053926b6389 |
| 77ad70fadfbbad5191c47c951469095ca845006f25fe9814f30f2853af367459 |
| c49ff6bd054fb386cd02fc94ca34b8773229ed8a5538e023ef7bea772d70c17a |
| 9d06994238d0de958033f42db39a6d2cc0de35e84be0ed080e41f017f02dffb3 |
| ed1812e8310bb25fbd138aae17be738ad3fa20e0783a8598c8dea56d3be5dad7 |
| ee56a9957f1f6166440bea01d0c0c29e4cec6230bb8231eced6ba844bb095d2a |
| c250725cfc9671d3849a3e85343ec5f3d045f805d002e56725c8ea2aebb9131a |
| b0aa2d76fd9463da6a7aff59e37d7ebf7b6aa1b660de2b2e9ab7755cf6f60ac3 |
| b18e40d96906b7b17f337ad6250f0c5aa9db93498832125374102dd2f5e0ed47 |
| 8e5102edd876f71e3482b7602dd9141fbce3ac869fba55a757b4354c70536f34 |
| 11bae40ae4315a1e8f7d9a8df676db6bdb497b153711d1bf7952c540ed1a5966 |
| e6088723889de70fa985e7b8c012c77ea693a6ef9379fb26a951a2bb5c722525 |
| 3fe798be890c7db8beaca9d005cd650e787b1b16bc5e47eef26bfa87124b6a95 |
| d006075f40136ea7733aec2d6f32c31abc09f779de01a33e7e07804907d339c7 |
| 8e53ca8952fbf2d1a272ab376555a1ccee1ff0bcab0747a8c91b0ccfc77cc3fb |
| 97e4eb7ca5d0b2b6d501a53478486d5ed75ce58d1204c6036f25b33439d48627 |
| 658a550600e814f7bf7d032b7984912857f37c96a68e4dd3eb1dce4fc774e26f |
| 98281f388a4441d7bb00537e65b1a4581dcaddd3606fc09f6cf19598343be34d |
| d1dbc472abe47902aa71e639ba2feb2098b474ab20b853168ecdb0d87ce02955 |
| 61594a56cd2ef501cdb55b9037cd5785d1ad2eedfb1a4fab7ded50b1052a0650 |

| |
|---|
| b7bf853fd6eb27f66963d219d29b85e13796e315473b7c08484335a0b0da7669 |
| 9af41957244e97e70378a7afd2d41b73d0a64d94c9b2df9049c29dd1919741cb |

      f.  Approximately 117,376.52651940 Bitcoin Cash (BCH) (after required fees) seized from wallets recovered from Defendants' online storage account. The U.S. government's seizure of the 117,376.52651940 BCH is reflected in the following cryptocurrency transaction hashes:

| |
|---|
| c29fb28633a9bee7720f7ec021c2441dc6a2289c92e887ac5214c35d49314379 |
| 0b9013f818de45ddfa9068f54f8513f15ae35bd711054d119b483a791c750684 |
| 0ae0e3c0db61a2542015164bdcead1636c614bdd5bf51b9537c5b8312db2b84a |
| 16e1ba9b30fd5c86c9dd4ef3967105c2fbfe7ed9f510900b8acd7f7a0a9cdbd8 |
| 2544551e053688217ececb544bdc065d502db4ff4f227053fa25cc41be907541 |
| 4f24389c09897d50239d0be3ec39044160f65985cfb3fdf11d117a8fa39aaa24 |
| 6ad1a5ef2ed573b010e7ab32b395bed32142c07bf8bb67534880bbb03591215d |
| 7278e247fc3c7bfa81732ba63c628fe30cb160ec9b7fa357a5dcff8a2f6738e3 |
| 739b58b49039856f8db1da64c713372e04c4e09f9ca32437b639b4d37aad920b |
| 7570b746ecd24f66eb754e100f79c5259e9eecb0c7a0188e6cf5ee84f76d9b21 |
| 7cbd6e7161bbcb80865ef855128bbe1cdeb1e6b87788a99c2559046294bc898f |
| e308fc1199a044f613578e365313008762b8b779b3d92191e6e6ba9a6f5e2182 |
| f8efc360fcd7d6f27b9f7e51911f361b94cb1ff2734be5e301b3cacedda9481e |

