October 15, 2024                                                     **EXHIBIT E**

United States District Judge

The Honorable Colleen Kollar-Kotelly

United States District Court

333 Constitution Ave NW

Washington, DC 20001

Dear Judge Kollar-Kotelly,

I would like to take a few minutes of your time to provide you with a bit of background ███████, Heather Morgan.

I've known Heather her entire life. She has always been a highly intelligent, highly motivated hard worker who strives to complete most any goal set for her or by herself. Heather is a similar age ██████. She has always been considered ████████████ whenever we get together. Heather has always been an integral part of our outdoor adventures, barbecues, celebrations and general ████████.

Prior to fully discussing Heather's background, here is my background so you may better view my opinions and insights. I am ████████, ████, and I raised three children solo. I worked as a Police Officer for the City of ██████ Police Department for approximately 10 years. Later, I worked as a Special Agent ████████████████ ████████████████████ until I was injured and medically retired. As a Special Agent, my duties went a bit further away from the normal ████████████ as I seemed to have the knack to investigate groups that were tied to "dirty cops", including one in my own Office.

   In my years in Law Enforcement, I've seen some of the toughest offenders choose to work on rehabilitating themselves, becoming trustworthy, working full time, raising their families to understand we all can change and learn from our mistakes. But it begins with "self". My belief is that one poor choice does not define us. It is what we do after that which points toward rehabilitation or recidivism.

Heather is highly intelligent, highly motivated, giving her best to whatever project, test or goal she chooses. She is rather quiet, often choosing to evaluate her surroundings and people, prior to engaging, and she is always busy.  I've watched her work on projects and skills repeatedly until she was able to master them.  She was raised with hard work and dedication being the Standard Work Ethic and thrived.  She has always been cerebral and preferred reading and learning quiet skills.

Heather had a "lisp" as a child and some children in her very small school (under 20 children in her grade) used her lisp to continuously belittle and degrade her. The sad thing was Heather just wanted to be accepted and treated like one of the kids.I witnessed these harmful remarks and saw the distress it caused Heather and her parents. Even now I can still feel Heather's pain. This began an era of isolation and social awkwardness for Heather which did not change until high school.

Heather's parents chose a much larger out-of-district high school in hopes she would flourish with a strong academic curriculum and meet kids like herself who thrive on academic challenges.  Heather discovered she has a knack for learning foreign languages and a strong business acumen. As she progressed through high school and college, she found several close friends.  While attending the University of California Davis and living in the dorms, she would set herself up in the "common area" on the carpet and make waffles.  Heather used that time to make new friends, share waffles and chat with diverse people. Heather would tell me about all the different people she met and their chats.

 Heather has always strived to earn her way in her career through hard work and dedication.  From what I have seen via her articles for various magazines and interviews, she was quite successful and enjoyed building her "brand".  More importantly, she found her "people" and felt she was where she "belonged". The happiness in her voice warmed my heart. Though I understand almost nothing about Heather's career path she has always had my support in her endeavors.

 While growing up Heather was quick to learn from any missteps, never repeating them. Heather was encouraged to be herself and to believe in herself.

Heather was raised like my children were, with a hard work ethic and belief that we all share in the pain and pleasure of our efforts. Each of them has grown to be truly hard-working, dedicated, problem-solving positive adults who have always offered help to others who are struggling.

Heather has what I would describe as "Quirky Cerebral Humor", and many folks do not appreciate or understand it. Alas, it sometimes takes me a moment to "get" her jokes. She loves a good story that makes you think with lots of twists and turns, usually ending in

irreverent fashion. Her off-beat sense of humor likely comes from my influence. Heather loved to hear my bizarre cop stories that are "awkwardly" funny. I've encouraged Heather to alleviate stress by finding humor in random situations.

One of Heather's creative outlets has always been "becoming a character" for various events or parties and including many little bits of unique personality that brings it to life. Heather has done a few parodies of ██████████ that would make Saturday Night Live personnel jealous.

In recent years Heather ventured into the Rap World genre with "Razzlekahn" as her character. She chose rap themes she was somewhat familiar with. Now I love Heather, but rap music is not in my top 15 music genres. However, I am glad she feels comfortable enough to try different creative outlets. Really important to mention that her song "Crocodile of Wall Street" uses many common financial, business and internet terms/slang (along with foul language) and anyone who attempted to write a similar "Wall Street Gangsta Rap" would most likely use many of the same phrases/slang for shock value. I do not believe it is a "social commentary" of what Heather feels about investors or banks. She too invested in various commodities and businesses. Heather was always promoting protecting my identity and my various accounts to prevent hackers and scammers from stealing from me. It was important to her to keep family and friends safe in a world that she understood better than we did.

I was sad for Heather when, after her and Dutch's arrests came to light, the media immediately tore her apart for her Rap videos. So many unkind comments and rumors were published about Heather. She learned the hard way to find out who her true friends were.

