The Honorable Colleen Kollar-Kotelly
United States District Court
333 Constitution Avenue NW
Washington, DC 20001



**EXHIBIT H**

Dear Judge Kollar-Kotelly,

I am writing this letter on behalf of my friend Heather Morgan. I've known Heather for about 14 years, and she has always been a brilliant, kind, and inspiring friend. I first met Heather in 2008 in a Japanese culture and language interest club called JASS, Japanese American Student Society. We were both learning Japanese in college at UC Davis. Since my first interaction with her at the club, we clicked over both being quirky in personality and shared the same sense of humor. Heather was fascinated by the language and culture. We would often practice Japanese conversations. In college, Heather also learned Korean and even studied abroad in Korea for a quarter. Heather easily made friends with the Korean and Japanese exchange students we met and always offered her apartment as a place to relax and hang out. She was famous for her Waffle Party events, and the nickname the Waffle Queen was formed. Waffle Parties were a time where we'd get together and share our love for food and language. We'd occasionally end the night with a karaoke session and the songs Heather would select would be one of her favorite English, Japanese, or Korean songs. Heather graduated UC Davis in three years, which is an impressive feat that I have always looked up to! The average time to complete a Bachelors is four maybe five years but graduating in three meant that Heather took more classes than the average student.

The Economic Great Recession was still going strong in 2011. Even after I graduated in 2012 there was a shortage of jobs, and it was challenging for recent college graduates to find full-time employment. I applied and interviewed for countless jobs only to be turned down. I eventually worked part time for the technology startup that my father had formed, while working a restaurant job as a server in the evening to make ends meet. Heather's entrepreneurial spirit eventually led her to join the 500 Startup business venture capital firm where she started working for a startup gaming company called ███████. Heather and I grew closer because the 500 Startup Headquarters was ████████████████████████. I worked at a small startup with less than 10 employees, the same as Heather. Heather and I shared our commiserations on our low pay, and extended job hours. I had never worked in a startup environment and when I was struggling in the role, and looking for a new job, Heather actively connected me with her start up connections. She helped me prepare for the interviews by doing mock interviews. I deeply appreciate her guidance and mentorship throughout the process. Heather has always been a person to help someone no matter what.
One time I attended a Waffle Party that Heather hosted at the 500 Startup Headquarter. I met her former boss. I also interacted with her colleagues at the Headquarter. I noticed that the workforce was mostly made up of men. While working at a small start-up myself and having attended Sales and Marketing networking events with her, the start-up ecosystem wasn't easy as a female entrepreneur. I saw that Heather made every effort to blend in with the culture and

establish her value as a female entrepreneur. I could tell that she was determined to be a part of something new and never gave up.
Later that summer, when I visited Heather for a BBQ she hosted, I checked out the apartment she was living in. As part of the job she told me that she was offered lodging but I discovered that her living arrangement was sharing a one bedroom apartment with the CEO. He slept with just a mattress on the ground with no headboard and she had to share the same room with him. Heather's parents lived 3 hours away, so that wasn't a commutable distance for her. She endured her living situation while working hard to promote the company.

After she left 500 Startup, Heather started her own business, Salesfolk. Her goal was to help sales people become better through her cold email marketing plans. I looked up to Heather's passion and her drive to make her company a success. Her ambition led her to being a published contributor on platforms like Forbes, and she eventually spoke at sales and marketing conferences around the U.S. Heather described herself as growing up in a small town where she often felt different for being unconventional. When she was a kid she went to speech therapy and she was teased for this through junior high school and beyond. As a result she always hated her voice. She conquered her own insecurities and when she started Salesfolk, she would post regular Youtube videos. She's expressed to me how she always felt the need to prove people wrong who doubted her.

During the Covid pandemic in 2020, Heather and I kept in touch over Zoom calls. Since I majored in Japanese Language and Literature, I've kept up with my Japanese speaking skills. Heather's Japanese language skills are still so fluent that whenever we'd chat, we'd practice in Japanese first before catching up in English. We both have an interest in art. I like to draw while she likes creating music, and art pieces like collages. She's often told me that Razzling is an expression of herself and she hopes to inspire any misfits to live their true authentic self.
She knew I was living by myself and isolated during the strict quarantine periods. I was delighted when one day I received a surprise care package in the mail. The package contained various tea leaves of her favorite teas and Razzled Razzlekhan decorated stickers and notebooks. One notebook had a handwritten Japanese motivational phrase on it. It was such a kind and thoughtful gesture. The care package really cheered me up. She's told me that she creates art to encourage people to be themselves and not care about what anyone else thinks.

Two years ago I visited Heather in New York. The collage she made on Zoom call with me was hung above the living room wall. She hosted a waffle party for me and it happened to be around the same time she was awaiting a call from her husband Ilya in prison. She expressed how emotionally hard it was to be separated from him. She looked forward to his calls and that day I could see how happy she was connecting with him. She'd tell me she would write letters to him and often included riddles and jokes he could solve.  I first met Ilya when I visited Heather in San Francisco in 2013. The first impression I had of him  was that he seemed shy, super smart and the same quirkness as Heather. I felt like they were really meant for each other.

I've known Heather to always persist during the toughest of times and she is a fighter. She is someone who inspires people to live authentically themselves. I hope this gives you a better sense of the friend I've known.

Sincerely,
