July 14, 2024 

The Honorable Colleen Kollar-Kotelly
United States District Court
333 Constitution Avenue NW
Washington, DC 20001

Dear Judge Kollar-Kotelly,

    My name is ▓▓▓▓▓▓▓▓. I am an accountant, an avid traveler, and a longtime friend of Heather Morgan's. I met Heather in 2010 while we were both in our early 20's as University of California students studying abroad in Ankara, Turkey at Bilkent University. She cold emailed me ahead of our arrival in Turkey asking if I was interested in living together. We instantly connected over both having a Turkish grandparent and our interest in Economics. At the time she was a stranger on the internet, but now she's one of my best friends.

    I could tell early in our friendship that Heather is a problem solver. She led our apartment search in Turkey and coordinated apartment showings with property managers. Once we found an apartment, she was the point person for our landlord and never hesitant to communicate housing issues or advocate for our needs. Heather even helped get us get a refund on initial the days of university housing we paid for but didn't use. When I reflect on my time in Turkey, I'm grateful that Heather was by my side. She was able to speak up for us and navigate uncomfortable conversations that were often in Turkish and with people who didn't speak English well.

    We stayed in touch after we both graduated college and eventually both found ourselves in San Francisco at the same time around 2013. I watched Heather go from crashing on friends couches and working for other's startups to living on her own and managing her own business. I enjoyed our frequent encounters during this time but was equally excited when Heather moved to New York in 2017. New York was a place I always wanted to explore and Heather's open-door policy of "you can stay with me whenever" made this easy to happen. I stayed with Heather countless times before and after her arrest, sometimes for even a week at a time while I was living nomadically. She was a thoughtful host – making sure I was comfortable and in the know of the local activities and sites. Thanks to Heather's generosity her home became my oasis during my trips to New York and helped ground me during a time when I didn't have a home base. Heather assures me "you're the easiest guest" but I think that she is an even better host.

    It's been frustrating to read the many articles published about Heather after her arrest because they paint an inaccurate caricature of her. She is eccentric and has been shaped by her travel experiences starting from a young age. She studied in Japan in high school, Turkey in college, and Egypt for her post grad – most people haven't even been to one of these countries. During a recent trip of mine to Thailand I saw a Bengal cat that looked like Heather's cat Clarissa. I took a picture and Heather replied, "are you starting to see why I love Asia?" Heather and I bond over our love of exploring new cultures and learning new perspectives. She does a good job of bringing a piece of each country she visits home with her. This is shown through her eclectic style and décor and the fact that she eats better with chopsticks than a fork.

      Heather isn't lavish as these articles try to describe her, instead she is resourceful and scrappy. She graduated college a year early to avoid paying an extra year of tuition. She self-funded her startup Salesfolk.  In Turkey when we'd go on weekend trips Heather was the one haggling to get us on the bus there at the best rate. While planning her wedding she told vendors it was a birthday party to negotiate better rates.  She is the friend I call for travel hacks on the best deals for flights and accommodations. To an outsider Heather's lifestyle might appear extravagant, but her close friends know she can make a deal happen. The things she has in her life she's worked hard for.

      I remember when Heather shared her first Razzlekhan song with me. I didn't know Heather to be a rapper, but as she continued her songs got better and better. Razzlekhan has been a great creative outlet for Heather. Something Heather and I talk about often is being the truest versions of ourselves. I think that through Razzlekhan Heather can show a side of herself that she can't as Heather Morgan. I'm happy that now the world has been introduced to Razzlekhan.

      The past couple years have been stressful for Heather and her family. I admire how Heather can maintain a positive attitude with all the obstacles that have been thrown at her. Her "light at the end of the tunnel" mindset and her resilience are unlike anyone I know.  I ask that you help Heather return to having a level of normalcy in her life.

Sincerely,

