



Slovenia, Europe

26 September 2024

The Honorable Colleen Kollar-Kotelly
United States District Court
333 Constitution Avenue NW
Washington, DC 20001
USA

Dear Judge Kollar-Kotelly,

My name is ▓▓▓▓▓ and I am a friend of Heather Morgan for more than 12 years. I am ▓▓▓▓▓ and I work as a ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Although I did not know about Heather's offence until it came out in the media, I think I do know Heather as a person well and I would like to share with you my impressions of her personality and character.

I met Heather in Egypt in summer 2012, when I was working there as a diplomat at the Embassy of Slovenia and she was studying at the American University in Cairo. I met her through the local LGBTQ+ community, which was facing frequent crackdowns, arrests, repression, discrimination and other violations of human rights. In light of such difficult human rights situation in Egypt and despite risks, Heather opened her home to LGBTQ+ persons to offer them a safe place to socialize, and more generally she gave them moral support and acceptance.

During our time in Egypt, she was also there for me when I was going through a difficult situation of relationship problems and breakup. Her support to me during one of the most painful times of my life created a bond and deep friendship between us.

Few years later, in 2016, I visited Heather in San Francisco and she registered us to march among Turkish-American LGBTQ+ community at the SF Pride (▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓). Once again, I was truly impressed and touched by Heather's care, advocacy and engagement in support of LGBTQ+ rights and human rights in general.

I can also recall Heather's mental health support during the time of coronavirus pandemic, when she truly cared about well-being of me and her other friends. During a very challenging and insecure time of coronavirus lockdown, she regularly organized online gatherings for friends to offer them her support, encouragement and optimism.

I would also like to point out Heather's openness to other cultures, peoples and languages. She loves to travel and explore new countries, meet people and make friends all over the world. She can be considered a true world traveller. We travelled

together in Malaysia in 2017 and Vietnam in 2018. Heather also ██████████ in 2015, and we travelled together to neighbouring Italy and Hungary. I visited Heather three times in the US – in New York in 2014, California (Los Angeles and San Francisco) in 2016, and again for her wedding in Los Angeles in 2021.

Furthermore, I find Heather to be very creative, innovative, artistic and inspiring. She designed and produced various accessories and cloths. She also composed her own songs and filmed music videos. I remember vividly a particular discussion with Heather on innovative business opportunities, which lasted over four hours on our journey from ████ to Hungary - it made me conclude that Heather is one of the most talented, creative and inspiring persons I have ever met.

When the charges were brought against Heather, her songs and music videos became the focus of media attention and served to portray her as an extravagant and obnoxious person with a lavish lifestyle. Personally, I was deeply shocked, disappointed and hurt to see such negative and unfair media reporting about Heather, which I find far from the truth. I see Heather's music as an expression of her artistic creativity and her courage to share it with others. Moreover, the media's portraying of her excessive lifestyle is not based in reality – as I mentioned I visited many countries around the world with Heather, and we were always travelling on tight to regular budget, using ridesharing transport services and often sharing accommodation in Airbnb.

To conclude, Heather Morgan is a kind and loving person, who deeply cares about other people's well-being and rights, in particular those who face human rights violations and discrimination, and she is always ready to stand up for them. She is willing to go beyond her own interest to contribute to the common good of the community in order to make the world a better place for all. I also believe that Heather has a huge potential to contribute to the business world with her talents, creativity and innovative ideas.

Your Honour, I sincerely hope that my letter will contribute to your better understanding of Heather Morgan in your consideration of her case.

Yours sincerely,

