July 17, 2024                                                                                             **EXHIBIT M**

The Honorable Colleen Kollar-Kotelly
United States District Court
333 Constitution Avenue NW
Washington, DC 20001

Dear Judge Kollar-Kotelly,

I am writing this letter on behalf of my dear friend, Heather Morgan. I am an attorney, author, and advocate for psychedelics-assisted medicine. After graduating from Harvard Law School, I worked at ☒☒☒☒☒☒☒☒☒☒, seconded at ☒☒☒☒☒☒, and co-founded my own law firm, ☒☒☒☒☒☒ to work with startups, entrepreneurs, and small businesses in emerging fields. I was affected by the Mtgox hack back in 2011 and is a creditor in the bankruptcy filed in Japan.

When I first heard the news about Heather, it came as a shock because it completely contradicted everything, I knew about her. I read the complaint, but the facts didn't add up to me.

Heather and I met through a mutual friend back in 2012 in ☒☒, California. During our first meeting, Heather told me about her adventures in Brazil, which captivated me. She sounded adventurous, courageous, fun, good-hearted, kind, smart and down-to-earth.

We reconnected in 2013 when I moved to San Francisco for my first year of law school. At the time, Heather was starting her own business, SalesFolk. I visited her a few times and briefly met her now partner, Ilya, who she was living with. Her focus on building SalesFolk was undeterred. She shared with me about her progress, the lessons learned, and successes and failures. She put in a lot of hard work to build SalesFolk. The first person to start teaching me about marketing and sales was Heather. I remembered her talking about using data to inform how she runs the campaigns for her clients. She employed her understanding of people, game theory, economics, and cultural astuteness to cultivate her success. She prioritized servicing her clients and obtaining better outcomes than her competitors. Day-to-day, she seemed to be working non-stop for her clients, or training new hires. As a businesswoman, she was intelligent, focused, driven, organized, and creative, as well as scientifically minded. While she experimented with new business strategies for the cold email campaigns, I remembered she also would use observations, data, and research to test and improve her business strategies. Even though her field was marketing, she learned to adapt quickly in male-dominated spaces (e.g., tech) to expand her network and connections. She was sharp and could connect with a diverse spectrum of people, which is one of the things I've admired about her.

We stayed connected even after I moved to Boston when I transferred to Harvard. When I planned a trip to Turkey, she gave me all kinds of recommendations and connected me to her local friends. Not only was Heather kind and generous, so were her friends.

Eventually, we both ended up in New York City. There, even as our friendship evolved, a few things remained consistent about Heather: (i) her quirkiness, weirdness and creativity; (ii) kindness and generosity; (iii) strong work ethics; and (iv) integrity.

Her quirkiness and weirdness come through in forms of self-expression, particularly the characters she played.

The way she treated people demonstrated her kindness. For me, she's tried to help me in any way she could. She taught me about marketing, business and entrepreneurship, and would quickly offer to connect me with anyone in her network that may be helpful to me. I had seen her do that with other people as well.

To me, she was a person with integrity, who was trustworthy and genuine. There wasn't anything I've encountered that made me questioned her integrity. Once she asked me to help her resolve a minor dispute based on a contractual misunderstanding. The dispute settled in her favor. Other than that, there were no other issues that came to my attention.

With all the energy and effort invested into SalesFolk, Heather told me she was getting burned out while in New York. After many years of grinding away to build SalesFolk, and the hustle and bustle of New York, it was unsurprising that work caught up to her. I remembered she started to take a step back from SalesFolk and took on rapping, song writing and other creative endeavors as outlets.

At some point, she replaced Ilya as the CEO of a new company that Ilya was working on. I don't think that helped but instead may have exacerbated the burnout. On top of challenges for a startup, there was an added challenge of working with your spouse. I thought the work wore her down. Also, I thought the transition to build a new tech company without much of a break started to affect her.

Around that time, I brought up therapy in case it might be helpful. I've shared with her the benefits of therapy in dealing with my own [REDACTED], as well as managing my work stresses. Even though she didn't start therapy then, she mentioned that rap, music and creative endeavors would be her form of therapy, particularly through Razzlekhan.

Razzklekhan is a creative alter ego for Heather. The character allowed her to express parts of herself outside of her identity as an entrepreneur. I believed Heather created Razzlekhan as a way to deal with her burnout so that she could express herself creatively and safely through a different identity. She could be Razzklekhan, the rapper, or Heather, the entrepreneur. When building businesses occupied her mind for almost a decade, she was bound to get fatigued. Rapping gave her an outlet to let her mind think freely and reconnect with her creative spark again. She channeled her creative energies into Razzlekhan, which allowed her to blend rap and middle eastern culture given her cultural upbringings and influences.

Outside of playing Razzlekhan, Heather was Heather, another woman who is paving her own way in life. I know Razzlekhan was a character, but when we met up socially, Heather appeared normally. Not only that, but Heather has also played another character, Charlene. These

characters were not the norm for sure, but Heather was always quirky and unique. So having these alter ego characters didn't surprise me.

Heather did seek therapy after the news broke. I could only imagine the stress she experienced. The psychological burden, and isolation, would be immense and difficult given the circumstances, taking a toll on her mental health. It didn't take long for the media to find her rap songs and music videos. With that, the media coverage on her became harsher because of Razzklekhan. The media didn't see her as a person and Razzklekhan made it too easy for them to sensationalize. I saw Late Night with Trevor Noah made fun of her. I didn't like how she was reduced to the one or two liners because I knew her and saw her as a person. She was thrusted into the media spotlight because of the circumstances and from outside looking in, it seemed like the media tore her apart. Our mutual friend and I had journalists reached out to us to ask for inside scoops to get to know the "real" Heather. But, they couldn't be trusted so we ignored them.

Rapping was a creative outlet. I found her songs satirical as Heather didn't take herself or her songs seriously. The best way to describe her songs and performances would be that she's like a female Borat. Her creative expressions, while ostentatious to some, are meant to shock and catch people off guard. She was trying to have fun and play with being over-the-top and ridiculous. Without this case, she would have continued to use her art as a form of play. Instead, her work was used to ridicule and mock her.

As an author myself, putting out any form of art, can be vulnerable because someone may hate the work and critique it, or critique the artist. Heather wasn't rapping to get likes. She was using it to deal with her burnout and stresses of life as her own form of therapy. Despite how the media portrayed her, I knew that picture didn't comport with what I know of her as a person. It was out of character for Heather.

Since the arrest, to my knowledge, the way Heather has handled this situation is admirable. Most people would not be as cheerful, positive and optimistic as her. I did not witness it first-hand, but I sensed that she had gone through many dark nights of the soul herself. Since 2020, she didn't let the arrest keep her down and kept persevering to improve her situation. I was glad she started therapy and was getting help for her mental health.

She kept winning small victories to earn more freedom through model behaviors – with work, curfew, and travel to ◼◼◼◼◼. She found work despite the circumstances. She stayed out of any trouble and continued to do everything she needed to do to comply with her house arrest. Further, she continued to remain a friend who offers me help because I was starting my own firm even though she's dealing with so much. As she went through her case, she's learned much about the criminal justice system. Her first-hand experience gave her compassion and empathy to all those going through the criminal justice system and have inspired her about criminal justice system reform. This experience will be the most impactful experience of her life. The things she's learned and grown from this experience will be with her forever.

I am blessed to have known Heather for quite some time and for us to continue our friendship. I humbly ask for your leniency during her sentencing. I trust and believe in Heather, and will

continue to do so, because I truly believe that she will continue to be a positive influence on society.

Respectfully,

