The Honorable Colleen Kollar-Kotelly
United States District Court
333 Constitution Avenue NW
Washington, DC 20001

**EXHIBIT S**

Dear Judge Kollar-Kotelly,

I first met Heather Morgan about a year and a half ago through a mutual friend who organizes entrepreneurial impact communities. I do not know the facts or circumstances of her offense, and she did not discuss these matters with me during the course of our friendship. I understand that the conduct she has admitted to is serious, and this letter is not intended to excuse or minimize her conduct in any way. Instead, I write this letter to communicate what I have personally learned and observed about Ms. Morgan during the time I have interacted with her.

Firstly, I know Heather to be a very thoughtful person, always considering ways to support other people's businesses and projects. Heather helps people both through verbal support, and through her actions, finding contacts of hers that she can bring together to help one another.

Heather is a very smart, creative, and talented person as well, which is reflected in her business acumen. She can read people's character and judge whether their skills or personality may fit a particular job. She is a person who knows when she has made a mistake, and is willing to work to correct it.

Heather is incredibly non-judgmental and inclusive, always bringing people from different communities, cultural backgrounds, and walks of life together. Heather has a deep understanding and awareness of racism and other social issues, furthered by her diverse friendships and experiences abroad, as well as her experience growing up around a lot of Hmong refugees. I am grateful to her for personally introducing me to a wide range of people, across  brooklyn, queens, and even Turkey.

I have not discussed the case with Heather, but I do know that she is very much dealing with the reality of the situation. She has limited opportunities given the charges and publicity around the case, but is dealing with it the best she can. I have also met Heather's mom, ▪▪▪, who is an important source of support for Heather. Together, they are taking it one step at a time.

Sincerely,

