


EXHIBIT Y



Home › Crypto › The hacker of Bitfinex was present at the Bitcoin Conference 2024 in...

Crypto   Z - Banner home eng

# The hacker of Bitfinex was present at the Bitcoin Conference 2024 in Nashville

30 July 2024



The hacker of Bitfinex, Heather Morgan, alias "Razzlekhan", was spotted at the Bitcoin Conference 2024 in Nashville, TN. Currently, Morgan is awaiting her final sentence for stealing 120,000 BTC from the crypto-exchange in 2016.

Summary

1. The Bitfinex hacker Heather Morgan present at the Bitcoin Conference 2024 in Nashville, TN
2. The Bitfinex hacker present at the Bitcoin Conference 2024: Morgan is awaiting her sentence
3. Donald Trump's speech: BTC will soon surpass gold

Case 1:23-cr-00239-CKK    Document 161-25    Filed 10/31/24    Page 2 of 2

# The Bitfinex hacker Heather Morgan present at the Bitcoin Conference 2024 in Nashville, TN

The famous **hacker of Bitfinex of 2016, Heather Morgan, was present at the Bitcoin Conference 2024 in Nashville**, TN.

Reporting it on X, is the cypherpunk **Jameson Lopp** who would have discovered that the BTC thief was also spotted at other Bitcoin events in the last year.

> *PUBLIC SERVICE ANNOUNCEMENT. HEATHER MORGAN, AKA "RAZZLEKHAN", IS A SELF-PROCLAIMED SOCIAL ENGINEER WHO HAS PLEADED GUILTY TO HACKING BITFINEX FOR 120,000 BTC IN 2016. I MET HER THIS WEEK IN NASHVILLE. AFTER ASKING AROUND, I DISCOVERED THAT SHE HAS BEEN SPOTTED AT SEVERAL BITCOIN EVENTS IN THE PAST YEAR. IT IS EXTREMELY SUSPICIOUS THAT SHE IS STILL AT LARGE AND HAS NOT BEEN CONVICTED FOR HER CRIMES. I RECOMMEND ALL BITCOIN EVENT ORGANIZERS TO TREAT HER AS A THREATENING ACTOR AND TO BAN ENTRY.*

**Heather Morgan**, alias **"Razzlekhan", had stolen 120,000 BTC from Bitfinex in 2016, worth 4.5 billion dollars** at the time of the arrest.

The hacker pleaded **guilty on August 3, 2023,** and faces up to five years in prison and a fine of $250,000. However, her **final sentence is scheduled for November 8, 2024.**

And so, while **she is still out on bail** and wandering around Bitcoin events, her husband and partner, **Ilya Lichtenstein, is currently under house arrest.**

## The Bitfinex hacker present at the Bitcoin Conference 2024: Morgan is awaiting her sentence

Obviously Lopp and many others on X, see in the famous Bitfinex hacker, a **threatening actor to whom it was also necessary to deny entry to Bitcoin events.**

Yet, among the comments on his tweet, there are those who do not quite agree with Lopp. In fact, someone commented

"*Distributes stickers. It is not a huge security risk in the grand scheme of things.*"

But Lopp continued by inviting the crypto community to **not underestimate the danger of interacting** with a "*known social engineer who is probably working for the State.*"

On one hand, the Bitfinex hacker presented herself as a "Web3 consultant" at the Bitcoin Conference 2024, but for Lopp, her presence at the event could also be on behalf of the government. According to Lopp, Morgan might also be trying to reduce her sentence by gathering information on behalf of the government.