UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 23-cr-239 (CKK) |
| ILYA LICHTENSTEIN, *et al.*, | : |
| Defendants. | : |

### SECOND AMENDED PRELIMINARY ORDER OF FORFEITURE

***WHEREAS***, a written plea agreement was filed with this Court and signed by defendant Ilya Lichtenstein ("Defendant Lichtenstein"), and his counsel, Samson Enzer, Anirudh Bansal, Connor O'Shea, and Angela F. Collins, in which Defendant Lichtenstein agreed to plead guilty to a Criminal Information charging, Count One, Conspiracy To Launder Monetary Instruments, in violation of Title 18, United States Code, Section 1956(h), and Defendant Lichtenstein has pled guilty to those offenses;

***WHEREAS***, a written plea agreement was filed with this Court and signed by defendant Heather Morgan ("Defendant Morgan"), and her counsel, Eugene V. Gorokhov and Charles Burnham, in which Defendant Morgan agreed to plead guilty to a Criminal Information charging, Count Two, Conspiracy To Launder Monetary Instruments, in violation of Title 18, United States Code, Section 371, and Count Three, Conspiracy To Defraud the United States, in violation of Title 18, United States Code, Section 371, and Defendant Morgan has pled guilty to those offenses;

***WHEREAS***, the Criminal Information alleged the forfeiture of any property, real or personal, involved in the offense alleged in Count One against Defendant Lichtenstein, and any property traceable to such property, which property is subject to forfeiture pursuant to Title 18, United States Code, Section 982(a)(1);

1

***WHEREAS***, the Criminal Information alleged the forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of the offense alleged in Count Two against Defendant Morgan, which property is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c);

***WHEREAS***, the Criminal Information also alleged the forfeiture of specific properties now listed in Amended Attachment A;

***WHEREAS***, the Criminal Information further alleged that the United States will seek a forfeiture money judgment against Defendant Lichtenstein and in favor of the United States for a sum of money equal to the value of any property, real or personal, involved in the offense alleged in Count One, and any property traceable to such property, which property is subject to forfeiture pursuant to Title 18, United States Code, Section 982(a)(1);

***WHEREAS***, the Criminal Information further alleged that the United States will seek a forfeiture money judgment against Defendant Morgan and in favor of the United States for a sum of money equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of the offense alleged in Count Two, which property is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c);

***WHEREAS***, following entry of Defendant Lichtenstein's and Defendant Morgan's guilty pleas, the government has transferred and/or recovered properties which constitute or are derived from proceeds traceable to a violation of the offense alleged in Count One as to Defendant Lichtenstein and Count Two as to Defendant Morgan, and which are listed in Amended

Attachment A hereto;

*WHEREAS*, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, including Defendant Lichtenstein's and Defendant Morgan's plea agreements, that (1) any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of the offenses to which each defendant pleaded guilty, is subject to forfeiture; and (2) the specific property identified in Amended Attachment A is subject to forfeiture, and the government has established the requisite nexus between the property and the offenses; all pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c);

*WHEREAS*, Title 21, United States Code, Section 853(p) authorizes the forfeiture of substitute property;

*WHEREAS*, Defendant Lichtenstein and Defendant Morgan have admitted that proceeds they personally obtained have been dissipated by them and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court; and

*WHEREAS*, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

*NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED*:

1. That the following property is declared forfeited to the United States, pursuant to Title 18, United States Code, Section 982(a)(1): any property, real or personal, involved in the offense alleged in Count One to which Defendant Lichtenstein pleaded guilty, and any property

traceable to such property. The specific properties listed in Amended Attachment A hereto are declared forfeited to the United States.

2.  That the following property is declared forfeited to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c): any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of the offense alleged in Count Two to which Defendant Morgan pleaded guilty. The specific properties listed in Amended Attachment A hereto are declared forfeited to the United States.

3.  The Court finds that proceeds that Defendant Lichtenstein and/or Defendant Morgan personally obtained as a result of the offenses to which they have pleaded guilty have been dissipated by them and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court.

4.  The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

5.  That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, and Defendant Lichtenstein's and Defendant Morgan's consent, this Order of Forfeiture is now final as to Defendant Lichtenstein and Defendant Morgan and shall be made part of their sentences and included in their judgments.

6.  The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

7. The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

Dated this _____ day of Nov. 14, 2024.

_____
THE HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

## AMENDED ATTACHMENT A

a. Approximately $2,460,375 seized from the Flagstar bank account corresponding to Signature Bank account number 1503814168.

b. Approximately $352,381.55 seized from Wells Fargo bank account number 5361262370.

c. Approximately $228,266.02 seized from JPMorgan Chase bank account number 877916952.

d. Assorted U.S. and Canadian gold coins, worth between approximately $160,000 and $300,000, which were excavated and recovered by law enforcement from LOCATION 1, a premises in California known to the Defendants and the Government.

