UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ILYA LICHTENSTEIN, et al.,

Defendants.

NO. 1:23-CR-239 (CKK)

### DECLARATION OF TREVOR BONDY GOPNIK
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Trevor Bondy Gopnik, declare as follows:

1. I am counsel for third-party petitioners iFinex Inc. and BFXNA Inc. in the above-captioned action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2. My full name is Trevor Bondy Gopnik.

3. I am an associate with the law firm of Gibson, Dunn & Crutcher LLP. My office address is 200 Park Avenue, New York, NY 10166. My telephone number is (212) 351-6356.

4. I am admitted, practicing, and a member in good standing of the Bar of the State of New York (Bar No. 5705371), and am admitted to practice before the following courts:

- U.S. District Court for the Eastern District of New York
- U.S. District Court for the Southern District of New York

5. I have never been disciplined by any bar.

6. In the last two years, I have been admitted *pro hac vice* in this Court in the following case: *In Re Application Of Qatar National Bank (Q.P.S.C.) And Qatar Charity For An Order To Take Discovery For Use In Foreign Proceedings Pursuant To 28 U.S.C. § 1782*, No.

24-mc-35.

7. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 16th day of January 2025 in New York, NY.

Trevor Bondy Gopnik