**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> ILYA LICHTENSTEIN, et al., <br><br> *Defendants.* | Case No. 1:23-CR-239 (CKK) |

## <u>DECLARATION OF TREVOR B. GOPNIK IN SUPPORT OF NOTICE OF APPEARANCE</u>

To:     The Clerk of Court and all parties of record.

Pursuant to the Court's Minute Order, dated February 3, 2025, granting Trevor B. Gopnik's Motion for Leave to Appear Pro Hac Vice, ECF No. 212, I, Trevor B. Gopnik, declare that I am familiar with this Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: February 5, 2025

Respectfully submitted,

*/s/ Trevor Gopnik*
Trevor Gopnik
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-6356
Facsimile: (212) 817-9456
TGopnik@gibsondunn.com


*Counsel for iFinex Inc. and BFXNA Inc.*