UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**LEAVE TO FILE GRANTED**
Judge C Kollar-Kotelly
Jan 29, 2025

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILYA LICHTENSTEIN, *et. al.*,<br><br>   *Defendants,*<br><br>and<br><br>JOHN DOE<br><br>   *Intervenor, Claimant, and Third-Party Petitioner.* | CRIMINAL NO. 23-cr-239 (CKK) |

## NOTICE OF APPEARANCE

Please take notice that David Bitkower, with the law firm Jenner & Block LLP, hereby enters his appearance as counsel for Intervenor, Claimant, and Third-Party Petitioner John Doe.

January 28, 2025

Respectfully submitted,

*/s/ David Bitkower*
David Bitkower (DC Bar No. 198596)
**JENNER & BLOCK LLP**
1099 New York Avenue NW
Suite 900
Washington, DC 20001-4412
Telephone: (202) 639-6000
dbitkower@jenner.com

*Counsel for Intervenor, Claimant, and Third-Party Petitioner John Doe*

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 28, 2025, a copy of the foregoing Notice of Appearance was filed with the Court's electronic case filing system and served upon all those participating therein.

By: */s/ David Bitkower*
David Bitkower (DC Bar No. 198596)
JENNER & BLOCK LLP

*Counsel for Intervenor, Claimant, and Third-Party Petitioner John Doe.*