# EXHIBIT A





# EXHIBIT B







# EXHIBIT C

9.02.2025, 19:08 — Bielenia Mail - [Bitfinex status] Investigating : Security Breach

 Gmail

Rafał Bielenia <rafal@bielenia.pl>

### [Bitfinex status] Investigating : Security Breach

noreply@statuspage.io <noreply@statuspage.io>　　　　　　　　　　　Tue, Aug 2, 2016 at 8:06 PM
To: rafal@bielenia.pl

## Security Breach
### Incident Report for Bitfinex

### Investigating

Today we discovered a security breach that requires us to halt all trading on Bitfinex, as well as halt all digital token deposits to and withdrawals from Bitfinex.

We are investigating the breach to determine what happened, but we know that some of our users have had their bitcoins stolen. We are undertaking a review to determine which users have been affected by the breach. While we conduct this initial investigation and secure our environment, bitfinex.com will be taken down and the maintenance page will be left up.

The theft is being reported to—and we are co-operating with—law enforcement.

As we account for individualized customer losses, we may need to settle open margin positions, associated financing, and/or collateral affected by the breach. Any settlements will be at the current market prices as of 18:00 UTC. We are taking this necessary accounting step to normalize account balances with the objective of resuming operations. We will look at various options to address customer losses later in the investigation. While we are halting all operations at this time, we can confirm that the breach was limited to bitcoin wallets; the other digital tokens traded on Bitfinex are unaffected.

We will post updates as and when appropriate on our status page (Bitfinex.statuspage.io) and on the maintenance page. We are deeply concerned about this issue and we are committing every resource to try to resolve it. We ask for the community's patience as we unravel the causes and consequences of this breach.

Aug 2, 18:06 UTC

View status page or unsubscribe from these emails.
Powered by StatusPage.io

 Gmail    Rafał Bielenia <rafal@bielenia.pl>

**[Bitfinex status] Update : Security Breach**

noreply@statuspage.io <noreply@statuspage.io>    Wed, Aug 3, 2016 at 7:43 PM
To: rafal@bielenia.pl

# Security Breach
## Incident Report for Bitfinex

### An Incident Update Has Been Posted

As it stands, we are continuing to investigate the hack and cooperating with authorities and the top blockchain analytic companies in the space to track the stolen bitcoins. In the meantime, we have been working on getting the platform up and running on a secure instance so that users can log in and see if their accounts have been affected as well as the state of their positions and orders. We hope to have an update with more substance later today UTC time.

Aug 3, 17:43 UTC

**PREVIOUS UPDATES**

**Investigating**

Today we discovered a security breach that requires us to halt all trading on Bitfinex, as well as halt all digital token deposits to and withdrawals from Bitfinex.

We are investigating the breach to determine what happened, but we know that some of our users have had their bitcoins stolen. We are undertaking a review to determine which users have been affected by the breach. While we conduct this initial investigation and secure our environment, bitfinex.com will be taken down and the maintenance page will be left up.

The theft is being reported to—and we are co-operating with—law enforcement.

As we account for individualized customer losses, we may need to settle open margin positions, associated financing, and/or collateral affected by the breach. Any settlements will be at the current market prices as of 18:00 UTC. We are taking this necessary accounting step to normalize account balances with the objective of resuming operations. We will look at various options to address customer losses later in the investigation. While we are halting all operations at this time, we can confirm that the breach was limited to bitcoin wallets; the other

digital tokens traded on Bitfinex are unaffected.

We will post updates as and when appropriate on our status page (Bitfinex.statuspage.io) and on the maintenance page. We are deeply concerned about this issue and we are committing every resource to try to resolve it. We ask for the community's patience as we unravel the causes and consequences of this breach.

