UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*LEAVE TO FILE GRANTED*
*Judge CKolla- Kotel 2/14/25*

UNITED STATES OF AMERICA

v.                                            Criminal No. 23-CR-239 (CKK)

ILYA LICHTENSTEIN, et al.

MOTION TO PARTICIPATE IN HEARING

Jonas Paasch, an interested party and [pending] petitioner, respectfully requests the Court for permission and guidance to participate in the hearing scheduled for February 21, 2025 via Zoom. I seek to assist the Court and to assert the victims' rights, including mine.

Thank you for your valuable time and consideration.
Respectfully submitted,

*[signature]*

Pro Se Victims' Representative
Jonas Paasch
jonas-paasch@proton.me
Phone: 0017735414671
700 Dovercourt Dr Unit 31 #163
Winnipeg, MB R3Y 1X5 Canada

**CERTIFICATE OF SERVICE**

I, Jonas Paasch, hereby certify that on this 11th day of February, 2025, a true and correct copy of the foregoing document was served upon the following individuals by the methods indicated:

**MOVANTS:**
- Hjalmar Peters, Allan Newman, Dolan Harrington, Christian Dressler, Juergen Lankat
- James Donald Sadowski (Designation Retained)    jds@gdllaw.com

**INTERVENORS**

**JOHN DOE**
1. David Bitkower    (Designation Retained)    dbitkower@jenner.com

**XYZ INC,**
1. Aitan D. Goelman    (Designation Retained)    agoelman@zuckerman.com
2. Christopher R MacColl    (Designation Retained)    cmaccoll@zuckerman.com

**Louis (Maria Andrea) Zuijderwijk**
louissls@xs4all.nl, le.zuijderwijk@gmail.com

**Francisco Cavazos**
FrankieCavazos@outlook.com

**Rafal Bielenia**    rafal@bielenia.pl

**U.S. DEPARTMENT OF JUSTICE**
1. Rick E. Blaylock, Jr.    rick.blaylock.jr@usdoj.gov
2. Christopher Brodie Brown    Christopher.Brown8@usdoj.gov
3. Jessica Peck    jessica.peck@usdoj.gov
4. Catherine Pelker    catherine.pelker@usdoj.gov
5. Jolie Zimmerman    jolie.zimmerman@usdoj.gov

**CAHILL GORDON & REINDEL LLP**
1. Anirudh Bansa    abansal@cahill.com
2. Angela F. Collins    acollins@cahill.com
3. Jason Michael Ecker    jecker@cahill.com
4. Samson Enzer    SEnzer@cahill.com
5. Kiersten A. Fletcher    kfletcher@cahill.com

**METHOD OF SERVICE**
The foregoing document was served via email.