**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HEATHER RHIANNON MORGAN,<br><br>Defendant. | Criminal No. 23-239-2 (CKK) |

**ORDER**
(February 21, 2025)

Pending before this Court is Defendant Heather Morgan's [258] Consent Motion to Discharge Bond Obligations and Release Security. On February 16, 2022, the Honorable Beryl Howell issued an Appearance Bond in this case, which required Defendant Heather Morgan to post a "secured bond of $3,000,000.00," which is secured by property located in Tehama, California. *See* Appearance Bond, ECF No. 24-1, at 1. The Appearance Bond states that with regard to the release of the bond, "[t]his bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence." *Id.* at 2. In this case, Defendant confirms that she "reported to serve her sentence on February 4, 2025." Consent Motion, ECF No. 258, at 1. Defendant asserts therefore that the bond is satisfied, and she requests that the security be released. Accordingly, it is this 21st day of February 2025,

ORDERED that the Clerk's Office is instructed to end the Appearance Bond and to release the security set forth on Defendant Heather Morgan's [24-1] Appearance Bond.

*/s/ Colleen Kollar-Kotelly*
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT COURT
