UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                              Criminal No. 23-CR-239 (CKK)

ILYA LICHTENSTEIN, *et al.*

Judge CKolla-Kotely
2/21/25

Public redacted version
No further revisions to this document will be accepted

## ANCILLARY PETITION

Petitioner Jonas Paasch respectfully submits this petition for the recovery of his lost assets pursuant to 21 U.S.C § 853(N), the MVRA (18 U.S.C. § 3663A) and CVRA (18 U.S.C. § 3771) This case illustrates the direct, proximate and perpetually compounding harm to him and the fairness of financial decentralization (counting about 650 million verified users by now *Ex.*C)

1. Petitioner studied Crypto since 2011 and eventually took on the great responsibility to become a top 5 crypto derivatives trader on the leading platform in 2016. Petitioner prioritized ethical trading to prevent shakeouts. In 2016 the prices and the Crypto owners' confidence were finally poised to keep growing fast and sustainably, yet a bit of a summer-low could still be expected. Exhausted from the trading season, Petitioner decided to take a break and securely store his diligently earned Bitcoins *Ex. B3* in an (unhackable) multi-signature wallet.
"Industry leading multi-sig",
"[hot wallet] only holds minimal amounts [0.5%]"     (*ECF-173 p.19, Ex.*)
However, checking back the next day, caused total shock. (Petitioner's capital and ability to act were gone. The heist affected Petitioner's well-being and caused perpetual financial decline. While fully aware of crypto's potential and his responsibility, it could not be rebuilt. *Petitioner's Remission Petition.*

2. Trusting Bitfinex's claim of industry leading multi-signature security,
   petitioner sent 94.9 BTC across three wallets:


On August 1., petitioner deposited 64.9 BTC, less than 20 hours before the heist.
And 30 BTC, on July 23, which had not yet moved from Petitioner's wallet, as expected.
a) Moving any Bitcoins again, would require third-party consensus or key-fragments which were supposed to be split to multiple fiduciary keyholders and stored offline.
b) 11.5675 Bitcoins were stolen in one step and 83.3298 BTC were moved to an online (hot) wallet, where at most 0.5% were supposed to reside, which had 547 or more BTC stolen, now on the government wallet (*Ex* A). The decentralized security was merged and disregarded, rendering it as a facade. Which invalidated the petitioner's intention, before a reasonable opportunity for reconsideration. The heist happened after offline (human) and multi-party security were disregarded, which revoked consent and rendered the deposits void under *Restatement (Second) of Contracts, § 164* and *§ 208; UVTA* and *11 U.S.C. § 548* and *UCC § 2-302.*

1

c) The exchange ceased every operation until August 10.
d) Bitfinex removed their Multi-Signature Wallet terms (Contradicting ECF-219 at 23, 62, 63)

"Wallets, Key Distributions & Bitgo"

"all bitcoins in your Multi-Signature Wallets belong to and are owned by you. You may, at any time, withdraw bitcoins from your Multi-Signature Wallet"

"If you are a verified U.S. Person...One private key for each Encumbered Wallet is distributed to each of you, BFXNA, and BitGo."

"private key is distributed to BitGo." "The backup key is broken up into multiple parts and requires multiple agents of Bitfinex in order to reconstruct it."

"Arbitrator: ... Michael J. Lee, an attorney in San Diego, California"

July 16, 2016   web.archive.org/web/20160716195511/http://www.bitfinex.com/terms
compare to November 3, 2016   web.archive.org/web/20161103023610/https://www.bitfinex.com/terms

---

— Another Definition: Multi-Signature Wallets are the foundation of decentralized [trustless] finance. — Often explained in comparison to monks in history, who broke keys to a precious relic into puzzle pieces, hidden in different locations, assigning different independent agents. Only if they would come together, could they unlock the relic, which puts custody out of any single hand and requires conspiracy to evade. ( *"used for thousands of years ... only partial keys ... Thus, no single monk could gain access to and possibly steal the relics."*
en.bitcoin.it/wiki/Multi-signature#History_and_Origins)

---

e) Another Petitioner showed that his stolen wallet (3MuVv) contained more Bitcoins than his, which have no potential claimant then, which confirms inconsistency. Next to the broken security, the company's accounting also wasn't consistent.

---

Petitioner has a prior and superior legal right, title, and interest in the Recovered Assets under § 853(n). In support of this claim, he submits proofs A, B, and D. Petitioner respectfully requests that the Court recognize his ownership of stolen BTC, order its return, and grant restitution for the direct and ongoing harm caused by the loss, asserting the rights under the MVRA and CVRA. If Petitioner receives any excess or other relief, he is committed to justice and promoting education on the benefits of multi-signature wallets. Yet his financial harm caused by the events of August 2, 2016 soon extended beyond his deposits, next to personal impact.

## RELIEF SOUGHT

Petitioner respectfully asks, that this honorable Court:

A. Recognize Petitioner's prior and superior property right in his 94.9 BTC.

B. Amend the forfeiture order to exclude Petitioner's property.

C. Order the return.

D. Grant such other relief as the Court deems just and proper.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 19, 2025
Respectfully submitted,



**CERTIFICATE OF SERVICE**
I, Jonas Paasch, hereby certify that on this 19th day of February, 2025, a true and correct copy of the foregoing document was served upon the following individuals by the methods indicated:

**INTERVENORS**
 **JOHN DOE**
  1. David Bitkower — dbitkower@jenner.com
 **XYZ INC**
  1. Aitan D. Goelman — agoelman@zuckerman.com
  2. Christopher R MacColl — cmaccoll@zuckerman.com
  Louis (Maria Andrea) Zuijderwijk — louissls@xs4all.nl, le.zuijderwijk@gmail.com
  Francisco Cavazos — FrankieCavazos@outlook.com
  Rafal Bielenia — rafal@bielenia.pl
**MOVANTS:**
  Hjalmar Peters, Allan Newman, Dolan Harrington, Christian Dressler, Juergen Lankat
  James Donald Sadowski — jds@gdllaw.com
**U.S. DEPARTMENT OF JUSTICE**
  1. Rick E. Blaylock, Jr. — nck.blaylock.jr@usdoj.gov
  2. Christopher Brodie Brown — Christopher.Brown8@usdoj.gov
  3. Jessica Peck — jessica.peck@usdoj.gov
  4. Catherine Pelker — cathenne.pelker@usdoj.gov
  5. Jolie Zimmerman — jolie.zimmerman@usdoj.gov

**METHOD OF SERVICE**
The foregoing document was served via email.