# EXHIBIT C


BITFINEX
Trading
Derivatives
Funding
Securities
P2P
OTC
More
Wallet
Account
Sub-accounts
Security
Notifications
Interface
Verification
Affiliate
Reports
Leaderboard
API
Knowledge Base
Support Center
Announcements
Careers
Account
Account
Address Book
Date & Time
Fees
Funding
Account Info
USERNAME
USER ID
PASSWORD
EMAIL
LANGUAGE
English
STATUS
Active
CHANGE
CHANGE
CHANGE
ENGLISH РУССКИЙ 中文 (简化) 中文 (繁體) ESPAÑOL PORTUGUÊS TIẾNG VIỆT
DEACTIVATE
BITFINEX
English
Services
Exchange
Margin Trading
Derivatives
Products
Exchange
Mobile App
Bitfinex Borrow
Company
About
Manifesto
Affiliates
Support
Help Center
Contact Us
Bitfinex Channels
Legal & Privacy
Privacy
Cookies Policy
Cookies Preferences

BITFINEX

Log Out

English

# Verification Status



Full

With your current verification status you can do:

- Deposit and Withdraw Digital Assets
- Deposit and Withdraw Stablecoins
- Exchange Trading
- OTC Trading
- Margin Trading & Funding
- Public Pulses
- Multipliers in affiliate program
- Faster Digital Assets Deposits
- Bitfinex Pay Merchants
- SEPA Transfers*
- Derivatives Trading*
- Unus Sed LEO Trading*
- Bank Wires

# Your Information



— Account Type: Individual

You have been verified to Full level

Personal Info — View

Country of Residency — View

Email Address — View

## Merchant - Bitfinex Pay

Bitfinex Pay allows qualifying accounts to receive payments as a merchant.

Learn More

Verify

## Bitfinex Securities El Salvador Verification

Accounts eligible to trade securities can apply for additional verification by filling out the FATCA form.

Verify

SECURITIES REINVENTED

## Bitfinex Securities AIFC Verification

Access tokenized equities, bonds and investment funds. 24/7, 365 days.

Upgrade to Trade Securities

## Bank Accounts