

*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

_____

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Sara Elizabeth Cervantes

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **October 26, 2021**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on March 18, 2025.

*Clerk of the Court*

CertID-00220723



𝔄𝔭𝔭𝔢𝔩𝔩𝔞𝔱𝔢 𝔇𝔦𝔳𝔦𝔰𝔦𝔬𝔫
𝔖𝔲𝔭𝔯𝔢𝔪𝔢 𝔠𝔬𝔲𝔯𝔱 𝔬𝔣 𝔱𝔥𝔢 𝔖𝔱𝔞𝔱𝔢 𝔬𝔣 𝔑𝔢𝔴 𝔜𝔬𝔯𝔨
𝔖𝔢𝔠𝔬𝔫𝔡 𝔍𝔲𝔡𝔦𝔠𝔦𝔞𝔩 𝔇𝔢𝔭𝔞𝔯𝔱𝔪𝔢𝔫𝔱
45 𝔐𝔬𝔫𝔯𝔬𝔢 𝔓𝔩𝔞𝔠𝔢
𝔅𝔯𝔬𝔬𝔨𝔩𝔶𝔫, 𝔑.𝔜. 11201
(718) 875-1300

**HECTOR D. LASALLE**
PRESIDING JUSTICE

**DARRELL M. JOSEPH**
CLERK OF THE COURT

**KENNETH BAND**
**MELISSA KRAKOWSKI**
DEPUTY CLERKS

**WENDY STYNES**
**LAUREN G. DOME**
**BRIAN E. KENNEDY**
**RIAD P. WILLIAMS**
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Darrell M. Joseph
Clerk of the Court

Revised October 2024