## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>*Defendants.* | Case No.  23-cr-239 (CKK) |

## THIRD-PARTY PETITIONERS HJALMAR PETERS, ALLAN NEWMAN, DOLAN HARRINGTON, CHRISTIAN DRESSLER, JUERGEN LANKAT, CHARLES REED VENTURELLA, COMPANY DOE, TOM DOE, AND RICHARD ROE'S MOTION FOR H. SEIJI NEWMAN ADMISSION PRO HAC VICE

Pursuant to Criminal Local Rule 44.1(c), third-party petitioners Hjalmar Peters, Allan Newman, Dolan Harrington, Christian Dressler, Juergen Lankat, Charles Reed Venturella, Company Doe, Tom Doe, and Richard Roe respectfully moves for the admission and appearance of attorney H. Seiji Newman's *pro hac vice* in the above-captioned matter.

This Motion is supported by the Declaration of H. Seiji Newman, filed herewith.  As set forth in the accompanying declaration, H. Seiji Newman is admitted, practicing, and a member in good standing of the State Bar of New York and the State Bar of Connecticut. This Motion is supported and signed by Alexandria J. Smith, an active and sponsoring member of the Bar of this Court.

Date:  May 30, 2025

/s/ Alexandria J. Smith
Alexandria J. Smith (#1481067)
Greenstein DeLorme & Luchs, P.C.
801 17th Street, NW, Suite 1000
Washington, DC  20006
Phone:  (202) 452-1400; Fax: (202) 452-1410
Email:  ajs@gdllaw.com
*Counsel for Hjalmar Peters, Allan Newman,*
*Dolan Harrington, Christian Dressler, Juergen*
*Lankat, Charles Reed Venturella, Company Doe,*
*Tom Doe, and Richard Roe*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 30, 2025, I filed the foregoing *pro hac vice* application using the Court's electronic filing system and a copy should be served by a notice of electronic filing on all counsel of record in the case. In addition, in accordance with ECF #347, I have also served a copy of this application  on all *pro se* Petitioners by email using the email addresses sent to me by the Clerk's office.

/s/ Alexandria J. Smith
Alexandria J. Smith

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILYA LICHTENSTEIN, et al.,<br><br>*Defendants.* | [1]<br><br>Case No.  23-cr-239 (CKK) |

**DECLARATION OF H. SEIJI NEWMAN**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, H. Seiji Newman, declare as follows:

1.   I am  co-counsel  for  third party petitioners Hjalmar Peters, Allan Newman, Dolan Harrington, Christian Dressler, Juergen Lankat, Charles Reed Venturella, Company Doe, Tom Doe, and Richard Roe in the above-captioned action.  I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently to these facts under oath.

2.   My full name is Henry Seiji Newman.

3.   I am a partner with the law firm of Davis+Gilbert LLP. My office address is 1675 Broadway, 31st floor, New York, NY 10019. My telephone number is (212) 468-4904.

4.   I am admitted, practicing, and a member in good standing of the Bar of the State of New York (New York State Bar No. 3050762) and the Bar of the State of Connecticut (Connecticut State Bar No. 417297), and am admitted to practice before the following courts:

- United States District Court for the Southern District of New York
- United States Court of Appeals for the Second Circuit

---

[1] Mr. Newman was also admitted *pro hac vice* in the United States District Court for the District of New Jersey on February 3, 2025.  *See* Case No. 22-cv-04560(SDQ) (ESK), ECF No. 118.

5. I have never been disciplined by any bar.

6. In the last two years, I have not been admitted *pro hac vice* in this Court.

7. I do not engage in the practice of law from an office located in the District of Columbia.

8. I am familiar with this Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21st day of May 2025 in New York, New York.

H. Seiji Newman



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———————

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Henry Seiji Newman

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **May 1, 2000**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on May 21, 2025.

*Clerk of the Court*

CertID-00232682