**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA,**

**v.**

**ILYA LICHTENSTEIN and HEATHER MORGAN, *et al.,***

**Defendants.**

**CRIMINAL NO. 23-cr-239 (CKK)**

# MOTION FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE

## I. INTRODUCTION

Comes now Francisco Cavazos, pro se, and respectfully moves this Court for leave to file supplemental tracing evidence in support of his Motion to Intervene (ECF 190) and Ancillary Petition (ECF 200).

The supplemental evidence consists of blockchain tracing and account data that further clarifies ownership of 14.994 BTC stolen from Petitioner’s account during the 2016 Bitfinex hack. This evidence is consistent with, and directly supports, the claims already asserted.

An official dataset identifying 2,072 hacked accounts has been provided to the Department of Justice, and a native copy is in the custody of the Clerk of Court. The supplemental exhibits offered here are drawn directly from that dataset and related blockchain tracing.

Good cause exists to allow supplementation because the proposed exhibits provide additional clarity and were compiled for accuracy after it became clear that the Department of Justice did not have the complete blockchain account data. The supplemental evidence offers a more detailed view of the ownership trail and will assist the Court in reaching a just resolution without causing prejudice or delay.

WHEREFORE, Petitioner respectfully requests that this Court grant leave to file the supplemental evidence described herein.

Respectfully submitted,
/s/ Francisco Cavazos
Pro Se Victim-Movant

__________________________________

THE HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, Francisco Cavazos, hereby certify that a true and correct copy of the foregoing document is served upon the following individuals by e-mail: All pro se petitioners; Mick E. Blaylock, Jr ; Aitan D. Goelman ; Alexandria Jean Smith ; Barry H. Berke ; Catherine Pelker ; Christopher R MacColl ; David Bitkower ; David W.T. Daniels ; Denis Nicholas Harper ; James Donald Sadowski ; Jessica Peck ; Jolie Zimmerman ; Kevin Feldis ; Laura Vartain Horn ; Lawrence W. McMahon ; Mark C. Holscher ; Sara Cervantes ; Shailee Diwanji Sharma
METHOD OF SERVICE: The foregoing document was served via email.

*Francisco Cavazos*