**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA,**

**v.**

**ILYA LICHTENSTEIN and HEATHER MORGAN, *et al.,***

**Defendants.**

**CRIMINAL NO. 23-cr-239 (CKK)**

# SUPPLEMENTAL SUBMISSION OF EVIDENCE IN SUPPORT OF MOTION TO INTERVENE (ECF 190) AND ANCILLARY PETITION (ECF 200)

---

Comes now Francisco Cavazos, pro se, and pursuant to the Court's allowance respectfully submits supplemental evidence in further support of his claims.

## Exhibits Submitted

- **Exhibit 6 (ECF 273, currently filed under seal)** – Screenshots of the hacked Bitfinex account list.

- **Exhibit 6A** – Forensic dataset of 2,072 hacked Bitfinex accounts, correlating directly with Exhibit 6 and provided in native format. This dataset was originally circulated by former Bitfinex employees to assist victims in tracking stolen funds. A copy can be obtained from the Clerk and was given to the DOJ.

- **Exhibit 7** – *FBI Seized Assets Report — Bitfinex Hack*, prepared from DOJ seizure records and hacked account data. Includes:
  - Figure 1: BTC & Asset Totals (Seized + Altcoins + Stablecoins)
  - Figure 2: Total BTC vs. Recovered vs. Missing
  - Figure 3: BTC & Asset Breakdown (Seized vs. Altcoins + Stablecoins vs. Missing)
- **Exhibit 7A** – *Mr. Cavazos Tracing Evidence Report* (Maltego blockchain analysis linking Petitioner's 3KL9… wallet and 14.994 BTC to FBI-seized funds).

---

## Fact Statements and Credentials

1. Petitioner deposited 20.9 BTC to Bitfinex on June 13, 2016; 14.994 BTC was stolen during the August 2, 2016 hack.

2. Exhibit 6A is the structured form of the hacked account dataset, previously shared by former Bitfinex employees for victims' use. It matches the screenshots filed under seal by Mr. Cavazos at ECF 273 and provides clarity regarding individual losses.

3. Exhibits 7 and 7A confirm the government's seizure of Petitioner's stolen BTC and provide forensic tracing tying his account to the assets now in U.S. custody.

4. Petitioner is both a **direct victim and fact witness** to the 2016 hack and its aftermath. He has also worked as a **data scientist for over five years**, applying technical expertise in blockchain analysis, data visualization, and forensic tracing. This work includes the application of **open-source intelligence (OSINT) methods** to verify and cross-reference hacked account data with public blockchain records.

5. This supplemental evidence is submitted to provide an expert-level blockchain analysis of Petitioner's account and the chain of custody linking his stolen Bitcoin to the assets seized by the Government. The analysis was conducted using standard tracing techniques and by cross-referencing first-hand account data with publicly verifiable blockchain records.

6. Drawing on these credentials, Petitioner has prepared and submitted evidence including Coinbase tax filings, Bitfinex deposit logs, blockchain flow analyses, OSINT-verified datasets, and corroborating government seizure documents. Together these form a reliable and complete evidentiary record. (ECF 190, 200)

This supplemental evidence is submitted not to raise new claims but to provide a more complete and expert record of events in support of ownership and restitution.

Respectfully submitted,
/s/ Francisco Cavazos
Pro Se Victim-Movant

---

THE HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, Francisco Cavazos, hereby certify that a true and correct copy of the foregoing document is served upon the following individuals by e-mail: All pro se petitioners; Mick E. Blaylock, Jr ; Aitan D. Goelman ; Alexandria Jean Smith ; Barry H. Berke ; Catherine Pelker ; Christopher R MacColl ; David Bitkower ; David W.T. Daniels ; Denis Nicholas Harper ; James Donald Sadowski ; Jessica Peck ; Jolie Zimmerman ; Kevin Feldis ; Laura Vartain Horn ; Lawrence W. McMahon ; Mark C. Holscher ; Sara Cervantes ; Shailee Diwanji Sharma

METHOD OF SERVICE: The foregoing document was served via email.

*Francisco Cavazos*