# EXHIBIT- 7

## Seized Asset Report — Bitfinex Hack

### Figure 1: BTC & Asset Totals (Seized + Alts + Stablecoins)




### Figure 2: Total BTC vs. Recovered vs. Missing




**Figure 3: BTC & Asset Breakdown — Seized vs. Alts + Stablecoins vs. Missing**

Bitfinex Hack — BTC & Asset Breakdown
Seized vs. Alts + Stablecoins vs. Missing, Aug 30 2025




These exhibits are sourced from the hacked accounts dataset (Ex. 6A), the Department of Justice’s Second Amended Preliminary Order of Forfeiture (ECF 178, Corrected Attachment A), and confirmations from other victims and employees.