**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

v.

ILYA LICHTENSTEIN, et al.,

Defendants.

Case No. 23-CR-239 (CKK)

**SECOND MOTION TO SUBSTITUTE PREVOUSLY-FILED DOCUMENTS**

Pursuant to the Court's October 8, 2026 Minute Order, Petitioners iFinex Inc. and BFXNA Inc. (together, "Bitfinex"), through their attorneys at Gibson, Dunn & Crutcher LLP, respectfully move to file substitutes for two previously filed documents (ECF Nos. 308-1 & 327) whose access is restricted to the public. The proposed substitute filings, attached hereto, are identical to the originally filed documents except that a technical issue regarding redactions applied to the originally filed documents has been corrected. The words and substance of the filings are unchanged, and the scope of the redactions applied to the documents is unchanged. The only difference between the substitute filings and the original filings is that the technical issue related to the manner in which the redactions were applied has been corrected.

Dated: October 16, 2026

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

/s/ *Barry H. Berke*

Barry H. Berke (admitted *pro hac vice*)
Daniel M. Ketani (admitted *pro hac vice*)
Trevor Gopnik (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Tel: (212) 351-4000
bberke@gibsondunn.com
dketani@gibsondunn.com
tgopnik@gibsondunn.com

Stephanie L. Brooker (D.C. Bar No. 475321)
Nick Harper (D.C. Bar No. 144707)
1700 M Street N.W.
Washington, D.C. 20036
Tel: (202) 955-8500
sbrooker@gibsondunn.com
nharper@gibsondunn.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2026, I filed and therefore caused the foregoing document to be served on all parties in accordance with the Court's May 20, 2025 Order, ECF No. 347.

*/s/ Barry H. Berke*
Barry H. Berke