      g.  Approximately 117,376.58178024 in Bitcoin Satoshi Vision (BSV) (after required fees) seized from wallets recovered from Defendants' online storage account. The U.S. government's seizure of the 117,376.58178024 BSV is reflected in the following cryptocurrency transaction hashes:

| |
|---|
| 2cf808c73bda45a6ee1c266c60da50f01250d9452f7b51e1caaf3ecec605b416 |
| a0ede2c37597976de79a67db2096b3d8f7a4f60f357c09953a7342ad1948b4b5 |
| 6b46c0067f786acf4f5a1925f12b9860ad61817829f30fefd898ad0c3bbaeaf0 |

      h.  Approximately 118,102.03258447 in Bitcoin Gold (BTG) (after required fees) seized from wallets recovered from Defendants' online storage account. The U.S. government's seizure of the 118,102.03258447 BTG is reflected in the following cryptocurrency transaction hashes:

| |
|---|
| a4ba827e99c6cef43ff590457671b63c0d52b2c215797e67c81fc168f499932c |
| 97263227ea621461f3d22132c3e7562b0e401853fd4aced1db1b34aba1a65ab4 |
| 41ad49ad96dfd64eb0293484d4953ccbff7d70839e4c7b75db472c5553db1532 |
| d6e8f7d9aac687cac9af801b4b38cbc8e71db2f21d41f0a6e0d8052d8087456b |
| c2d69e0a0090f201a29d6afb3655b7118b2282146abf64b044481ed99eb2fa27 |
| ec3e2b93e7f7be50bb827ebfd366e2e1f4627dd8ed4550427ec793a3ea20187c |

| |
|---|
| 2aa7dbb29d707fb1150c13d1ee6a0a17eeef7326116251cb5d13081fcd297ad8 |
| 70ed72a2c1e2d828f314f5bb327b0e03421bf854c4aba3ea9393258af6fba044 |
| c656cd61fce6c3aebeb0f20818d5d092c04c379d3fc72e3ec7e4f019f71a40ec |
| 2238af7a93f797a32ea20492fffa5e27b4d425c46ee7cb0e4fa262e2cddf3142 |
| ec2f4d2e7c13f19657ad4559a9bfd254437989f0f45e8993a17d84c374ecb02f |
| 5e26b7706b1c53b49d99ac1f501971b3d62c6d7e0ba6a01c9791e0d675cfb6e7 |

    i. Approximately 5,946,741.461183 USDC tokens (USDC), 72.80579971 Staked AAVE (stkAAVE), and 13.68042788 Ether (ETH) (after required fees) seized from wallets recovered from the Defendants' online storage account. The U.S. government's seizure of the 5,946,741.461183 USDC, 72.80579971 stkAAVE, and 13.68042788 ETH is reflected in the following cryptocurrency transaction hashes:

| |
|---|
| 0x61d691bdafa62e0b6dcbea59a9d2a706d36df06b38b1e5f5bfbc20258fdb8f62 |
| 0x8f7c636bc8c535d41dc321197c6faee791b9baf20220489cad8c63ca41320f07 |
| 0xe32bda04be91e4555ff222bd76854a41cba5d8889986426ded5b821d75148ef8 |

    j. Approximately 19,115.967806 USDT tokens (USDT), 1,000 USDC, and 2.075 ETH (after required fees) seized from wallets recovered from an external hard drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005. The U.S. government's seizure of the 19,115.967806 USDT, 1,000 USDC, and 2.075 ETH is reflected in the following cryptocurrency transaction hashes:

| |
|---|
| 0x208589d357a9741d8c9dc52b4fe26cdb58d923c7026caefea5d18f2c32deb470 |
| 0x2924bfed103cf47743e06c8fc4e3d448aef66bd5e4c8b055c432cf97dcc66d92 |
| 0x043f8cde1f7cdae67c8da6823d7a11ce6c8910a5b281f8b33b8efb9f0bb48049 |

    k. Approximately 1.97187082 ETH (after required fees) seized from wallets recovered from Defendants' online storage account. The U.S. government's seizure of the 1.97187082 ETH is reflected in the following cryptocurrency transaction hash:

| |
|---|
| 0xc15e937c65cfa7d920505ed76dc939567e25c43eb232bddf31c865828b02cc2c |

    l. Approximately 12.2461 ETH and 0.87954 Curve DAO tokens (CRV) (after required fees) seized from wallets recovered from Defendant's online storage account. The U.S. government's seizure of the 12.2461 ETH and 0.87954 CRV is reflected in the following cryptocurrency transaction hashes:

| |
|---|
| 0xc7e08c2c508c353fbf13a72ead2350ae174cacac039cb801c411a12d0823decb |
| 0x612e5774af05cef0626f429d876a315bbdb794fac8fe361ba1d4a01cb3db86a4 |

m. Approximately 80.56402717 stkAAVE, 4,065.89171 USDC, and 5,364,110.70685914 Dai tokens (DAI) (after required fees) seized from wallets recovered from Defendants' online storage account. The U.S. government's seizure of the 80.56402717 stkAAVE, 4,065.89171 USDC, and 5,364,110.70685914 DAI is reflected in the following cryptocurrency transaction hashes:

| |
|---|
| 0xc72aa554c07abcf7be1823b564de679f7a6a7153a753c7bbb6489712edfa1efb |
| 0xc4ab2429935e413581a684915ec50a6def2342958e81b4e53bddfc81d94ff07f |
| 0xc28daceb604b66f949307191d890831cc1d4580a54b99be492a992117ee601c6 |

n. Approximately 2,069,017.24663 USDT and 128,337.93012591 CRV (after required fees) seized from wallets recovered from Defendants' online storage account. The U.S. government's seizure of the 2,069,017.24663 USDT and 128,337.93012591 CRV is reflected in the following cryptocurrency transaction hashes:

| |
|---|
| 0xaac3544af0a36f02ed3f9019f8ab6ec01a46cdef1c6678eb02e4de77cfc44429 |
| 0x34adc0fcf52d47e448f39c8f532a18ea7ffe2350bdde2dd3559e1b40d9cf697c |

o. Approximately 1,776,679.991662 USDC (after required fees) seized from wallets recovered from Defendants' online storage account. The U.S. government's seizure of the 1,776,679.991662 USDC is reflected in the following cryptocurrency transaction hash:

| |
|---|
| 0x9e5766270527f9fbf2b74da6abace6d50990c4b29979751b05497acd24c6e78d |

p. Approximately 627,063.794652 USDC from wallets recovered from Defendants' online storage account and 0.779782 ETH (after required fees). The U.S. government's seizure of the 627,063.794652 USDC and 0.779782 ETH is reflected in the following cryptocurrency transaction hashes:

| |
|---|
| 0x6fd9dea95481cd84e48af90d4a2215f81b9a6832d5cf30f1ffd35fdb3b9cc46d |
| 0x1ba8834537f2518c287f3417bc48ecb747f2a692f7ac03004ee3fd4056d7df69 |

q. Approximately 1,030,436.50 aUSDT (after required fees) seized from wallets recovered from Defendants' online storage account. Those wallets were also contained on an external hard drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005. The U.S. government's seizure of the 1,030,436.50 aUSDT is reflected in the following cryptocurrency transaction hashes:

| |
|---|
| 0xb1d1de4f7c436159423a6ee4de34f6cf298ab26ae270c3b63519515176fbb53b |
| 0x39eade1b7e201e24bd92a8ce0ae5673cc521adbfa29351d2cc3cd756029adfe2 |

r. Approximately 17,572,068.53 aUSDC (after required fees) seized from wallets recovered from Defendants' online storage account. Those wallets were also contained on an external hard that was drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005. The U.S. government's seizure of the 17,572,068.53 aUSDC is reflected in the following cryptocurrency transaction hashes:

| |
|---|
| 0x12e74e760a5861887e8708333782832f09d4f078e23dd4d34e6c771ef628e8d8 |
| 0x65f4d5090f00d90055c133033a06f62eb5e103c1ec3ea4274ef66491af393117 |
| 0xe37147cf749215a92171d4578109c1a1323df9d47cc94ad0955e64e724fbfe44 |
| 0x912eb6c734a0c5fb23ba156d5e1990cae3d890e620f745c4c3c5dc7947777dc3 |