When Heather graduated from UC Davis and began to travel/work abroad we didn't see her much. As most young people do, she was busy exploring the world. We occasionally spoke on the phone. She truly enjoys learning languages, meeting diverse people and immersing herself in the culture of wherever she was living. During those years she continued to work, invest and build up her company, "SalesFolk". Her career is centered around bringing people and businesses together and helping both groups find the career or employee which will best work for them. Heather has always enjoyed diverse cultures and perspectives which compliments her love of travel.

I do not know much about Heather's marriage to ███ other than it was a very painful time for Heather and her parents. I learned long ago the people closest to a problem may not even see it. We all want to believe in the best of people, we often justify other's actions – realizing how serious the problem is long after things have fallen apart.

I don't remember when I first met Dutch. I do remember how excited Heather was to tell me all about him.  They both spoke several languages, loved to travel, worked hard with their own businesses, had the same type of quirky cerebral humor, and he accepted Heather as she was. It seemed Heather had found her soul mate. I was so very happy for her.

While living in NYC Heather and I would chat about family, places she had travelled and how she was doing. Heather did not speak Russian and asked Dutch to teach her, so she would not need translation when visiting with Dutch's family, friends and business associates.  Dutch refused.  It seemed a bit odd that Dutch would not teach Russian to Heather.  Later, during one of our calls, Heather went into his office silently to retrieve something, and he was truly unhappy and made it clear he was not to interrupted at all while working in his home office.  I wondered about the two things – no Russian and complete privacy – again both can be explained away. However, in hindsight, was Dutch keeping something from Heather.  Law Enforcement questions go through my mind when I witness or hear of behaviors that ███████████.  Maybe I should have inquired further or maybe it was just "coincidence". I do not believe Heather had any inkling of what Dutch was doing at that time.

Heather and I are honest with each other. It is not uncommon for Heather to reveal things she had not planned to tell me about.  We have a great repour and she simply forgets I don't already know things.  It is difficult to lie to someone you feel comfortable with.

In case I haven't mentioned it yet, I like Dutch.  He has always been fun to talk with and truly loves Heather. For that, I am grateful they found each other.  I do not agree with his choices of hacking and money laundering which is something he began when they were not together. Dutch is highly intelligent and a motivated businessman in his own right. He and Heather enjoy many of the same silly adventures in life. I just wish this incident had not begun or been shared.

After Heather and Dutch's engagement but before their Wedding, ███████ was seriously injured, and this led to a multitude of illnesses and injuries she was diagnosed with.  ███████████ and I came to help (███████████████████). ███████████████ ███████████ and my handling of her physical and medical needs, we became pretty wrapped up in stress and maybe I missed some signs that things were not as they should be.

Heather was enjoying planning her wedding for November 2021, we enjoy sharing bits of information and quick fixes for things.  This time is stressful for any Bride-to-be, and we tried to keep the talks light and humorous, but I noticed she was quite stressed at times.

I was not able to attend their wedding but was able to watch it live via an app like FaceTime. It was wonderful to see Heather and Dutch so happy.

We spoke a time or two after their wedding and all seemed good. Heather was still a bit high strung, but I chalked it up to having a wedding so close to our major holidays and trying to be present for everyone.

February 2022, ██████████ were visiting Heather and Dutch in NYC. ██████ and I spoke regularly regarding ██████████. I called him to ask a question. Imagine my surprise when he said Heather and Dutch had just been arrested. I didn't ask for any details but let them try to sort out things in New York

Later ██████ later called and gave a basic update of the charges. This was not something I would have expected from Heather. And I still believe she was told by Dutch about his decision way after things were moving along in Dutch's world. Sadly, many people put into a situation they did not design by a loved one, find themselves "knee deep" in it and try to "make the best" of that situation. This doesn't mean knowingly helping in the crime, but they may have already done things that were unknowingly linked to their loved one's choice.

I've arrested people who were in similar situations and my counsel to them has always been, "You can't change the past, you can decide your future with your next choices in life". "Be an example for your family of how to live a good life". Some have become regular "in-takes" with Law Enforcement. Others have turned the corner and left that mistake behind, making a good life for themselves and their families.

Many folks make a poor choice at some point in their lives, but it is what they do after that misstep that will likely guide their future options.

Since Heather's arrest and release from custody, ████████████████████████████████████████████████████████████████████████████ and keeps a positive view of her situation. ████████████████████████████████████████. I've seen the patches, paint, flooring, shelving, etc. that have been done by Heather. ████████████████ she does her best to stay employed and rehabilitate her reputation. ████████████████ ████████████████████████ Heather has been invited to attend several business conferences with her former and current peers. No doubt there is frustration at times, but she just takes a deep breath and keeps moving forward and hopefully beyond this incident.

Heather was not a poor or abused child but did endure years of bullying that led to socially awkward quirks. Later she worked through and beyond that, learning to thrive via languages and her strong desire to bring businesspeople together from all walks of life. Heather is a positive influence on a multitude of businesses, business leaders and potential employees of these groups, as well as her friends and family.  Her desire to bring people together and not tear them apart is on-going even as I type this long-winded letter.

In closing, it is my humble opinion that Heather does understand the gravity of what has occurred and deeply regrets any part she may have played.

Please consider leniency for Heather Morgan in this matter.

Respectfully submitted,