e. Approximately 94,643.29837084 Bitcoin (BTC) (after required fees) seized from wallets recovered from Defendants' online storage account. The U.S. government's seizure of the 94,643.29837084 BTC is reflected in the following cryptocurrency transaction hashes:

| |
|---|
| 6e0d701ac2ea3ad87fc8bcaa786b994aa943f5eb9a67a1e345769bb090bf5b9e |
| afdfeeadb9f0a4691cbb8ace33a7c24c052b3608c4c8cc2e25afe053926b6389 |
| 77ad70fadfbbad5191c47c951469095ca845006f25fe9814f30f2853af367459 |
| c49ff6bd054fb386cd02fc94ca34b8773229ed8a5538e023ef7bea772d70c17a |
| 9d06994238d0de958033f42db39a6d2cc0de35e84be0ed080e41f017f02dffb3 |
| ed1812e8310bb25fbd138aae17be738ad3fa20e0783a8598c8dea56d3be5dad7 |
| ee56a9957f1f6166440bea01d0c0c29e4cec6230bb8231eced6ba844bb095d2a |
| c250725cfc9671d3849a3e85343ec5f3d045f805d002e56725c8ea2aebb9131a |
| b0aa2d76fd9463da6a7aff59e37d7ebf7b6aa1b660de2b2e9ab7755cf6f60ac3 |
| b18e40d96906b7b17f337ad6250f0c5aa9db93498832125374102dd2f5e0ed47 |
| 8e5102edd876f71e3482b7602dd9141fbce3ac869fba55a757b4354c70536f34 |
| 11bae40ae4315a1e8f7d9a8df676db6bdb497b153711d1bf7952c540ed1a5966 |
| e6088723889de70fa985e7b8c012c77ea693a6ef9379fb26a951a2bb5c722525 |
| 3fe798be890c7db8beaca9d005cd650e787b1b16bc5e47eef26bfa87124b6a95 |
| d006075f40136ea7733aec2d6f32c31abc09f779de01a33e7e07804907d339c7 |
| 8e53ca8952fbf2d1a272ab376555a1ccee1ff0bcab0747a8c91b0ccfc77cc3fb |
| 97e4eb7ca5d0b2b6d501a53478486d5ed75ce58d1204c6036f25b33439d48627 |
| 658a550600e814f7bf7d032b7984912857f37c96a68e4dd3eb1dce4fc774e26f |
| 98281f388a4441d7bb00537e65b1a4581dcaddd3606fc09f6cf19598343be34d |
| d1dbc472abe47902aa71e639ba2feb2098b474ab20b853168ecdb0d87ce02955 |

| |
|---|
| 61594a56cd2ef501cdb55b9037cd5785d1ad2eedfb1a4fab7ded50b1052a0650 |
| b7bf853fd6eb27f66963d219d29b85e13796e315473b7c08484335a0b0da7669 |
| 9af41957244e97e70378a7afd2d41b73d0a64d94c9b2df9049c29dd1919741cb |

    f. Approximately 117,376.52651940 Bitcoin Cash (BCH) (after required fees) seized from wallets recovered from Defendants' online storage account. The U.S. government's seizure of the 117,376.52651940 BCH is reflected in the following cryptocurrency transaction hashes:

| |
|---|
| c29fb28633a9bee7720f7ec021c2441dc6a2289c92e887ac5214c35d49314379 |
| 0b9013f818de45ddfa9068f54f8513f15ae35bd711054d119b483a791c750684 |
| 0ae0e3c0db61a2542015164bdcead1636c614bdd5bf51b9537c5b8312db2b84a |
| 16e1ba9b30fd5c86c9dd4ef3967105c2fbfe7ed9f510900b8acd7f7a0a9cdbd8 |
| 2544551e053688217ececb544bdc065d502db4ff4f227053fa25cc41be907541 |
| 4f24389c09897d50239d0be3ec39044160f65985cfb3fdf11d117a8fa39aaa24 |
| 6ad1a5ef2ed573b010e7ab32b395bed32142c07bf8bb67534880bbb03591215d |
| 7278e247fc3c7bfa81732ba63c628fe30cb160ec9b7fa357a5dcff8a2f6738e3 |
| 739b58b49039856f8db1da64c713372e04c4e09f9ca32437b639b4d37aad920b |
| 7570b746ecd24f66eb754e100f79c5259e9eecb0c7a0188e6cf5ee84f76d9b21 |
| 7cbd6e7161bbcb80865ef855128bbe1cdeb1e6b87788a99c2559046294bc898f |
| e308fc1199a044f613578e365313008762b8b779b3d92191e6e6ba9a6f5e2182 |
| f8efc360fcd7d6f27b9f7e51911f361b94cb1ff2734be5e301b3cacedda9481e |

    g. Approximately 117,376.58178024 in Bitcoin Satoshi Vision (BSV) (after required fees) seized from wallets recovered from Defendants' online storage account. The U.S. government's seizure of the 117,376.58178024 BSV is reflected in the following cryptocurrency transaction hashes:

| |
|---|
| 2cf808c73bda45a6ee1c266c60da50f01250d9452f7b51e1caaf3ecec605b416 |
| a0ede2c37597976de79a67db2096b3d8f7a4f60f357c09953a7342ad1948b4b5 |
| 6b46c0067f786acf4f5a1925f12b9860ad61817829f30fefd898ad0c3bbaeaf0 |

    h. Approximately 118,102.03258447 in Bitcoin Gold (BTG) (after required fees) seized from wallets recovered from Defendants' online storage account. The U.S. government's seizure of the 118,102.03258447 BTG is reflected in the following cryptocurrency transaction hashes:

| |
|---|
| a4ba827e99c6cef43ff590457671b63c0d52b2c215797e67c81fc168f499932c |
| 97263227ea621461f3d22132c3e7562b0e401853fd4aced1db1b34aba1a65ab4 |
| 41ad49ad96dfd64eb0293484d4953ccbff7d70839e4c7b75db472c5553db1532 |
| d6e8f7d9aac687cac9af801b4b38cbc8e71db2f21d41f0a6e0d8052d8087456b |
| c2d69e0a0090f201a29d6afb3655b7118b2282146abf64b044481ed99eb2fa27 |

| |
|---|
| ec3e2b93e7f7be50bb827ebfd366e2e1f4627dd8ed4550427ec793a3ea20187c |
| 2aa7dbb29d707fb1150c13d1ee6a0a17eeef7326116251cb5d13081fcd297ad8 |
| 70ed72a2c1e2d828f314f5bb327b0e03421bf854c4aba3ea9393258af6fba044 |
| c656cd61fce6c3aebeb0f20818d5d092c04c379d3fc72e3ec7e4f019f71a40ec |
| 2238af7a93f797a32ea20492fffa5e27b4d425c46ee7cb0e4fa262e2cddf3142 |
| ec2f4d2e7c13f19657ad4559a9bfd254437989f0f45e8993a17d84c374ecb02f |
| 5e26b7706b1c53b49d99ac1f501971b3d62c6d7e0ba6a01c9791e0d675cfb6e7 |

    i. Approximately 2,088,133.214436 USDT tokens (USDT) (after required fees) seized from wallets recovered from the Defendants' online storage account. The U.S. government's seizure of the 2,088,133.214436 USDT (USDT) is reflected in the following cryptocurrency transaction hashes:

| |
|---|
| 0xaac3544af0a36f02ed3f9019f8ab6ec01a46cdef1c6678eb02e4de77cfc44429 |
| 0x2924bfed103cf47743e06c8fc4e3d448aef66bd5e4c8b055c432cf97dcc66d92 |

    j. Approximately 8,984,961.413084 USDC tokens (USDC) (after required fees) seized from wallets recovered from the Defendants' online storage account. The U.S. government's seizure of the 8,984,961.413084 USDC is reflected in the following cryptocurrency transaction hashes:

| |
|---|
| 0x6fd9dea95481cd84e48af90d4a2215f81b9a6832d5cf30f1ffd35fdb3b9cc46d |
| 0x9e5766270527f9fbf2b74da6abace6d50990c4b29979751b05497acd24c6e78d |
| 0x025121522c27081acea889b52fb11004ec218afb94921b4b3d21635c389ae56e |
| 0xc4ab2429935e413581a684915ec50a6def2342958e81b4e53bddfc81d94ff07f |
| 0x208589d357a9741d8c9dc52b4fe26cdb58d923c7026caefea5d18f2c32deb470 |
| 0x8f7c636bc8c535d41dc321197c6faee791b9baf20220489cad8c63ca41320f07 |

    k. Approximately 18.50708 Ether (ETH) (after required fees) seized from wallets recovered from Defendants' online storage account. The U.S. government's seizure of the 18.50708 ETH is reflected in the following cryptocurrency transaction hashes:

| |
|---|
| 0x61d691bdafa62e0b6dcbea59a9d2a706d36df06b38b1e5f5bfbc20258fdb8f62 |
| 0x1ba8834537f2518c287f3417bc48ecb747f2a692f7ac03004ee3fd4056d7df69 |
| 0xc15e937c65cfa7d920505ed76dc939567e25c43eb232bddf31c865828b02cc2c |
| 0x043f8cde1f7cdae67c8da6823d7a11ce6c8910a5b281f8b33b8efb9f0bb48049 |

    l. Approximately 11.2461 ETH and 0.87954 Curve DAO tokens (CRV) (after required fees) seized from wallets recovered from Defendant's online storage account. The transfer of these assets to the U.S. Marshals Service is reflected in the following cryptocurrency transaction hashes:

3

| |
|---|
| 0xc7e08c2c508c353fbf13a72ead2350ae174cacac039cb801c411a12d0823decb |
| 0x612e5774af05cef0626f429d876a315bbdb794fac8fe361ba1d4a01cb3db86a4 |

    m. Approximately 153.369826 stkAAVE (after required fees) seized from wallets recovered from Defendants' online storage account. The U.S. government's seizure of the 153.369826 stkAAVE is reflected in the following cryptocurrency transaction hashes:

| |
|---|
| 0xc72aa554c07abcf7be1823b564de679f7a6a7153a753c7bbb6489712edfa1efb |
| 0xe32bda04be91e4555ff222bd76854a41cba5d8889986426ded5b821d75148ef8 |

    n. Approximately 128,337.930125 CRV (after required fees) seized from wallets recovered from Defendants' online storage account. The U.S. government's seizure of the 128,337.930125 CRV is reflected in the following cryptocurrency transaction hash:

| |
|---|
| 0x34adc0fcf52d47e448f39c8f532a18ea7ffe2350bdde2dd3559e1b40d9cf697c |

    o. Approximately 5,364,110.706859 DAI (after required fees) seized from wallets recovered from Defendants' online storage account. The U.S. government's seizure of the 5,364,110.706859 DAI is reflected in the following cryptocurrency transaction hash:

| |
|---|
| 0xc28daceb604b66f949307191d890831cc1d4580a54b99be492a992117ee601c6 |

    p. Approximately 1,030,436.50 aUSDT (after required fees) seized from wallets recovered from Defendants' online storage account. Those wallets were also contained on an external hard drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005. The 1,030,436.50 aUSDT is stored within the following cryptocurrency addresses:

| |
|---|
| TSzQqhP4GwYqtA7ejTxzYT3B1A3VDicWZY |
| 0x4bee2fe7a49525ab2def5638f3dd21d36eeea0e0 |
| 0xad9d2ab25d53399056282a2a2beb6efea960a6d3 |
| 0x6C47215Fa05F61c91183360E614fb0d338266BD1 |
| 0x0CaB63E3e978D1f66c19C480c206b01fB62F1243 |

    q. Approximately 17,572,068.53 aUSDC (after required fees) seized from wallets recovered from Defendants' online storage account. Those wallets were also contained on an external hard that was drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005.

4

The 17,572,068.53 aUSDC is stored within the following cryptocurrency addresses:

| |
|---|
| 0xF198D687695eA5576c13B9bb63668516e2B162E5 |
| 0x663d16a3CF413Cb12165eDc0a7B755EBCBCa46b9 |
| 0xe554E7C73dAa8734974b67Bf4b302217d02be792 |
| 0xBd6DaE0DcAeC1a2c32F7B2e81ecc438f8e7382c5 |
| 0xD727008a1C7f6013a727CF2C56bFBf9403aA8B70 |
| 0xB905c43B57ce15e3Fd865Cbb1f3003E07EAd9bf8 |
| 0x301C7b38C74fc524d926FA05AA07dcF5cf67D20b |
| 0xE15c7056532e9dD44f1297b72567eCD147512869 |
| 0x53512F278f0859e2B41801E2D55be914D37f7A7D |
| 0x50F30f62e3b52F3c5697D67686593d213B3fF534 |
| 0x349785542BA933018F62f38942D346872d1e88e7 |
| 0x73E70b1263c2996a7136BeC64c4d67c893D2a9dF |
| 0xAcc81C5Cdc7dBA80011F3D09BF72AD33D0BD9432 |
| 0xe5733F2Bf0757B9aD57B494BFD2465B8a3fcBEde |
| 0x24afb6813F7781ce77082c779d503Fc9042d3962 |
| 0x3dC18294596df858b902414D651717e77359770F |
| 0x9bf81CC31d0f1FA7Ade83058509a4DB154a182a2 |
| 0x18E675aaE75c37A045ac0bDA6adC7950307E4ef2 |
| 0xADac233DDf57D040114e64e462204eeb057b808F |
| GzJJYLRnMJz438k88qQRLA28jvm2YoE1qcP9vCB3NkRb |

r. Approximately 3,542,129.56 Yearn Vault USDT (yvUSDT) (after required fees) seized from wallets recovered from Defendants' online storage account. Those wallets were also contained on an external hard drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005. The 3,542,129.56 yvUSDT is stored within the following cryptocurrency address:

| |
|---|
| 0x0CaB63E3e978D1f66c19C480c206b01fB62F1243 |

s. Approximately 2,818.199 BTC (after required fees) seized from wallets recovered from Defendants' online storage account. The transfer of these assets to the U.S. Marshals Service is reflected in the following cryptocurrency transaction hashes:

| |
|---|
| 20b3673bf0d6294c46faf88204349530b694902797ce726d800ab0f342cd88d4 |
| 879a2d574abe141c4a932767ec59302520f7b7dda5c59e9230d32dd51fcbe5ee |

t. Approximately 12,267.025 BTC (after required fees) seized from wallets contained

5

on an external hard drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005. The transfer of these assets to the U.S. Marshals Service is reflected in the following cryptocurrency transaction hashes:

| a0d8817455f004426e56cd502d2fc47d60ed1489363c97cd3dd1c2070f12659c |
|---|
| 0c425db3da697bde3277852c8cea3c9bd9adc6575e593ef349c207ee3f4ab5a2 |

    u. Approximately 1,155.901 BTC (after required fees) seized from wallets recovered from Defendants' online storage account. Those wallets were also contained on an external hard drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005. The transfer of these assets to the U.S. Marshals Service is reflected in the following cryptocurrency transaction hashes:

| a1062947908576e32d4bbd34e28e9be1a98f9057496254dcf2f99c4cb2163ea1 |
|---|
| c5fc3a6a2411a398d72f4de18fe480810f5f9f718660659d8c3c031412faaad3 |

    v. Approximately 901,014 USDC (after required fees) seized from wallets recovered from Defendants' online storage account. Those wallets were also contained on an external hard drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005. The transfer of these assets to the U.S. Marshals Service is reflected in the following cryptocurrency transaction hash:

| 0x7593212e7d1b3a886041e8185a1ac2014d512b3b824d8b8e56ceb8041d7947fa |
|---|

    w. Approximately 290,729 USDT (after required fees) seized from wallets recovered from Defendants' online storage account. Those wallets were also contained on an external hard drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005. The transfer of these assets to the U.S. Marshals Service is reflected in the following cryptocurrency transaction hashes:

| 0x989359598f029a8fe4e731e600755e917657054c4fd6d34a1fd01f0cae4bc76f |
|---|
| 0xfedcd5240a562dc05d6f2c0eb37e600c19012516a67356bfa9d9b68b0f77c795 |

    x. Approximately 5,990 USDT (after required fees) seized from wallets contained on an external hard drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005. The transfer of these assets to the U.S. Marshals Service is reflected in the following cryptocurrency transaction hash:

| 0x7f50b68db4e36e8776f10489446859270ee906d471ba4fe30b61310ce5dd96e8 |
|---|

    y. Approximately 1000.06 in ETH (after required fees) seized from wallets recovered

6

from Defendants' online storage account. The transfer of these assets to the U.S. Marshals Service is reflected in the following cryptocurrency transaction hash:

```
0x3c8d25095a6b9986cf35c22d4d3de7b875c09f68c2a314e009a0978b4f96e37b
```

    z. Approximately 7.998 BTC (after required fees) seized from wallets contained on an external hard drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005. The transfer of these assets to the U.S. Marshals Service is reflected in the following cryptocurrency transaction hashes:

```
196e4c6d1ef0642f50f8aeeec757442b220be84c6f06476bead5e89f0323f29e
2d39984ec84baf807259e6cc14c19549960c09757cfe8815f299abf8a8f04fcb
```

    aa. Approximately 1,770.049 ETH (after required fees) seized from wallets contained on an external hard drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005. The transfer of these assets to the U.S. Marshals Service is reflected in the following cryptocurrency transaction hash:

```
0x6417b22fb8781fab467f4e5a2c30daa6aa0c16d72375545db4f692a22b3e8b1b
```

    bb. Approximately 264.863 BTC (after required fees) seized from wallets contained on an external hard drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005. The transfer of these assets to the U.S. Marshals Service is reflected in the following cryptocurrency transaction hashes:

```
c5fc3a6a2411a398d72f4de18fe480810f5f9f718660659d8c3c031412faaad3
21e31e79897f380a989a19d9ce19ab476f97a25bed3f593cd08d64f336502a5a
```

    cc. Approximately 0.196 BTC (after required fees) seized from wallets contained on an external hard drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005. The transfer of these assets to the U.S. Marshals Service is reflected in the following cryptocurrency transaction hashes:

```
83e11d4701f6a0e0b92f4ef1fdab19cff9d0f2af604896fb29e68bca69dabca3
e8742c298cc8e91e088063286eb8ccf3a4392c298925ea2f0a5dbb31133d3ea7
```

    dd. Approximately 1,401.567 ETH (after required fees) seized from wallets recovered from Defendants' online storage account. The transfer of these assets to the U.S. Marshals Service is reflected in the following cryptocurrency transaction hash:

| 0xea69b0ad138028d0970f00bec1e07afab4999ad1da3cfec8091706ad3713b92e |
|---|

ee. Approximately 1,767.624 ETH (after required fees) seized from wallets contained on an external hard drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005. The transfer of these assets to the U.S. Marshals Service is reflected in the following cryptocurrency transaction hash:

| 0xe1a4a5cc9288051cf92328b7423a9a95d6f005292beb5a5d4b3a7dad295162f2 |
|---|

ff. Approximately 1,066 in Wrapped Ether (WETH) (after required fees) seized from wallets recovered from Defendants' online storage account. Those wallets were also contained in an external hard drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005. The transfer of these assets to the U.S. Marshals Service is reflected in the following cryptocurrency transaction hash:

| 0xb0225a63e85aae99eccca0d36a3b9b71a89185960f20f057f55208ca7cfe3f36 |
|---|

gg. Approximately 1,019.23 ETH (after required fees) seized from wallets recovered from Defendants' online storage account. Those wallets were also contained on an external hard drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005. The U.S. government's seizure of the 1,019.23 ETH is reflected in the following cryptocurrency transaction hashes:

| 0xc177d5d00dad1586d9de699886fc94df443c04f3ee715dcccbdc25c85be34313 |
|---|
| 0x1a45810d725bb2a045f3eaf405e76916e65afa5eaf0774395eb9d2ccce317a59 |
| 0xc7e08c2c508c353fbf13a72ead2350ae174cacac039cb801c411a12d0823decb |
| 0x5dd80ab5ff1af11969c1699a21ed54e6ade208a8d8c733955f9e474aae23533a |
| 0x9fd10a0bba9e0d7e05b1e96bbe6fc586967cf12edd671aed7a258b78834a9f34 |

hh. Approximately 3,441.092 BTC (after required feed) seized from wallets recovered from Defendant's online storage account. Those wallets were also contained on an external hard drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005. The U.S. government's seizure of the 3,441.092 BTC is reflected in the following cryptocurrency transactions hashes:

| d1bfe94c4893243bafdeab55d72674f8da36afb6909decff0e34f3122e0ba6ec |
|---|
| ab0e683b7b9ae343fa250431378d1e59c9652a2666a626c129c921860fe0e3fe |
| 40b3523edd73fb13f9836c2d1acda58d36e31ca6a3733d1a61160fdc4d1a7dbc |
| 5b31ae23bfc46fbc066eb2f7e4bebe218214c0703d2d6fa17eacdadf56392312 |
| ea26b8dc219d6e22c9454c00209f8dbfe8f69abb339f769d1888d6b68dea2496 |
| 5063fb71e5d10d19dc564dd0359b1cba2edd52132ce413a48a45604908f2a853 |
| 251c470876b49e0543cf1a80975cad1e7dcb08cacac3db5c6c38a1067fa101db |

| |
|---|
| b239e2ba9f715ed6fabae9d47afc8ad38f212c47210a155c648fac52be44c699 |
| ebf2e0b20515b70c13d168ddbe77fec7d35c5497bf18dee4f18c2dcc224985fc |
| f0cc2e7f43a47382d9014a59dba87cc72d40fc36536ba91277a0ba9664f97627 |
| ba80f527e648a1f0d814638440f4b54c5827a51cf14c364b504b11e7e782d2a2 |
| 40d04ca5033ba6ce681aa61a879d17773c5e24ddaa760f6493d430e547869a46 |
| 56afc5ea66ac8f9de47a59368db91477f0e099d9dd018dd25a50af7f114891fd |
| 3ae9d68d56db74585f7496d7b848c1ea1d1ade04ac7fb5ccebafde2b0b99bbef |
| 9b0a91099bd339e3942c88e4f2d419b56523848e93ad58393eedf8cf5773eadf |
| 9ee5739526b0b3173b90fc5775c6d086456a9ec159f06ac0a4b1105840f9e246 |
| 5c451db3ef5df87e72a7257362121d3f74269ed86d4549b981e2f999a38637b5 |
| 334d7c7cf5d4fcfabf242599e48bdeed3d88ff7376ff822cf62b4460d5e26edd |
| de8de6dc7a5d9f9d4b44b8067177ade19acb9ddede9d0c1ea81ced90be8ce3d4 |
| 2511d95c9fb26b3cbf3b9a9483acf424e66d1bb9eb7337cc85dbbc43e4b089cb |
| 8a1df6f0520dd53a726799d1c160cbda026697df03e806161a90bfe1ae6ff20a |
| 507b16711260cc65091bcf7d0156f156ab670d0fb37b4da5913e6ac5f86a84de |
| d389f800a1397a2879426ec160ebc03416b2d8abd62553bf002b7c7800047fa9 |
| ad921e7436f2f30573eb15d5be900a9aa2bc6bfd7c9bb25fe93f79a4dd70929f |
| ff876b8c4c9cce225ae5981b8aa5789387cd7958986b3225069c9e495cf54c15 |
| 1cc348089e49b14e5832e625b43adae5a46a2af1f0ab9292e0edee128d50f2bb |
| c81a895f4d0a85bcfb0530afa703278d77ececee19aea23a2f76cc8f12387efb |
| ccadd615642424f72bdd037437ac143bae6caf26936324a31ad17a37c5f25b3b |
| 95ffa24facb0a79c699aa7e92ee7a0a708337aaf978bc79519090b000361b7c2 |
| 3f0e54eebc69b805ebfa105eefa4ced1a56141d9f26dfa643531d9b33a93b2bb |
| 65df96feecaaf158574de8ad613188e0a51e1c916ce522caed5346b77b013db2 |
| 31601ea949a83a2402849ac660b0b5fab3d23eb44a407786601e58ec4adee606 |
| 3392ca86f07e344ee4ea0c3c65ed8b1fbd725a97ee3fced4e92e5067fe913e9b |
| c04fab75db0df690c0387c10ffb8f386820d7f8e91acee955afa732ff2198b5f |
| 84f0d8afc2d71bc90bdf5a1c605870149f9e9239692894ac231b03ebff8c0568 |
| 791d8cd514dcf64deec4e592f0e9956a8a6770a53a2af0d58fa470a90abb7f57 |
| 4c0b48df536b19889c924bc003f00caff0b3fe02e38b686a86ada53645b9ce49 |
| 6173b659111b237f2b73463a26303df2371246e27cb48251f82fc05dc181ddc4 |
| 14964ee20b25f12029fedbea5d2e09bc899019bb0b0ec548ff691060d2bc7020 |
| 5e84b02474079d45cdf6f19fc2900a434e144198638a046e993cb0288f45f08a |
| 82a7ca254e1ae98c2b538d6d5405e278a28e770deec269018fdb58790e4c1bb7 |
| 7df16a0a7127ceb69a1ee27501993cff2fecd5bc9775907933e76143adcd94bb |
| 73c8c87ca4bd736fb747da2f0462153a287cd5f67eeb6a7581ee5edd1e6463c3 |
| 5876f25dc85aa7004fd55e051c933bfdc332bb1d3bb7e2da037debc9bb366434 |
| dcea4d12c4c5c95fb8e5bb1ab14f947d8f9a6aa4ce4bc1479cd4d6bd9a343f64 |
| c55cf70b038c035a98f7f55dd20c19f6758312b0e767d93ac6d2a4d18eb63d46 |
| 966da434bdb3d5b04371aba0e3e371dd79086d0a17e8a934e3366c30369eba1d |
| b93e15869e32dc18390d85cf50e93a2ce6f039b1ae2a7fd7f3a368e2b59672e2 |
| e6ba3575a4ea632b4591f2fe14936e94d2cdfd8953a9551f1e64e8af1c35cd1e |
| 785a5d40d9ca3def95dd0beb962734d4b485b7aae104e237a7723bafc3e3e8ed |