Our representative, Zane Tackett, will be posting updates on reddit (/u/zanetackett)

Aug 2, 18:06 UTC

View status page or unsubscribe from these emails.
Powered by StatusPage.io

 Gmail                                        Rafał Bielenia <rafal@bielenia.pl>

**[Bitfinex status] Monitoring : Bitfinex Interim Update**

noreply@statuspage.io <noreply@statuspage.io>                     Sat, Aug 6, 2016 at 6:02 PM
To: rafal@bielenia.pl

# Bitfinex Interim Update
## Incident Report for Bitfinex

### New Incident Status: Monitoring

Interim Announcement
August 6, 2016

Following the theft on August 2nd, the Bitfinex team has been working tirelessly towards bringing the platform back online in a secure and controlled manner. We have finalized the accounting of losses incurred and are currently coordinating strategic plans for compensating customers.

We intend to come online within 24-48 hours with limited platform functionality. Additional announcements will be made as we progressively enable more platform features and return to full operations. We appreciate that our customers and the public want this handled quickly, but it needs to be done a way in which all assets are secure and immune from vulnerabilities. Every resource is being leveraged to make that happen in a safe and optimal way.

As disclosed in earlier announcements, all withdrawals, open orders, and open funding offers have been cancelled and all financed positions have been settled. Exact settlement prices were published on August 3rd.

After much thought, analysis, and consultation, we have arrived at the conclusion that losses must be generalized across all accounts and assets. This is the closest approximation to what would happen in a liquidation context. Upon logging into the platform, customers will see that they have experienced a generalized loss percentage of 36.067%. In a later announcement we will explain in full detail the methodology used to compute these losses.

We are actively discussing various strategic options with numerous potential investors as part of our strategy to fully compensate our customers. Such

discussions, however, are in early stages and will likely take time to play out. In the meantime, In place of the loss in each wallet, we are crediting a token labeled BFX to record each customer's discrete losses. Tokens will be distributed without release or waiver. The BFX tokens will remain outstanding until redeemed in full by Bitfinex or possibly exchanged—upon the creditor's request and Bitfinex's acceptance—for shares of iFinex Inc. We are still sorting out many details on this; we will post further updates in the coming days.

Thank you for your continued patience and for the many generous offers of support that we have received over the last several days. Notwithstanding this attack, we continue to believe in the possibilities associated with bitcoin. We will continue to update our customers and the public as and when we can.

Aug 6, 16:02 UTC

---

View status page or unsubscribe from these emails.
Powered by StatusPage

 Gmail     Rafał Bielenia <rafal@bielenia.pl>

**[Bitfinex status] Identified : Site Relaunch**

noreply@statuspage.io <noreply@statuspage.io>  Mon, Aug 8, 2016 at 2:07 AM
To: rafal@bielenia.pl

# Site Relaunch

## Incident Report for Bitfinex

### New Incident Status: Identified

Site Relaunch

We are beginning the process of bringing the platform online in a controlled and secure way. Currently the site is available on a read-only basis as we continue to work towards enabling full functionality. This means that users will be able to log into their accounts but trading, depositing, and withdrawing will remain disabled at this time.

Please be aware of the following changes required by the ongoing platform recovery:
Users will be required to reset their password.
Users will be required to reset their 2FA, if applicable.
Clef has been disabled for all accounts. We have reset our security keys with Clef, requiring users to re-enroll.
All API keys have been revoked. The creation of new API keys will be re-enabled within the next 48 hours.
Please take this time to log in and review your account and balances, taking note of the adjustments caused by the closing of open margin positions and the application of the Extraordinary Loss Adjustment. The loss adjustment is represented by your balance in "BFX" tokens which are priced at 1.00 USD until we are able to allow trading of that token, likely within the next week. The trading of BFX tokens may be restricted for US customers.
Full platform functionality will come online in progressive steps in the coming days. Withdrawing, depositing and exchange trading will come online first, with margin trading (for non-US customers) to resume sometime after that. Further announcements will be made when the schedule for turning on those features is finalized. Once again, we thank you for your patience.
The Bitfinex Team

On-page notifications on the trading pages:

> Trading, depositing, and withdrawing are temporarily disabled. We will be enabling full platform functionality in the coming days. Thank you for your patience.