s. Approximately 3,542,129.56 Yearn Vault USDT (yvUSDT) (after required fees) seized from wallets recovered from Defendants' online storage account. Those wallets were also contained on an external hard drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005. The U.S. government's seizure of the 3,542,129.56 yvUSDT is reflected in the following cryptocurrency transaction hashes:

| |
|---|
| 0xfca09a4d2cdb169e91dd967fbd81c0db5a6b697e335de5ce6aa82efcd6557c3b |
| 0x8ae611b2b4deeae1c2e2c7fc74d2595c912ddfe87076d450593d60c58be98b87 |

t. Approximately 2,818.199 BTC (after required fees) seized from wallets recovered from Defendants' online storage account. The transfer of these assets to the U.S. Marshals Service is reflected in the following cryptocurrency transaction hashes:

| |
|---|
| 20b3673bf0d6294c46faf88204349530b694902797ce726d800ab0f342cd88d4 |
| 879a2d574abe141c4a932767ec59302520f7b7dda5c59e9230d32dd51fcbe5ee |

u. Approximately 12,267.025 BTC (after required fees) seized from wallets contained on an external hard drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005. The transfer of these assets to the U.S. Marshals Service is reflected in the following cryptocurrency transaction hashes:

| |
|---|
| a0d8817455f004426e56cd502d2fc47d60ed1489363c97cd3dd1c2070f12659c |
| 0c425db3da697bde3277852c8cea3c9bd9adc6575e593ef349c207ee3f4ab5a2 |

v. Approximately 1,155.901 BTC (after required fees) seized from wallets recovered from Defendants' online storage account. Those wallets were also contained on an external hard drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005. The transfer of these assets to the U.S. Marshals Service is reflected in the following cryptocurrency transaction hashes:

```
a1062947908576e32d4bbd34e28e9be1a98f9057496254dcf2f99c4cb2163ea1
c5fc3a6a2411a398d72f4de18fe480810f5f9f718660659d8c3c031412faaad3
```

 w. Approximately 901,014 in USDC (after required fees) seized from wallets recovered from Defendants' online storage account. Those wallets were also contained on an external hard drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005. The transfer of these assets to the U.S. Marshals Service is reflected in the following cryptocurrency transaction hash:

```
0x7593212e7d1b3a886041e8185a1ac2014d512b3b824d8b8e56ceb8041d7947fa
```

 x. Approximately 290,729 USDT (after required fees) seized from wallets recovered from Defendants' online storage account. Those wallets were also contained on an external hard drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005. The transfer of these assets to the U.S. Marshals Service is reflected in the following cryptocurrency transaction hashes:

```
0x989359598f029a8fe4e731e600755e917657054c4fd6d34a1fd01f0cae4bc76f
0xfedcd5240a562dc05d6f2c0eb37e600c19012516a67356bfa9d9b68b0f77c795
```

 y. Approximately 5,990 USDT (after required fees) seized from wallets contained on an external hard drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005. The transfer of these assets to the U.S. Marshals Service is reflected in the following cryptocurrency transaction hash:

```
0x7f50b68db4e36e8776f10489446859270ee906d471ba4fe30b61310ce5dd96e8
```

 z. Approximately 1000.06 in ETH (after required fees) seized from wallets recovered from Defendants' online storage account. The transfer of these assets to the U.S. Marshals Service is reflected in the following cryptocurrency transaction hash:

```
0x3c8d25095a6b9986cf35c22d4d3de7b875c09f68c2a314e009a0978b4f96e37b
```

 aa. Approximately 7.998 BTC (after required fees) seized from wallets contained on an external hard drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005. The transfer of these assets to the U.S. Marshals Service is reflected in the following cryptocurrency transaction hashes:

```
196e4c6d1ef0642f50f8aeeec757442b220be84c6f06476bead5e89f0323f29e
2d39984ec84baf807259e6cc14c19549960c09757cfe8815f299abf8a8f04fcb
```

bb. Approximately 1,770.049 ETH (after required fees) seized from wallets contained on an external hard drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005. The transfer of these assets to the U.S. Marshals Service is reflected in the following cryptocurrency transaction hash:

```
0x6417b22fb8781fab467f4e5a2c30daa6aa0c16d72375545db4f692a22b3e8b1b
```