| |
|---|
| e7fcbddb9488270e582a73f4e2578877cce4382d3f801350f63a798f39cb8956 |
| 832446463d160545fb90715e607547ea730593448816a4d01624e323656d2c32 |
| c2263ac1b89facfe703f952f4f93e6e321c375f46a20a20b94495055b7aa6cb2 |
| 0f9301443899133c5cc88d2ec98c978599b9a97f7c4cf3b6ebb5185e513a2b28 |
| 08b17bbba3239821298f5e4f039e9e2092e18d49f8d2f8c2760b287763894bb2 |
| 3043ed00bde4c2fe49def9106feefe0ae0f11df8e8cd5d12e01935b49559e817 |
| 04418cbdc25be7d9384e114bbef6b87de9856e6dcb6c4b2b86600619986b2326 |
| d144a404c8f0cb4332a26203e86b57b1b3c7ef3d0d8e512659ea4b69d3c86830 |
| b864c71884ea055ed234a02ad52ef2ce386b548e2df80636878e1faf6b839b10 |
| b1b640c1dbd9bbe820f5e3c4d6afc28479488928c331e26c67531969491808b5 |
| 4944ae6b2c191cdb7b6b6218e2b033b4c6158fb49cbe63b9fa0c1d44631fe677 |
| f58421c24d18e8b7dfc1d91841356221fa368811b7313c2e9b94bf41c796e2da |
| 4a4dc715421e1bba033bafe33cbff21269d583274a8c5f4715dd120da6751741 |
| 42d54a2de6a2b00ffdff16d2edd58ab05ff131fe46ee9e3cf52bc4cf8f8187eb |
| 1ec385f5068b06e535603327f45e689e094c83383944e96d30192193d4fa1665 |
| 022702c1e93ec20012ae882e73f59648d5805428c684747e8554c72680a52d4a |
| 4fdb8d8a3b25063f32ed4e2177641c2c2f880dcf627dda435743fafc39beaa00 |
| d02636dfdf382626f02bdb12faea7a94ac7fc19392ff637d6b25b045724fdbce |
| 39e9a301173d82599782d7d34b7b5fbb68e7e1adb83984b7ca9e5f3ce39f0af0 |
| 766fbf9d8cba9a1165112dce6fad880649cf8c88089e01eb1b5aa60295c863fd |
| 293d737f7dbf952d4c6cf4c35d63e7d7c7e2257bcf4f7d7cce39beb36121f034 |
| 8c9809dc6fc3f5436202f9acc6c04905056f91abe33eb2d285ef0769c254ce8f |
| b48391571ee36e15622cf20d020a5c5262fdda226c88ed065cd66021ca927f56 |
| c0d121b94a1bb0830a6a24954f2a85099c8f9037cffde50dfb0ef30661ea2de5 |
| 50303753bd876b0e6cead41fb9a85e34f1c1c4c11c5a171e8c8465a655ebe5fb |
| 91832f153528833ff6019295cefa6fc370f4546126ada901112f97de7d6ea82b |
| a2dae4affc9ab681ac36254e3d91651e2a974e6be6ecadec4be154a8e8dbec34 |
| 5db3123391717b15fb01109b7ea0f85483013c9faa0cfc2d3afcb42d3e1d20d4 |
| 0e3824a6a73288ba65fa8587125a31c53e98fab37cb21d61404cd37eeb1ab68d |
| 6355641540ab8981163f0ac4d0f08bbe9aedaed61db0357fa0ed8154a4d01da6 |
| 104df9c76f6586dfb6a88c1d9412c46893c23c3c815fa2ddd32bf3ca052b3ca6 |
| 981b378a641ab96b29528a9ed0f17cbb15ce3a52c0c506a99174df78a5b6612a |
| bfa696399d3345b4d3a5b5b8e3183482562d10aa3e1c14eb7f9264085b0bd239 |
| 4bc030231b94c54705aa6786b2b4ce47acf41b16f953101565bb7bb314f1c91e |
| f00f2684f37979e2d0e64a2b758d952124ebafe452343d93972500a9cb79987f |
| f47ba0062ec3cab9f2ad4715a558a575ca9bb5b5f791a6507f5a1fbeb8ec5a66 |
| 01ce909c6a61ebb682756bfb140690ef22b5c1fc6b6827aa423bb2af443c7fd2 |
| 73037cdc4051cad8347a1977d42821b7170ce210b311786c708d82c1c2d1514c |
| 85498282c27ff117ed69067111b7ea303c9d2a3655faf9795b919872f17b46cd |
| 51a3fd6e8cbd992c15b1197141933bb4e5bfc837c368d07edeb426eb2c6507d4 |
| 6a0187dc7470eb63ab7bb0afcea25e48f6bae8c6734fb056251d7a36a2d88c7b |
| 1f1716abed9c616e538097cad579d1958a8b399aaecc686c4ab622df5f9be07c |
| a4c3ea141a28ea0f1dac7c6f023304f80d6eadd4762a6eccc8bb33268029aaae |