Aug 8, 00:07 UTC

View status page or unsubscribe from these emails.
Powered by StatusPage

 Gmail    Rafal Bielenia <rafal@bielenia.pl>

## [Bitfinex status] Monitoring : Site Relaunch

noreply@statuspage.io <noreply@statuspage.io>   Wed, Aug 10, 2016 at 4:04 PM
To: rafal@bielenia.pl

# Site Relaunch
## Incident Report for Bitfinex

### New Incident Status: Monitoring

Today, August 10th, 2016, at 16:00:00 UTC we will be enabling additional platform features as we continue to restore service after the incident on August 2nd. Exchange trading will be enabled for all currencies and pairs, while deposits and withdrawals will be enabled for BTC, ETC, ETH, and USD - with LTC and Tether to follow shortly thereafter. Exchange trading will also be enabled for the BFX token on pairs BFXUSD and BFXBTC. We are working on tokenizing BFX via the Omni Layer to allow withdrawals for the BFX token, but we are still working out some protocol level details. Please note that U.S. residents will only be able to sell—not buy—BFX tokens at this time. Terms for the BFX token are available here. Requirements for token transfers are here. Parameters for assigning Margin Trading will be re-enabled for non-U.S. residents later this week.

In the past week, we have taken significant steps to ensure that we can restore service in a secure environment. We have added additional platform and infrastructure security checks; regenerated all encrypted services, including wallets, security tokens, and passwords; moved funds to multisig cold storage; re-evaluated all third-party integrations; performed a comprehensive system audit in order to identify vulnerabilities; and, rebuilt our entire platform on new infrastructure.

Please note that we have invalidated all deposit addresses that were generated before August 9 19:00:00 UTC for all cryptocurrencies except Tether USDT. Please do not deposit to these older addresses as this will cause substantial delay in deposit processing. All deposit addresses now shown on the site or generated by the API are the new addresses. Please be sure to use these new deposit addresses when depositing cryptocurrencies.

We are aware that many questions remain and we intend to discuss the theft, the distribution of losses, and our recovery plan in follow-up announcements. We are trying to be as transparent as we can be while we continue to try to make the best of a terrible situation. We regret the loss that took place, but we continue to remain confident in Bitcoin, the trading community, and our plan to compensate our customers. As always, we remain open to constructive commentary and suggestions from all sides.

Aug 10, 14:04 UTC

View status page or unsubscribe from these emails.
Powered by StatusPage

 Gmail                                                  Rafał Bielenia <rafal@bielenia.pl>

## Update from Bitfinex CEO, Jean Louis van der Velde - Aug 27 04:05 AM

Bitfinex <admin@bitfinex.com>                                              Sat, Aug 27, 2016 at 4:05 AM
To: rafal@bielenia.pl

# BITFINEX

## Update from Bitfinex CEO, Jean Louis van der Velde

Dear Customer,

As you are probably aware, Bitfinex suffered a security breach on August 2nd. On behalf of the entire Bitfinex team, I want to thank you for your patience during the time when we were offline and for your continued support during our recovery to complete, secure operation.

Throughout the incident and recovery we have been posting updates on our announcements page and blog, but I also wanted to take a moment to reach out to you directly.

As the CEO, I first and foremost would like to express my deepest sympathy for those affected by the security breach. I am resolved to regain your trust in our platform, and I want to discuss the initiatives we are exploring so that we can make our users whole.

What follows is an overview of the incident, an outline of the progress we have made so far, and details regarding our plans for the future — including our plans to compensate users affected by the breach.

### Overview

The Bitfinex trading platform suffered a security breach and theft on August 2, 2016 which required us to halt all platform operations. At 12:27 UTC we froze all wallets across the platform, canceled outstanding withdrawals, and stopped crediting deposits.

Immediately thereafter we engaged several companies to assist in tracing the stolen bitcoin and began conducting a security audit to find potential exploits and determine the scope of the hack. We contacted the FBI and European authorities and have

been cooperating with them in ongoing investigations.

At approximately 18:00 UTC, all site operations were halted and a notice was posted. All open orders and margin funding offers were cancelled and open margin positions were settled using prices prevailing at the time trading was suspended. More details regarding the exact prices used can be found in that particular announcement on August 3rd.