cc. Approximately 264.863 BTC (after required fees) seized from wallets contained on an external hard drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005. The transfer of these assets to the U.S. Marshals Service is reflected in the following cryptocurrency transaction hashes:

```
c5fc3a6a2411a398d72f4de18fe480810f5f9f718660659d8c3c031412faaad3
21e31e79897f380a989a19d9ce19ab476f97a25bed3f593cd08d64f336502a5a
```

dd. Approximately 0.196 BTC (after required fees) seized from wallets contained on an external hard drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005. The transfer of these assets to the U.S. Marshals Service is reflected in the following cryptocurrency transaction hashes:

```
83e11d4701f6a0e0b92f4ef1fdab19cff9d0f2af604896fb29e68bca69dabca3
e8742c298cc8e91e088063286eb8ccf3a4392c298925ea2f0a5dbb31133d3ea7
```

ee. Approximately 1,401.567 ETH (after required fees) seized from wallets recovered from Defendants' online storage account. The transfer of these assets to the U.S. Marshals Service is reflected in the following cryptocurrency transaction hash:

```
0xea69b0ad138028d0970f00bec1e07afab4999ad1da3cfec8091706ad3713b92e
```

ff. Approximately 1,767.624 ETH (after required fees) seized from wallets contained on an external hard drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005. The transfer of these assets to the U.S. Marshals Service is reflected in the following cryptocurrency transaction hash:

```
0xe1a4a5cc9288051cf92328b7423a9a95d6f005292beb5a5d4b3a7dad295162f2
```

gg. Approximately 1,066 in WETH (after required fees) seized from wallets recovered from Defendants' online storage account. Those wallets were also contained in an external hard drive that was recovered from the Defendants' residence at 75 Wall

11

Street, Apartment 33M, New York, NY 10005. The transfer of these assets to the U.S. Marshals Service is reflected in the following cryptocurrency transaction hash:

| 0xb0225a63e85aae99eccca0d36a3b9b71a89185960f20f057f55208ca7cfe3f36 |
|---|

hh. Approximately 1,019.23 ETH (after required fees) seized from wallets recovered from Defendants' online storage account. Those wallets were also contained on an external hard drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005. The U.S. government's seizure of the 1,019.23 ETH is reflected in the following cryptocurrency transaction hashes:

| |
|---|
| 0xc177d5d00dad1586d9de699886fc94df443c04f3ee715dcccbdc25c85be34313 |
| 0x1a45810d725bb2a045f3eaf405e76916e65afa5eaf0774395eb9d2ccce317a59 |
| 0xc7e08c2c508c353fbf13a72ead2350ae174cacac039cb801c411a12d0823decb |
| 0x5dd80ab5ff1af11969c1699a21ed54e6ade208a8d8c733955f9e474aae23533a |
| 0x9fd10a0bba9e0d7e05b1e96bbe6fc586967cf12edd671aed7a258b78834a9f34 |

ii. Approximately 3,441.092 BTC (after required feed) seized from wallets recovered from Defendant's online storage account. Those wallets were also contained on an external hard drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005. The U.S. government's seizure of the 3,441.092 BTC is reflected in the following cryptocurrency transactions hashes:

| |
|---|
| d1bfe94c4893243bafdeab55d72674f8da36afb6909decff0e34f3122e0ba6ec |
| ab0e683b7b9ae343fa250431378d1e59c9652a2666a626c129c921860fe0e3fe |
| 40b3523edd73fb13f9836c2d1acda58d36e31ca6a3733d1a61160fdc4d1a7dbc |
| 5b31ae23bfc46fbc066eb2f7e4bebe218214c0703d2d6fa17eacdadf56392312 |
| ea26b8dc219d6e22c9454c00209f8dbfe8f69abb339f769d1888d6b68dea2496 |
| 5063fb71e5d10d19dc564dd0359b1cba2edd52132ce413a48a45604908f2a853 |
| 251c470876b49e0543cf1a80975cad1e7dcb08cacac3db5c6c38a1067fa101db |
| b239e2ba9f715ed6fabae9d47afc8ad38f212c47210a155c648fac52be44c699 |
| ebf2e0b20515b70c13d168ddbe77fec7d35c5497bf18dee4f18c2dcc224985fc |
| f0cc2e7f43a47382d9014a59dba87cc72d40fc36536ba91277a0ba9664f97627 |
| ba80f527e648a1f0d814638440f4b54c5827a51cf14c364b504b11e7e782d2a2 |
| 40d04ca5033ba6ce681aa61a879d17773c5e24ddaa760f6493d430e547869a46 |
| 56afc5ea66ac8f9de47a59368db91477f0e099d9dd018dd25a50af7f114891fd |
| 3ae9d68d56db74585f7496d7b848c1ea1d1ade04ac7fb5ccebafde2b0b99bbef |
| 9b0a91099bd339e3942c88e4f2d419b56523848e93ad58393eedf8cf5773eadf |
| 9ee5739526b0b3173b90fc5775c6d086456a9ec159f06ac0a4b1105840f9e246 |
| 5c451db3ef5df87e72a7257362121d3f74269ed86d4549b981e2f999a38637b5 |
| 334d7c7cf5d4fcfabf242599e48bdeed3d88ff7376ff822cf62b4460d5e26edd |
| de8de6dc7a5d9f9d4b44b8067177ade19acb9ddede9d0c1ea81ced90be8ce3d4 |
| 2511d95c9fb26b3cbf3b9a9483acf424e66d1bb9eb7337cc85dbbc43e4b089cb |

| |
|---|
| 8a1df6f0520dd53a726799d1c160cbda026697df03e806161a90bfe1ae6ff20a |
| 507b16711260cc65091bcf7d0156f156ab670d0fb37b4da5913e6ac5f86a84de |
| d389f800a1397a2879426ec160ebc03416b2d8abd62553bf002b7c7800047fa9 |
| ad921e7436f2f30573eb15d5be900a9aa2bc6bfd7c9bb25fe93f79a4dd70929f |
| ff876b8c4c9cce225ae5981b8aa5789387cd7958986b3225069c9e495cf54c15 |
| 1cc348089e49b14e5832e625b43adae5a46a2af1f0ab9292e0edee128d50f2bb |
| c81a895f4d0a85bcfb0530afa703278d77ececee19aea23a2f76cc8f12387efb |
| ccadd615642424f72bdd037437ac143bae6caf26936324a31ad17a37c5f25b3b |
| 95ffa24facb0a79c699aa7e92ee7a0a708337aaf978bc79519090b000361b7c2 |
| 3f0e54eebc69b805ebfa105eefa4ced1a56141d9f26dfa643531d9b33a93b2bb |
| 65df96feecaaf158574de8ad613188e0a51e1c916ce522caed5346b77b013db2 |
| 31601ea949a83a2402849ac660b0b5fab3d23eb44a407786601e58ec4adee606 |
| 3392ca86f07e344ee4ea0c3c65ed8b1fbd725a97ee3fced4e92e5067fe913e9b |
| c04fab75db0df690c0387c10ffb8f386820d7f8e91acee955afa732ff2198b5f |
| 84f0d8afc2d71bc90bdf5a1c605870149f9e9239692894ac231b03ebff8c0568 |
| 791d8cd514dcf64deec4e592f0e9956a8a6770a53a2af0d58fa470a90abb7f57 |
| 4c0b48df536b19889c924bc003f00caff0b3fe02e38b686a86ada53645b9ce49 |
| 6173b659111b237f2b73463a26303df2371246e27cb48251f82fc05dc181ddc4 |
| 14964ee20b25f12029fedbea5d2e09bc899019bb0b0ec548ff691060d2bc7020 |
| 5e84b02474079d45cdf6f19fc2900a434e144198638a046e993cb0288f45f08a |
| 82a7ca254e1ae98c2b538d6d5405e278a28e770deec269018fdb58790e4c1bb7 |
| 7df16a0a7127ceb69a1ee27501993cff2fecd5bc9775907933e76143adcd94bb |
| 73c8c87ca4bd736fb747da2f0462153a287cd5f67eeb6a7581ee5edd1e6463c3 |
| 5876f25dc85aa7004fd55e051c933bfdc332bb1d3bb7e2da037debc9bb366434 |
| dcea4d12c4c5c95fb8e5bb1ab14f947d8f9a6aa4ce4bc1479cd4d6bd9a343f64 |
| c55cf70b038c035a98f7f55dd20c19f6758312b0e767d93ac6d2a4d18eb63d46 |
| 966da434bdb3d5b04371aba0e3e371dd79086d0a17e8a934e3366c30369eba1d |
| b93e15869e32dc18390d85cf50e93a2ce6f039b1ae2a7fd7f3a368e2b59672e2 |
| e6ba3575a4ea632b4591f2fe14936e94d2cdfd8953a9551f1e64e8af1c35cd1e |
| 785a5d40d9ca3def95dd0beb962734d4b485b7aae104e237a7723bafc3e3e8ed |
| e7fcbddb9488270e582a73f4e2578877cce4382d3f801350f63a798f39cb8956 |
| 832446463d160545fb90715e607547ea730593448816a4d01624e323656d2c32 |
| c2263ac1b89facfe703f952f4f93e6e321c375f46a20a20b94495055b7aa6cb2 |
| 0f9301443899133c5cc88d2ec98c978599b9a97f7c4cf3b6ebb5185e513a2b28 |
| 08b17bbba3239821298f5e4f039e9e2092e18d49f8d2f8c2760b287763894bb2 |
| 3043ed00bde4c2fe49def9106feefe0ae0f11df8e8cd5d12e01935b49559e817 |
| 04418cbdc25be7d9384e114bbef6b87de9856e6dcb6c4b2b86600619986b2326 |
| d144a404c8f0cb4332a26203e86b57b1b3c7ef3d0d8e512659ea4b69d3c86830 |
| b864c71884ea055ed234a02ad52ef2ce386b548e2df80636878e1faf6b839b10 |
| b1b640c1dbd9bbe820f5e3c4d6afc28479488928c331e26c67531969491808b5 |
| 4944ae6b2c191cdb7b6b6218e2b033b4c6158fb49cbe63b9fa0c1d44631fe677 |
| f58421c24d18e8b7dfc1d91841356221fa368811b7313c2e9b94bf41c796e2da |
| 4a4dc715421e1bba033bafe33cbff21269d583274a8c5f4715dd120da6751741 |