| |
|---|
| 90572eff4e00423fc85c49be940ad74614cfe41f472d183d375d4f39622bfa81 |
| f92c166d8db3318e051027c1ea9bc4bba672dc4eb012b9d721ca42e209eb4843 |
| 23afc408a3af799b15c0cc86572163353e924163a96d211b5692ab7bfd02f635 |
| 7dd54a14d831e3aa771e9812f60a8561a3bebfa2d64f31f19f46c3277fed287a |
| 523cf07d635e4b5764639764cc69285fe106e74401376f3d2592f9a6ed5b3e28 |
| 14da94ad3cb06dffc15a7511c5df79e8eafeeec996fc55e15b3bf4986f675f9d |
| 4c8d251b05fc463a6e08dece4215e67398e52b6345b4bffe144aeb139fb5c14a |
| 5684c447de8162420d7beeffc548fdbb45d950ead984afdee7fd52fad6d1bfd3 |
| 4501eef0dabb06062281aeb5d6ddf1dde6efce3f0ab30b6fca5d4f7407415bce |
| c765a4090c5757b1de61798dd798a787e937dafec6be9ba2eb4a9b589aa0cbbd |
| 4ec5dc0986a652696ec700c94ad814a427ddc16216d8ee418351a60456d501b6 |
| 835d21780342969210c0bffb9452f8670416d9f5ad2b3e48e1e020ba4e6780d6 |
| fb2d89401b3ee9f663add16c27783c36b154bc3a02600ef59d415b188b34b1a4 |
| d289c011ba7c7de0a211e59ceeeae1a914385fe0e9ecd6a3ef966421aaab7171 |
| 00d077c214cedd26a88f38c7b15bb16e8d019bf70aa993152c8b7ddce8eb3944 |
| 8954cba05d12e2fdefe9be80e3d57ee4501f62aed9d826f7ca5c5e415bf9505a |
| 4b3fa68414e7d4b094d935d94a365382a26429b6f4144d41f4b17f38e35ad9dc |
| a04a66468b78c9a05eb041f6764c8e20ddade583f247154acc2df1f00e6c334d |
| 3e59e3d79db051544facebade7875a68aaa934010fd18bcae73d17c39d65ca8d |
| 1a908fedfccf83c466e66165097f7c44c4323096d723926f54a785fdcae1f3c7 |
| ad73d215638f0e5e12b7892d4559cab3485589dc4c80991074652db5a4e7908a |
| 59b55a8e5dfc8c0436a4481cffbeb96be1c6801c5b27b0fc554f1cc9c962b08e |
| 61230fb4cb5926edee8dc1f91b307f1b878b5d51ecff813fe380cea6e1d65db4 |
| 15b6e300c4a2e7ad58a826690b75f06978a4ba9b303f3743c67ff2eb50a5fe54 |

  ii. Approximately 125 ETH (after required fees) seized from wallets recovered from an online storage account and an external hard drive recovered from the residence at 75 Wall Street, Apartment 33M, New York. The 125 ETH is currently frozen by the provider Switchain.

| |
|---|
| 0x4e528ff82383c0d224f23379612ba776e25a034ecab36ee9ba933ef552d17244 |
| 0x28034afa39860a686e27740eb8921a4869d2b5b3dd0f4f08668454cedd450240 |
| 0xd5a558ef1131af75d3003f32b3ba1fce9793acf94617c9a812417b703b28cd4c |
| 0xd52a43770854e40ca3db80ee74aae1ad53a061157f12e32b0df7e6d6a317f2f0 |
| 0xc527d4aa24b763da39cd1719d04a263043804aaed09cebc20c1a725da32c88b1 |
| 0xaa9619159bc55a541cf4a7c27c8aa15f56ab75c78e086c11966c5f62f7bb4056 |
| 0xec498184e9ee8dbc971e1862813d96ed3445327dc93215edb263d947ec43cc2b |
| 0xe9e54a4f34fa47ec92f2c6c64a7b833adc38d38fc660ad31ecd2509e6ee931d4 |

  jj. Approximately 47 ETH seized from wallets recovered from Defendants' online storage account. Those wallets were also contained on an external hard drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005. The 47 ETH was converted to USDT in the amount of

11

approximately 169,001.494313 and is currently frozen at cryptocurrency address TSzQqhP4GwYqtA7ejTxzYT3B1A3VDicWZY.

kk. $43,354 in U.S. currency recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005.

ll. Approximately 2.42401 BTC (after required fees) seized from wallets recovered from Defendants' online storage account. Those wallets were also contained on an external hard drive that was recovered from the Defendants' residence at 75 Wall Street, Apartment 33M, New York, NY 10005. The U.S. government's seizure of the 2.42401 BTC is reflected in the following cryptocurrency transaction hashes:

| |
|---|
| 6761268e7dca334764dec865074e1fb05f5a81f0f0ea7838f18242b63712e29a |
| 6aa0a4f217fcdcf07996d00c07a7f852c287856c7288798c50c413efaf5e7bae |