After much thoughtful analysis and consultation, we arrived at the conclusion that losses must be allocated across all accounts and assets. This is the closest approximation to what would happen in a liquidation context. Looking at your account, you will see that you have experienced an allocated loss percentage of 36.067%. You will also notice that as part of our compensation plan, you have been issued BFX tokens proportional to the loss that was applied to your account.

## Compensation Plans

To recognize the loss you experienced and which needs to be repaid, we issued BFX tokens with a face value of 1 USD to all users in proportion to their loss. These tokens should be seen as notional placeholders or contingent obligations, and our aim is to redeem all outstanding tokens at their full face value.

In order to redeem these tokens, we are exploring several options: (1) the recovery of the stolen coins; (2) outside investment in Bitfinex; (3) operating our trading platform with periodic redemption of the tokens issued and outstanding; (4) exchanging BFX for equity in Bitfinex.

With respect to time, options (1), (2), and (4) would mean a relatively quick redemption of the BFX tokens; option (3) would take longer. Further information regarding the BFX tokens are available here on the site.

For option (4), above, we have begun working with BnkToTheFuture, BFX Trust, and other groups to investigate methods of converting BFX tokens to Bitfinex equity. As you can imagine, because we operate a company with international customers in multiple countries this is not a straightforward process, but our goal is to give as many BFX token holders as possible the ability to participate. We are still in the early stages of this process and I ask for your patience as this develops.

## Relaunch

After the incident on August 2nd, the platform was re-launched in stages: On August 7th, the team brought the site up in a read-only mode so users could login and view the status of their accounts. On August 10th, we relaunched withdrawals, deposits, and exchange trading for all pairs. At that time we made two new pairs available - BFX/USD and BFX/BTC - so that you can exchange the new BFX tokens for BTC or USD if you wish. Two days later, on August 12th, we re-enabled margin trading for non-U.S. residents.

In the eight days the platform was offline, the team moved all funds to cold wallets, completely rebuilt our servers, moved datacenters, and ran a number of security checks in conjunction with Ledger Labs before being satisfied that it would be safe to bring the Bitfinex platform back online. Even though there is no evidence indicating user data was stolen, we are requiring that all users change their password and two-factor authentication as a precautionary measure. Note that during our platform rebuild we regenerated deposit addresses for all accounts. Please only deposit to addresses created after August 7th.

For more details about the incident please refer to the answers to these most common questions.

## Moving Forward

Despite the difficult situation, I am proud of how our management, technical, operation, and support teams have responded. I believe that we have made the best possible decisions in recovering and moving forward. I also want to sincerely thank our users and those in the community who have been supportive during this difficult time. Thank you.

There is still much to do, but in the coming weeks we will continue to demonstrate our commitment to our users and our resourcefulness in making them whole. It is our goal to redeem all BFX tokens as quickly and smoothly as possible. We will continue to press forward and we will keep you informed as we progress.

We have partnered with Ledger Labs to assist in performing a comprehensive security audit and we will publish a revised security policy summary in the coming weeks. There are other initiatives in progress, however at this stage we cannot give out information regarding ongoing investigations with third party consultancies and law enforcement agencies.

We are deeply grateful to all of our users for their continued support and to those that continue to trade with Bitfinex, thus enabling us to be optimistic regarding our goal to repay everyone that suffered losses. We will continue to listen to constructive advice and suggestions and our support team will be happy to hear from you in this regard.

Sincerely,
Jean Louis van der Velde, CEO

Regards,
The Bitfinex Team

9.02.2025, 19:11      Bielenia Mail - Update from Bitfinex CEO, Jean Louis van der Velde - Aug 27 04:05 AM

https://www.bitfinex.com

Mobile apps now available

 

Read more about the mobile apps

Copyright © 2016 Bitfinex, All rights reserved.

Want to change your email settings?
You can update your preferences in your account settings.
Want to disable these emails?
Review our Anti-Spam Policy.

# EXHIBIT D