| |
|---|
| 42d54a2de6a2b00ffdff16d2edd58ab05ff131fe46ee9e3cf52bc4cf8f8187eb |
| 1ec385f5068b06e535603327f45e689e094c83383944e96d30192193d4fa1665 |
| 022702c1e93ec20012ae882e73f59648d5805428c684747e8554c72680a52d4a |
| 4fdb8d8a3b25063f32ed4e2177641c2c2f880dcf627dda435743fafc39beaa00 |
| d02636dfdf382626f02bdb12faea7a94ac7fc19392ff637d6b25b045724fdbce |
| 39e9a301173d82599782d7d34b7b5fbb68e7e1adb83984b7ca9e5f3ce39f0af0 |
| 766fbf9d8cba9a1165112dce6fad880649cf8c88089e01eb1b5aa60295c863fd |
| 293d737f7dbf952d4c6cf4c35d63e7d7c7e2257bcf4f7d7cce39beb36121f034 |
| 8c9809dc6fc3f5436202f9acc6c04905056f91abe33eb2d285ef0769c254ce8f |
| b48391571ee36e15622cf20d020a5c5262fdda226c88ed065cd66021ca927f56 |
| c0d121b94a1bb0830a6a24954f2a85099c8f9037cffde50dfb0ef30661ea2de5 |
| 50303753bd876b0e6cead41fb9a85e34f1c1c4c11c5a171e8c8465a655ebe5fb |
| 91832f153528833ff6019295cefa6fc370f4546126ada901112f97de7d6ea82b |
| a2dae4affc9ab681ac36254e3d91651e2a974e6be6ecadec4be154a8e8dbec34 |
| 5db3123391717b15fb01109b7ea0f85483013c9faa0cfc2d3afcb42d3e1d20d4 |
| 0e3824a6a73288ba65fa8587125a31c53e98fab37cb21d61404cd37eeb1ab68d |
| 6355641540ab8981163f0ac4d0f08bbe9aedaed61db0357fa0ed8154a4d01da6 |
| 104df9c76f6586dfb6a88c1d9412c46893c23c3c815fa2ddd32bf3ca052b3ca6 |
| 981b378a641ab96b29528a9ed0f17cbb15ce3a52c0c506a99174df78a5b6612a |
| bfa696399d3345b4d3a5b5b8e3183482562d10aa3e1c14eb7f9264085b0bd239 |
| 4bc030231b94c54705aa6786b2b4ce47acf41b16f953101565bb7bb314f1c91e |
| f00f2684f37979e2d0e64a2b758d952124ebafe452343d93972500a9cb79987f |
| f47ba0062ec3cab9f2ad4715a558a575ca9bb5b5f791a6507f5a1fbeb8ec5a66 |
| 01ce909c6a61ebb682756bfb140690ef22b5c1fc6b6827aa423bb2af443c7fd2 |
| 73037cdc4051cad8347a1977d42821b7170ce210b311786c708d82c1c2d1514c |
| 85498282c27ff117ed69067111b7ea303c9d2a3655faf9795b919872f17b46cd |
| 51a3fd6e8cbd992c15b1197141933bb4e5bfc837c368d07edeb426eb2c6507d4 |
| 6a0187dc7470eb63ab7bb0afcea25e48f6bae8c6734fb056251d7a36a2d88c7b |
| 1f1716abed9c616e538097cad579d1958a8b399aaecc686c4ab622df5f9be07c |
| a4c3ea141a28ea0f1dac7c6f023304f80d6eadd4762a6eccc8bb33268029aaae |
| 90572eff4e00423fc85c49be940ad74614cfe41f472d183d375d4f39622bfa81 |
| f92c166d8db3318e051027c1ea9bc4bba672dc4eb012b9d721ca42e209eb4843 |
| 23afc408a3af799b15c0cc86572163353e924163a96d211b5692ab7bfd02f635 |
| 7dd54a14d831e3aa771e9812f60a8561a3bebfa2d64f31f19f46c3277fed287a |
| 523cf07d635e4b5764639764cc69285fe106e74401376f3d2592f9a6ed5b3e28 |
| 14da94ad3cb06dffc15a7511c5df79e8eafeeec996fc55e15b3bf4986f675f9d |
| 4c8d251b05fc463a6e08dece4215e67398e52b6345b4bffe144aeb139fb5c14a |
| 5684c447de8162420d7beeffc548fdbb45d950ead984afdee7fd52fad6d1bfd3 |
| 4501eef0dabb06062281aeb5d6ddf1dde6efce3f0ab30b6fca5d4f7407415bce |
| c765a4090c5757b1de61798dd798a787e937dafec6be9ba2eb4a9b589aa0cbbd |
| 4ec5dc0986a652696ec700c94ad814a427ddc16216d8ee418351a60456d501b6 |
| 835d21780342969210c0bffb9452f8670416d9f5ad2b3e48e1e020ba4e6780d6 |
| fb2d89401b3ee9f663add16c27783c36b154bc3a02600ef59d415b188b34b1a4 |

| |
|---|
| d289c011ba7c7de0a211e59ceeeae1a914385fe0e9ecd6a3ef966421aaab7171 |
| 00d077c214cedd26a88f38c7b15bb16e8d019bf70aa993152c8b7ddce8eb3944 |
| 8954cba05d12e2fdefe9be80e3d57ee4501f62aed9d826f7ca5c5e415bf9505a |
| 4b3fa68414e7d4b094d935d94a365382a26429b6f4144d41f4b17f38e35ad9dc |
| a04a66468b78c9a05eb041f6764c8e20ddade583f247154acc2df1f00e6c334d |
| 3e59e3d79db051544facebade7875a68aaa934010fd18bcae73d17c39d65ca8d |
| 1a908fedfccf83c466e66165097f7c44c4323096d723926f54a785fdcae1f3c7 |
| ad73d215638f0e5e12b7892d4559cab3485589dc4c80991074652db5a4e7908a |
| 59b55a8e5dfc8c0436a4481cffbeb96be1c6801c5b27b0fc554f1cc9c962b08e |
| 61230fb4cb5926edee8dc1f91b307f1b878b5d51ecff813fe380cea6e1d65db4 |
| 15b6e300c4a2e7ad58a826690b75f06978a4ba9b303f3743c67ff2eb50a5fe54 |