**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ILYA LICHTENSTEIN, et al.,**

**Defendants.**

Case No. 23-CR-239 (CKK)

**DECLARATION OF CHRISTOPHER MARTIN**

I, Christopher Martin, hereby declare under penalty of perjury that the following is true and correct:

1. I am an Associate Managing Director in the New York office of Nardello & Co., LLC ("Nardello"), a global investigations firm. I have more than 7 years of experience conducting investigations in support of legal proceedings arising in a variety of contexts, including complex civil litigation, bankruptcy adversarial actions, and federal criminal proceedings, among others. Over the course of my career, I have used a variety of open source research techniques and have extensive experience conducting investigations utilizing information obtained from internet search engines.

2. I have been asked to identify information the United States government made available on the internet about the Department of Justice's ("DOJ") prosecution in connection with the 2016 hack of Bitfinex. I conducted internet searches using the terms "Bitfinex" and "hack" to find available information, as described below.

3. These searches identified several government webpages and press releases relating to the April 2016 Bitfinex hack and the underlying litigation, including the following:

(a) A DOJ press release published on August 3, 2023 titled "Husband and Wife Plead Guilty to Money Laundering Conspiracy Involving the Hack and Theft of Billions in Cryptocurrency." The press release states, in part, "Consistent with standard practice in criminal forfeiture cases, there will be a formal process at the conclusion of the case, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, for third-party claimants to submit claims for any seized and forfeited property." It also provides the names of government attorneys and agents involved in this case and the investigation into the 2016 hack. A true and correct copy of that press release is attached as **Exhibit A**.[1]

(b) Another DOJ press release published on August 3, 2023 (and updated on February 6, 2025) titled "Bitfinex Hacker and Wife Plead Guilty to Money Laundering Conspiracy Involving Billions in Cryptocurrency," which states, in part, "Consistent with standard practice in criminal forfeiture cases, there will be a formal process at the conclusion of the case, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, for third-party claimants to submit claims for any seized and forfeited property." It also provides the names of government attorneys and agents involved in this case and the investigation into the 2016 hack. A true and correct copy of that press release is attached as **Exhibit B**.[2]

(c) An Internal Revenue Service ("IRS") press release published on August 3, 2023 (and updated April 7, 2025), also with the title "Bitfinex hacker and wife plead guilty to money laundering conspiracy involving billions in cryptocurrency," which states, in part, "Consistent with standard practice in criminal forfeiture cases, there will be a formal process at

[1] https://www.justice.gov/usao-dc/pr/husband-and-wife-plead-guilty-money-laundering-conspiracy-involving-hack-and-theft (last accessed May 2, 2025).

[2] https://www.justice.gov/archives/opa/pr/bitfinex-hacker-and-wife-plead-guilty-money-laundering-conspiracy-involving-billions (last accessed May 2, 2025).

the conclusion of the case, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, for third-party claimants to submit claims for any seized and forfeited property." This press release also provides the names of government attorneys and agents involved in this case and the investigation into the 2016 hack. A true and correct copy of this press release is attached as **Exhibit C**.[3]

(d) A webpage titled "2016 Bitfinex Hack" that was published on October 17, 2024 on the website for the US Attorney's Office for the District of Columbia, a true and correct copy of which is attached as **Exhibit D**.[4] This webpage includes a summary of the case as well as information regarding the date, time, and general substance of the Defendants' pleas and sentencing hearing. The webpage also includes a section titled "Notice to Persons Impacted by the Defendants' Conduct – Soliciting Impact Statements," which includes a link to the Court's October 10, 2024 Order Authorizing Alternative Notification Procedures permitting alternative notice to potential victims, and solicits impact statements from "all persons potentially harmed by the defendants' conduct, including affected accountholders at the Bitfinex virtual currency exchange." The webpage provides an e-mail address to use to contact the government, USADC.BitfinexHack2016@usdoj.gov. It also informs potential victims of their rights under the Crime Victims' Rights Act, including "The reasonable right to confer with the attorney for the government in the case." A review of the webpage's metadata – also known as the webpage's

[3] https://www.irs.gov/compliance/criminal-investigation/bitfinex-hacker-and-wife-plead-guilty-to-money-laundering-conspiracy-involving-billions-in-cryptocurrency (last accessed May 2, 2025).

[4] https://www.justice.gov/usao-dc/2016-bitfinex-hack (last accessed May 2, 2025).

source properties – shows the webpage was published on October 17, 2024 and last updated on October 29, 2024.[5]

(e) A webpage titled "United States v. Ilya Lichtenstein and Heather Morgan," which was published on or around October 31, 2024 on the portion of the DOJ's website containing "Information for Victims in Large Cases" and containing a link to the webpage referenced in Paragraph 3(d), a true and correct copy of which is attached as **Exhibit E**.[6]

(f) A press release on November 7, 2024 titled "Website Related to Multi-Billion Dollar Bitfinex Hack Established," and subtitled "Notice to the public to solicit and receive information from all persons potentially harmed by the Bitfinex Hack, including affected Bitfinex accountholders," which contained links to the webpage titled "2016 Bitfinex Hack" (*see* Paragraph 3(d) & Exhibit D) and to this Court's October 10, 2024 Order Authorizing Alternative Notification Procedures, a true and correct copy of which is attached as **Exhibit F**.[7]

(g) A press release published on November 14, 2024 and updated on February 6, 2025, titled "Bitfinex Hacker Sentenced in Money Laundering Conspiracy Involving Billions in Stolen Cryptocurrency," which states, "Consistent with standard practice in criminal forfeiture cases, there will be a formal process pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure for third-party claimants to submit claims for any seized and forfeited property." The press release also provides a link to the webpage titled "2016 Bitfinex Hack" (*see* Paragraph 3(d) & Exhibit D) and the names of government attorneys and agents involved in this case and the

---

[5] A webpage's metadata can be accessed by right-clicking while viewing the webpage in an internet browser and selecting the option to "view page source." *See* view-source:https://www.justice.gov/usao-dc/2016-bitfinex-hack (last accessed May 1, 2025).

[6] http://justice.gov/usao-dc/case/united-states-v-ilya-lichtenstein-and-heather-morgan (last accessed May 2, 2025).

[7] https://www.justice.gov/usao-dc/pr/website-related-multi-billion-dollar-bitfinex-hack-established (last accessed May 2, 2025).

investigation into the 2016 hack. A true and correct copy of this press release is attached as **Exhibit G**.[8]

4. On May 1, 2025, I entered the term "Bitfinex" in the search bar of the main DOJ website.[9] The first result was a link to the November 14 press release (*see* Paragraph 3(g) & Exhibit G), which states that "there will be a formal process pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure for third-party claimants to submit claims for any seized and forfeited property." A forensic image capturing the results of this search is attached as **Exhibit H**.

5. I conducted a Google search on May 1, 2025 for the terms "Bitfinex" and "hack." A forensic image capturing the results of this Google search is attached as **Exhibit I**. Three of the government websites and press releases described in Paragraph 3 above were included on the first page of the results (*i.e.*, within the first ten search results). This includes:

(a) The IRS press release originally published on August 3, 2023, which states, in part, that "there will be a formal process at the conclusion of the case, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, for third-party claimants to submit claims for any seized and forfeited property" (*see* Exhibit C).

(b) The webpage titled "2016 Bitfinex Hack" that was originally published on October 17, 2024, which provides a summary of the case, victims' rights, and provides an e-mail address for victims to send impact statements (*see* Exhibit D).

(c) The press release originally published on November 14, 2024, which states, in part, that "there will be a formal process at the conclusion of the case, pursuant to Rule

---

[8] https://www.justice.gov/archives/opa/pr/bitfinex-hacker-sentenced-money-laundering-conspiracy-involving-billions-stolen (last accessed May 2, 2025).

[9] https://www.justice.gov/ (last accessed May 1, 2025).

32.2 of the Federal Rules of Criminal Procedure, for third-party claimants to submit claims for any seized and forfeited property" (*see* Exhibit G).

EXECUTED this 5th day of May, 2025, in New York County, New York.

/s/ Chris Martin
Christopher Martin

# EXHIBIT A

PageVault

| | |
|---|---|
| Document title: | District of Columbia \| Husband and Wife Plead Guilty to Money Laundering Conspiracy Involving the Hack and Theft of Billions in Cryptocurrency \| United States Department of Justice |
| Capture URL: | https://www.justice.gov/usao-dc/pr/husband-and-wife-plead-guilty-money-laundering-conspiracy-involving-hack-and-theft |
| Page loaded at (UTC): | Fri, 02 May 2025 12:29:21 GMT |
| Capture timestamp (UTC): | Fri, 02 May 2025 12:29:59 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | r6EiNHPjY7YnNBHEoFSoCp |
| Display Name: | cmartin |

PRESS RELEASE

# Husband and Wife Plead Guilty to Money Laundering Conspiracy Involving the Hack and Theft of Billions in Cryptocurrency

Thursday, August 3, 2023

Share >

**For Immediate Release**

U.S. Attorney's Office, District of Columbia

WASHINGTON – A married couple from New York City pleaded guilty today to money laundering conspiracies arising from the hack and theft of approximately 120,000 bitcoin from Bitfinex, a global cryptocurrency exchange.

Ilya Lichtenstein, 35, and Heather Morgan, 33, were arrested in February 2022, after the government seized approximately 95,000 of those stolen Bitcoin from cryptocurrency wallets in the defendants' control. At the time of the seizure, the recovered funds were valued at approximately $3.6 billion. Since their arrests, the government has seized another approximately $475 million tied to the hack.

The pleas were announced by U.S. Attorney Matthew M. Graves, Assistant Attorney General Kenneth A. Polite, Jr. of the Justice Department's Criminal Division, Acting Special Agent in Charge Kareem A. Carter, of the Internal Revenue Service–Criminal Investigation (IRS-CI) Washington Field Office, Special Agent in Robert W. "Wes" Wheeler, of the FBI's Chicago Field Office, and Special Agent in Charge Ivan J. Arvelo, of Homeland Security Investigations (HSI) New York Field Office made the announcement.

According to court documents, Lichtenstein used a number of advanced hacking tools and techniques to gain access to Bitfinex's network. Once inside their systems, Lichtenstein was able to fraudulently authorize more than 2,000 transactions in which 119,754 bitcoin was transferred from Bitfinex to a cryptocurrency wallet in Lichtenstein's control. Lichtenstein then took steps to cover his tracks by going back into Bitfinex's network and deleting access credentials and other log files that may have given him away to law enforcement. Following the hack, Lichtenstein enlisted the help of his wife, Heather Morgan, in laundering the stolen funds.

As part of their pleas, Lichtenstein and Morgan admitted that Lichtenstein, at times with Morgan's assistance, employed numerous sophisticated laundering techniques, including using fictitious identities to set up online accounts; utilizing computer programs to automate transactions; depositing the stolen funds into accounts at a variety of darknet markets and cryptocurrency exchanges and then withdrawing the funds, which obfuscates the trail of the transaction history by breaking up the fund flow; converting bitcoin to other forms of cryptocurrency, including anonymity-enhanced cryptocurrency (AEC), in a practice known as "chain hopping"; depositing a portion of the criminal proceeds into cryptocurrency mixing services, such as Bitcoin Fog, Helix, and ChipMixer; using U.S.-based business accounts to legitimize their banking activity; and exchanging a portion of the stolen funds into gold coins, which Morgan then concealed by burying them.

Lichtenstein pleaded guilty to conspiracy to commit money laundering, which carries a maximum sentence of 20 years in prison. Morgan pleaded guilty to one count of money laundering conspiracy and one count of conspiracy to defraud the United States, each of which carries a maximum sentence of five years in prison. A federal district court judge will determine any

converting bitcoin to other forms of cryptocurrency, including anonymity-enhanced cryptocurrency (AEC), in a practice known as "chain hopping"; depositing a portion of the criminal proceeds into cryptocurrency mixing services such as Bitcoin Fog, Helix, and ChipMixer; using U.S.-based business accounts to legitimize their banking activity; and exchanging a portion of the stolen funds into gold coins, which Morgan then concealed by burying them.

Lichtenstein pleaded guilty to conspiracy to commit money laundering, which carries a maximum sentence of 20 years in prison. Morgan pleaded guilty to one count of money laundering conspiracy and one count of conspiracy to defraud the United States, each of which carries a maximum sentence of five years in prison. A federal district court judge will determine any sentence after considering the U.S. Sentencing Guidelines and other statutory factors.

Consistent with standard practice in criminal forfeiture cases, there will be a formal process at the conclusion of the case, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, for third-party claimants to submit claims for any seized and forfeited property.

The investigation was led by IRS-CI Washington, D.C. Field Office's Cyber Crimes Unit, FBI-Chicago, FBI's Virtual Assets Unit (VAU), and HSI-New York. The Ansbach Police Department in Germany provided assistance during this investigation.

The case is being prosecuted by Assistant U.S. Attorneys Christopher B. Brown and Jolie Zimmerman of the U.S. Attorney's Office for the District of Columbia, along with Trial Attorneys Jessica Peck and C. Alden Pelker of the Justice Department's Computer Crime and Intellectual Property Section. Paralegal Specialists Angela De Falco and Brian Rickers and Legal Assistant Jessica McCormick provided valuable assistance. Significant assistance was also provided by Trial Attorney Christen Gallagher, the U.S. Attorneys' Offices for the Eastern District of Pennsylvania and Southern District of New York, HSI-Philadelphia, and former Assistant U.S. Attorney Jessica C. Brooks.

*Updated August 3, 2023*

---

**Topics**

CYBERCRIME | FINANCIAL FRAUD

**Components**

Criminal - Computer Crime and Intellectual Property Section | Federal Bureau of Investigation (FBI) | USAO - District of Columbia

Press Release Number: 23-436

## Related Content

PRESS RELEASE

**Raytheon Companies and Nightwing Group to Pay $8.4 Million to Resolve False Claims Act Allegations Relating to Non-Compliance with Cybersecurity Requirements in Federal Contracts**

Raytheon Company (Raytheon), RTX Corporation, and Nightwing Group, LLC, and Nightwing Intelligence Solutions, LLC (collectively, Nightwing), have agreed to pay $8.4 million to

PRESS RELEASE

**Former State Department Budget Analyst Pleads Guilty to Embezzling More than $650,000**

Levita Almuete Ferrer, 64, of Montgomery Village, Md., pleaded guilty today to embezzling more than $650,000 from the U.S. State Department over a two-year period.

PRESS RELEASE

**Former USDA Program Director Pleads Guilty in $400,000 Kickback Scheme**

Kirk Perry, 60, a former United States Department of Agriculture (USDA) program director, pleaded guilty today in connection with a kickback scheme in which he and his nephew, Jamarea Grant...

TOP

## Related Content

PRESS RELEASE

**Raytheon Companies and Nightwing Group to Pay $8.4 Million to Resolve False Claims Act Allegations Relating to Non-Compliance with Cybersecurity Requirements in Federal Contracts**

Raytheon Company (Raytheon), RTX Corporation, and Nightwing Group, LLC, and Nightwing Intelligence Solutions, LLC (collectively, Nightwing), have agreed to pay $8.4 million to resolve allegations that Raytheon violated the False...

May 1, 2025

PRESS RELEASE

**Former State Department Budget Analyst Pleads Guilty to Embezzling More than $650,000**

Levita Almuete Ferrer, 64, of Montgomery Village, Md., pleaded guilty today to embezzling more than $650,000 from the U.S. State Department over a two-year period.

April 30, 2025

PRESS RELEASE

**Former USDA Program Director Pleads Guilty in $400,000 Kickback Scheme**

Kirk Perry, 60, a former United States Department of Agriculture (USDA) program director, pleaded guilty today in connection with a kickback scheme in which he and his nephew, Jamarea Grant...

April 29, 2025

**District of Columbia**
Main Office:
601 D Street, NW
Washington, DC

Email USAO-DC

Telephone: (202) 252-7566

Stay Connected

U.S. Department of JUSTICE



Document title: District of Columbia | Husband and Wife Plead Guilty to Money Laundering Conspiracy Involving the Hack and Theft of Billions in Cryptocurrency | Unite…
Capture URL: https://www.justice.gov/usao-dc/pr/husband-and-wife-plead-guilty-money-laundering-conspiracy-involving-hack-and-theft
Capture timestamp (UTC): Fri, 02 May 2025 12:29:59 GMT

# EXHIBIT B

PageVault

| | |
|---|---|
| Document title: | Office of Public Affairs \| Bitfinex Hacker and Wife Plead Guilty to Money Laundering Conspiracy Involving Billions in Cryptocurrency \| United States Department of Justice |
| Capture URL: | https://www.justice.gov/archives/opa/pr/bitfinex-hacker-and-wife-plead-guilty-money-laundering-conspiracy-involving-billions |
| Page loaded at (UTC): | Fri, 02 May 2025 12:31:10 GMT |
| Capture timestamp (UTC): | Fri, 02 May 2025 12:32:17 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | 1kMZM6iwgxX6j6tQnRyCcT |
| Display Name: | cmartin |

This is archived content from the U.S. Department of Justice website. The information here may be outdated and links may no longer function. Please contact webmaster@usdoj.gov if you have any questions about the archive site.

PRESS RELEASE

# Bitfinex Hacker and Wife Plead Guilty to Money Laundering Conspiracy Involving Billions in Cryptocurrency

Thursday, August 3, 2023

**For Immediate Release**

Office of Public Affairs

A married couple from New York City pleaded guilty today to money laundering conspiracies arising from the hack and theft of approximately 120,000 bitcoin from Bitfinex, a global cryptocurrency exchange.

Ilya Lichtenstein, 35, and Heather Morgan, 33, were arrested in February 2022 after the government seized approximately 95,000 of those stolen bitcoin from cryptocurrency wallets in the defendants' control. At the time of the seizure, the recovered funds were valued at approximately $3.6 billion. Since their arrests, the government has seized another approximately $475 million tied to the hack.

According to court documents, Lichtenstein used a number of advanced hacking tools and techniques to gain access to Bitfinex's network. Once inside their systems, Lichtenstein fraudulently authorized more than 2,000 transactions in which 119,754 bitcoin was transferred from Bitfinex to a cryptocurrency wallet in Lichtenstein's control. Lichtenstein then took steps to cover his tracks by going back into Bitfinex's network and deleting access credentials and other log files that may have given him away to law enforcement. Following the hack, Lichtenstein enlisted the help of his wife, Morgan, in laundering the stolen funds.

Lichtenstein, at times with Morgan's assistance, employed numerous sophisticated laundering techniques, including using fictitious identities to set up online accounts; utilizing computer programs to automate transactions; depositing the stolen funds into accounts at a variety of darknet markets and cryptocurrency exchanges and then withdrawing the funds, which obfuscates the trail of the transaction history by breaking up the fund flow; converting bitcoin to other forms of cryptocurrency, including anonymity-enhanced cryptocurrency (AEC), in a practice known as "chain hopping"; depositing a portion of the criminal proceeds into cryptocurrency mixing services, such as Bitcoin Fog, Helix, and ChipMixer; using U.S.-based business accounts to legitimize their banking activity; and exchanging a portion of the stolen funds into gold coins, which Morgan then concealed by burying them.

Lichtenstein pleaded guilty to conspiracy to commit money laundering, which carries a maximum penalty of 20 years in prison. Morgan pleaded guilty to one count of money laundering conspiracy and one count of conspiracy to defraud the United States, each of which carries a maximum penalty of five years of in prison. A federal district court judge will determine any sentence after considering the U.S. Sentencing Guidelines and other statutory factors.

their banking activity; and exchanging a portion of the stolen funds into gold coins, which Morgan then concealed by burying them.

Lichtenstein pleaded guilty to conspiracy to commit money laundering, which carries a maximum penalty of 20 years in prison. Morgan pleaded guilty to one count of money laundering conspiracy and one count of conspiracy to defraud the United States, each of which carries a maximum penalty of five years of in prison. A federal district court judge will determine any sentence after considering the U.S. Sentencing Guidelines and other statutory factors.

Consistent with standard practice in criminal forfeiture cases, there will be a formal process at the conclusion of the case pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure for third-party claimants to submit claims for any seized and forfeited property.

Assistant Attorney General Kenneth A. Polite, Jr. of the Justice Department's Criminal Division, U.S. Attorney Matthew M. Graves for the District of Columbia, Chief Jim Lee of the IRS Criminal Investigation (IRS-CI), Assistant Director Luis Quesada of the FBI's Criminal Investigative Division, and Special Agent in Charge Ivan J. Arvelo of Homeland Security Investigations (HSI) New York made the announcement.

The IRS-CI Washington, D.C. Field Office's Cyber Crimes Unit; FBI Chicago Field Office; FBI's Virtual Assets Unit (VAU); and HSI New York are investigating the case, with assistance from the Ansbach Police Department in Germany.

Trial Attorneys Jessica Peck and C. Alden Pelker of the Criminal Division's Computer Crime and Intellectual Property Section and Assistant U.S. Attorneys Christopher B. Brown and Jolie Zimmerman for the District of Columbia are prosecuting the case. Paralegal Specialists Angela De Falco and Brian Rickers and Legal Assistant Jessica McCormick provided valuable assistance. Significant assistance was also provided by Trial Attorney Christen Gallagher, the U.S. Attorneys' Offices for the Eastern District of Pennsylvania and Southern District of New York, HSI Philadelphia, and former Assistant U.S. Attorney Jessica C. Brooks.

*Updated February 6, 2025*

**Topic**

**CYBERCRIME**

**Components**

Criminal Division | Criminal - Computer Crime and Intellectual Property Section | Federal Bureau of Investigation (FBI) | Criminal Investigative Division (FBI) | USAO - District of Columbia | USAO - New York, Southern | USAO - Pennsylvania, Eastern

Press Release Number: 23-852

## Related Content

PRESS RELEASE

**Iranian National Indicted for Operating Online Marketplace Offering Fentanyl and Money Laundering Services**

A federal grand jury has charged Behrouz Parsarad, an Iranian national, for his role as the founder and operator of Nemesis Market, a dark web marketplace for illegal drugs and...

PRESS RELEASE

**Maryland Man Pleads Guilty to Conspiracy to Commit Wire Fraud**

Minh Phuong Ngoc Vong, 40, of Bowie, Maryland, pleaded guilty today to conspiracy to commit wire fraud in connection with a scheme whereby he conspired with unknown individuals, including John...

PRESS RELEASE

**Justice Department Disrupts Hamas Terrorist Financing Scheme Through Seizure of Cryptocurrency**

The Justice Department announced the disruption of an ongoing terrorist financing scheme through the seizure of approximately $201,400 in cryptocurrency held in wallets and accounts intended to benefit Harakat al-Muqawama...

TOP

Components
Criminal Division | Criminal - Computer Crime and Intellectual Property Section | Federal Bureau of Investigation (FBI) | Criminal Investigative Division (FBI) | USAO - District of Columbia | USAO - New York, Southern | USAO - Pennsylvania, Eastern

Press Release Number: 23-852

## Related Content

PRESS RELEASE

### Iranian National Indicted for Operating Online Marketplace Offering Fentanyl and Money Laundering Services

A federal grand jury has charged Behrouz Parsarad, an Iranian national, for his role as the founder and operator of Nemesis Market, a dark web marketplace for illegal drugs and...

April 17, 2025

PRESS RELEASE

### Maryland Man Pleads Guilty to Conspiracy to Commit Wire Fraud

Minh Phuong Ngoc Vong, 40, of Bowie, Maryland, pleaded guilty today to conspiracy to commit wire fraud in connection with a scheme whereby he conspired with unknown individuals, including John...

April 15, 2025

PRESS RELEASE

### Justice Department Disrupts Hamas Terrorist Financing Scheme Through Seizure of Cryptocurrency

The Justice Department announced the disruption of an ongoing terrorist financing scheme through the seizure of approximately $201,400 in cryptocurrency held in wallets and accounts intended to benefit Harakat al-Muqawama...

March 27, 2025

**Office of Public Affairs**
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530

Office of Public Affairs Direct Line
202-514-2007

Department of Justice Main Switchboard
202-514-2000

Signup for Email Updates
Social Media

U.S. Department of JUSTICE

About
Archives
FOIA
Accessibility
Legal Policies & Disclaimers
Privacy
For Employees
Office of the Inspector General
No FEAR Act Data
Vulnerability Disclosure
Multilingual
Vote.gov
**Have a question about Government Services?**
Contact USA.gov

TOP

# EXHIBIT C

PageVault

| | |
|---|---|
| Document title: | Bitfinex hacker and wife plead guilty to money laundering conspiracy involving billions in cryptocurrency \| Internal Revenue Service |
| Capture URL: | https://www.irs.gov/compliance/criminal-investigation/bitfinex-hacker-and-wife-plead-guilty-to-money-laundering-conspiracy-involving-billions-in-cryptocurrency |
| Page loaded at (UTC): | Fri, 02 May 2025 12:33:49 GMT |
| Capture timestamp (UTC): | Fri, 02 May 2025 12:34:27 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | kW6rCEeuzsLv5vtKCkn35B |
| Display Name: | cmartin |

# Bitfinex hacker and wife plead guilty to money laundering conspiracy involving billions in cryptocurrency

IRS organization
A Closer Look
Financial and budget reports
Tax statistics
Do business with the IRS
Criminal Investigation
What we investigate
Identify tax schemes
Report tax fraud
Voluntary disclosure
About us
Investigation process
Press releases
Annual report
Whistleblower Office
Volunteer
Freedom of Information Act
Privacy policy
Civil rights
Vulnerability disclosure policy

**Date:** August 3, 2023
**Contact:** newsroom@ci.irs.gov

A married couple from New York City pleaded guilty today to money laundering conspiracies arising from the hack and theft of approximately 120,000 bitcoin from Bitfinex, a global cryptocurrency exchange.

Ilya Lichtenstein and Heather Morgan were arrested in February 2022 after the government seized approximately 95,000 of those stolen bitcoin from cryptocurrency wallets in the defendants' control. At the time of the seizure, the recovered funds were valued at approximately $3.6 billion. Since their arrests, the government has seized another approximately $475 million tied to the hack.

According to court documents, Lichtenstein used a number of advanced hacking tools and techniques to gain access to Bitfinex's network. Once inside their systems, Lichtenstein fraudulently authorized more than 2,000 transactions in which 119,754 bitcoin was transferred from Bitfinex to a cryptocurrency wallet in Lichtenstein's control. Lichtenstein then took steps to cover his tracks by going back into Bitfinex's network and deleting access credentials and other log files that may have given him away to law enforcement. Following the hack, Lichtenstein enlisted the help of his wife, Morgan, in laundering the stolen funds.

Lichtenstein, at times with Morgan's assistance, employed numerous sophisticated laundering techniques, including using fictitious identities to set up online accounts; utilizing computer programs to automate transactions; depositing the stolen funds into accounts at a variety of darknet markets and cryptocurrency exchanges and then withdrawing the funds, which obfuscates the trail of the transaction history by breaking up the fund flow; converting bitcoin to other forms of cryptocurrency, including anonymity-enhanced cryptocurrency (AEC), in a practice known as "chain hopping"; depositing a portion of the criminal proceeds into cryptocurrency mixing services, such as Bitcoin Fog, Helix, and ChipMixer; using U.S.-based business accounts to legitimize their banking activity; and exchanging a portion of the stolen funds into gold coins, which Morgan then concealed by burying them.

Lichtenstein pleaded guilty to conspiracy to commit money laundering, which carries a maximum penalty of 20 years in prison. Morgan pleaded guilty to one count of money laundering conspiracy and one count of conspiracy to defraud the United States, each of which carries a maximum penalty of five years of in prison. A federal district court judge will determine any sentence after considering the U.S. Sentencing Guidelines and other statutory factors.

Consistent with standard practice in criminal forfeiture cases, there will be a formal process at the conclusion of the case pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure for third-party claimants to submit claims for any seized and forfeited property.

Assistant Attorney General Kenneth A. Polite, Jr. of the Justice Department's Criminal Division, U.S. Attorney Matthew M. Graves for the District of Columbia, Chief Jim Lee of the IRS Criminal Investigation (IRS-CI), Assistant Director Luis Quesada of the FBI's Criminal Investigative Division, and Special Agent in Charge Ivan J. Arvelo of Homeland Security Investigations (HSI) New York made the announcement.

The IRS-CI Washington, D.C. Field Office's Cyber Crimes Unit; FBI Chicago Field Office; FBI's Virtual Assets Unit (VAU); and HSI New York are investigating the case, with assistance from the Ansbach Police Department in Germany.

Trial Attorneys Jessica Peck and C. Alden Pelker of the Criminal Division's Computer Crime and Intellectual Property Section and Assistant U.S. Attorneys Christopher B. Brown and Jolie Zimmerman for the District of Columbia are prosecuting the case. Paralegal Specialists Angela De Falco and Brian Rickers and Legal Assistant Jessica McCormick provided valuable assistance. Significant assistance was also provided by Trial Attorney Christen Gallagher, the U.S. Attorneys' Offices for the Eastern District of Pennsylvania and Southern District of New York, HSI Philadelphia, and former Assistant U.S. Attorney Jessica C. Brooks.

*Page Last Reviewed or Updated: 07-Apr-2025*

Share Print

Identify tax schemes
Report tax fraud
Voluntary disclosure
About us
Investigation process
Press releases
Annual report
**Whistleblower Office**
**Volunteer**
**Freedom of Information Act**
**Privacy policy**
**Civil rights**
**Vulnerability disclosure policy**

to cover his tracks by going back into Bitfinex's network and deleting access credentials and other log files that may have given him away to law enforcement. Following the hack, Lichtenstein enlisted the help of his wife, Morgan, in laundering the stolen funds.

Lichtenstein, at times with Morgan's assistance, employed numerous sophisticated laundering techniques, including using fictitious identities to set up online accounts; utilizing computer programs to automate transactions; depositing the stolen funds into accounts at a variety of darknet markets and cryptocurrency exchanges and then withdrawing the funds, which obfuscates the trail of the transaction history by breaking up the fund flow; converting bitcoin to other forms of cryptocurrency, including anonymity-enhanced cryptocurrency (AEC), in a practice known as "chain hopping"; depositing a portion of the criminal proceeds into cryptocurrency mixing services, such as Bitcoin Fog, Helix, and ChipMixer; using U.S.-based business accounts to legitimize their banking activity; and exchanging a portion of the stolen funds into gold coins, which Morgan then concealed by burying them.

Lichtenstein pleaded guilty to conspiracy to commit money laundering, which carries a maximum penalty of 20 years in prison. Morgan pleaded guilty to one count of money laundering conspiracy and one count of conspiracy to defraud the United States, each of which carries a maximum penalty of five years of in prison. A federal district court judge will determine any sentence after considering the U.S. Sentencing Guidelines and other statutory factors.

Consistent with standard practice in criminal forfeiture cases, there will be a formal process at the conclusion of the case pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure for third-party claimants to submit claims for any seized and forfeited property.

Assistant Attorney General Kenneth A. Polite, Jr. of the Justice Department's Criminal Division, U.S. Attorney Matthew M. Graves for the District of Columbia, Chief Jim Lee of the IRS Criminal Investigation (IRS-CI), Assistant Director Luis Quesada of the FBI's Criminal Investigative Division, and Special Agent in Charge Ivan J. Arvelo of Homeland Security Investigations (HSI) New York made the announcement.

The IRS-CI Washington, D.C. Field Office's Cyber Crimes Unit; FBI Chicago Field Office; FBI's Virtual Assets Unit (VAU); and HSI New York are investigating the case, with assistance from the Ansbach Police Department in Germany.

Trial Attorneys Jessica Peck and C. Alden Pelker of the Criminal Division's Computer Crime and Intellectual Property Section and Assistant U.S. Attorneys Christopher B. Brown and Jolie Zimmerman for the District of Columbia are prosecuting the case. Paralegal Specialists Angela De Falco and Brian Rickers and Legal Assistant Jessica McCormick provided valuable assistance. Significant assistance was also provided by Trial Attorney Christen Gallagher, the U.S. Attorneys' Offices for the Eastern District of Pennsylvania and Southern District of New York, HSI Philadelphia, and former Assistant U.S. Attorney Jessica C. Brooks.

*Page Last Reviewed or Updated: 07-Apr-2025*

Share Print

**OUR AGENCY**
About IRS
Careers
Operations and Budget
Tax Statistics
Help
Find a Local Office

**KNOW YOUR RIGHTS**
Taxpayer Bill of Rights
Taxpayer Advocate Service
Independent Office of Appeals
Civil Rights
FOIA
No FEAR Act Data
Reliance on Guidance

**RESOLVE AN ISSUE**
IRS Notices and Letters
Identity Theft
Tax scams
Tax Fraud
Criminal Investigation
Whistleblower Office

**LANGUAGES**
Español
中文 ([illegible]体)
中文 (繁體)
[illegible]
Русский
Tiếng Việt
Kreyòl ayisyen
English
Other Languages

**RELATED SITES**
U.S. Treasury
Treasury Inspector General for Tax Administration
USA.gov
USAspending.gov
Vote.gov

IRS Privacy Policy | Accessibility

# EXHIBIT D

Page Vault

| | |
|---|---|
| Document title: | District of Columbia \| 2016 Bitfinex Hack |
| Capture URL: | https://www.justice.gov/usao-dc/2016-bitfinex-hack |
| Page loaded at (UTC): | Fri, 02 May 2025 12:38:00 GMT |
| Capture timestamp (UTC): | Fri, 02 May 2025 12:38:40 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | evABBrJ1mDz8RfgKXgqSpi |
| Display Name: | cmartin |

# 2016 Bitfinex Hack

Share

***United States v. Ilya Lichtenstein and Heather Morgan***

U.S. District Court for the District of Columbia – Case No. 23-CR-239

**Defendants:** Ilya Lichtenstein and Heather Morgan

**Summary of the Case:**

In August 2016, defendant Ilya Lichtenstein hacked into a virtual currency exchange named Bitfinex and stole approximately 120,000 bitcoin. Following the theft, Defendant Lichtenstein devised a sophisticated plan to launder the stolen funds, involving extensive layering of transactions, cryptocurrency mixers and non-compliant cryptocurrency exchanges, darknet markets, and bank accounts in the U.S., as well as overseas. Defendant Lichtenstein enlisted the assistance of his wife, co-defendant Heather Rhiannon Morgan, to clean the money. Defendant Lichtenstein and Defendant Morgan continued to conspire to launder the funds until February 2022, when federal law enforcement placed them under arrest for being involved in a money laundering conspiracy, in violation of 18 U.S.C. § 1956(h), and a conspiracy to defraud the United States, in violation of 18 U.S.C. § 371.

**Information Regarding the Defendant Lichtenstein's Plea and Pending Sentencing Hearing:**

On August 3, 2023, Defendant Lichtenstein pleaded guilty to one count of Money Laundering Conspiracy, in violation of 18 U.S.C. § 1956(h). Defendant Lichtenstein is scheduled to be sentenced on November 14, 2024, at 2:00 p.m., in Courtroom 28A, before Judge Colleen Kollar-Kotelly.

**Information Regarding the Defendant Morgan's Plea and Pending Sentencing Hearing:**

On August 3, 2023, Defendant Morgan pleaded guilty to one count of Money Laundering Conspiracy, in violation of 18 U.S.C. § 371 and § 1956(a)(1)(B)(i), and one count of Conspiracy to Defraud the United States, in violation of 18 U.S.C. § 371. Defendant Morgan is scheduled to be sentenced on November 15, 2024, at 2:00 p.m., in Courtroom 28A, before Judge Colleen Kollar-Kotelly.

**Notice to Persons Impacted by the Defendants' Conduct – Soliciting Impact Statements**

scheduled to be sentenced on November 15, 2024, at 2:00 p.m., in Courtroom 28A, before Judge Colleen Kollar-Kotelly.

**Notice to Persons Impacted by the Defendants' Conduct – Soliciting Impact Statements**

As authorized by the U.S. District Court (link to Oct. 10, 2024 PDF opinion here), the United States provides this notice to the public out of an abundance of caution to solicit and receive information from all persons potentially harmed by the defendants' conduct, including affected accountholders at the Bitfinex virtual currency exchange. The United States welcomes any statements and arguments from such persons, including statements relevant to the Court's sentencing of the defendant, such as how they have been impacted by the defendants' conduct.

If you wish to complete a statement about the impact of the offense on you and/or to relay information about how you may have been victimized, please send that statement to the United States to be conveyed to the U.S. District Court judge who will make decisions in the case, including by sentencing the defendants. Specifically, please submit a statement by no later than November 12, 2024, via email to USADC.BitfinexHack2016@usdoj.gov. As stated above, the sentencings are currently scheduled for November 14 and 15, 2024.

To be clear, because the defendants' offenses of conviction are 18 U.S.C. § 1956(h) (Money Laundering Conspiracy) and 18 U.S.C. § 371 (Conspiracy to Defraud the United States), according to the government, such individuals are not "victims" under the Crime Victims' Rights Act (CVRA), 18 U.S.C. § 3771, or for restitution purposes. However, such persons are free to argue otherwise to the Court and to seek the benefit of all rights under the CVRA, which are enumerated here. To summarize, victims of a crime under the CVRA have the following rights:

1. The right to be reasonably protected from the accused;

2. The right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused;

3. The right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other testimony at that proceeding;

4. The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding;

5. The reasonable right to confer with the attorney for the government in the case;

6. The right to full and timely restitution as provided in law;

7. The right to proceedings free from unreasonable delay;

8. The right to be treated with fairness and with respect for the victim's dignity and privacy;

9. The right to be informed in a timely manner of any plea bargain or deferred prosecution agreement; and

10. The right to be informed of the rights under this section and the services described in section 503(c) of the Victims'Rights and Restitution Act of 1990 (34 U.S.C. § 20141(c)) and provided contact information for the Office of the Victims' Rights Ombudsman of the Department of Justice. The Victims' Rights Ombudsman may be contacted at eousa.VictimOmbudsman@usdoj.gov if a victim believes a Department of Justice employee has failed to provide them their rights under the Crime Victims' Rights Act.

*Updated October 29, 2024*



Document title: District of Columbia | 2016 Bitfinex Hack
Capture URL: https://www.justice.gov/usao-dc/2016-bitfinex-hack
Capture timestamp (UTC): Fri, 02 May 2025 12:38:40 GMT

371 (Conspiracy to Defraud the United States), according to the government, such individuals are not "victims" under the Crime Victims' Rights Act (CVRA), 18 U.S.C. § 3771, or for restitution purposes. However, such persons are free to argue otherwise to the Court and to seek the benefit of all rights under the CVRA, which are enumerated here. To summarize, victims of a crime under the CVRA have the following rights:

1. The right to be reasonably protected from the accused;

2. The right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused;

3. The right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other testimony at that proceeding;

4. The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding;

5. The reasonable right to confer with the attorney for the government in the case;

6. The right to full and timely restitution as provided in law;

7. The right to proceedings free from unreasonable delay;

8. The right to be treated with fairness and with respect for the victim's dignity and privacy;

9. The right to be informed in a timely manner of any plea bargain or deferred prosecution agreement; and

10. The right to be informed of the rights under this section and the services described in section 503(c) of the Victims'Rights and Restitution Act of 1990 (34 U.S.C. § 20141(c)) and provided contact information for the Office of the Victims' Rights Ombudsman of the Department of Justice. The Victims' Rights Ombudsman may be contacted at eousa.VictimOmbudsman@usdoj.gov if a victim believes a Department of Justice employee has failed to provide them their rights under the Crime Victims' Rights Act.

*Updated October 29, 2024*

**District of Columbia**
Main Office:
601 D Street, NW
Washington, DC

Email USAO-DC

Telephone: (202) 252-7566

Stay Connected

U.S. Department of
JUSTICE

About
Archives
FOIA
Accessibility
Legal Policies & Disclaimers
Privacy
For Employees
Office of the Inspector General
No FEAR Act Data
Vulnerability Disclosure
Multilingual
Vote.gov

**Have a question about Government Services?**
Contact USA.gov

TOP

# EXHIBIT E

PageVault

| | |
|---|---|
| Document title: | District of Columbia \| United States v. Ilya Lichtenstein and Heather Morgan \| United States Department of Justice |
| Capture URL: | https://www.justice.gov/usao-dc/case/united-states-v-ilya-lichtenstein-and-heather-morgan |
| Page loaded at (UTC): | Fri, 02 May 2025 12:39:37 GMT |
| Capture timestamp (UTC): | Fri, 02 May 2025 12:40:16 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | tx3qSFXETtWoMAWvzJPuAT |
| Display Name: | cmartin |

CASE

# United States v. Ilya Lichtenstein and Heather Morgan

Share

**Overview**

In August 2016, defendant Ilya Lichtenstein hacked into a virtual currency exchange named Bitfinex and stole approximately 120,000 bitcoin. Following the theft, Defendant Lichtenstein devised a sophisticated plan to launder the stolen funds, involving extensive layering of transactions, cryptocurrency mixers and non-compliant cryptocurrency exchanges, darknet markets, and bank accounts in the U.S., as well as overseas. Defendant Lichtenstein enlisted the assistance of his wife, co-defendant Heather Rhiannon Morgan, to clean the money. Defendant Lichtenstein and Defendant Morgan continued to conspire to launder the funds until February 2022, when federal law enforcement placed them under arrest for being involved in a money laundering conspiracy, in violation of 18 U.S.C. § 1956(h), and a conspiracy to defraud the United States, in violation of 18 U.S.C. § 371.

Familiar names and terms: Bitfinex Hack

**Case Open Date**

October 31, 2024

**Case Name**

United States v. Ilya Lichtenstein and Heather Morgan

**Link**

Bitfinex Hack

**Component**

USAO - District of Columbia

*Updated October 31, 2024*

Share >

**Overview**

In August 2016, defendant Ilya Lichtenstein hacked into a virtual currency exchange named Bitfinex and stole approximately 120,000 bitcoin. Following the theft, Defendant Lichtenstein devised a sophisticated plan to launder the stolen funds, involving extensive layering of transactions, cryptocurrency mixers and non-compliant cryptocurrency exchanges, darknet markets, and bank accounts in the U.S., as well as overseas. Defendant Lichtenstein enlisted the assistance of his wife, co-defendant Heather Rhiannon Morgan, to clean the money. Defendant Lichtenstein and Defendant Morgan continued to conspire to launder the funds until February 2022, when federal law enforcement placed them under arrest for being involved in a money laundering conspiracy, in violation of 18 U.S.C. § 1956(h), and a conspiracy to defraud the United States, in violation of 18 U.S.C. § 371.

Familiar names and terms: Bitfinex Hack

**Case Open Date**

October 31, 2024

**Case Name**

United States v. Ilya Lichtenstein and Heather Morgan

**Link**

Bitfinex Hack

**Component**

USAO - District of Columbia

*Updated October 31, 2024*



Document title: District of Columbia | United States v. Ilya Lichtenstein and Heather Morgan | United States Department of Justice
Capture URL: https://www.justice.gov/usao-dc/case/united-states-v-ilya-lichtenstein-and-heather-morgan
Capture timestamp (UTC): Fri, 02 May 2025 12:40:16 GMT

# EXHIBIT F

PageVault

| | |
|---|---|
| Document title: | District of Columbia \| Website Related to Multi-Billion Dollar Bitfinex Hack Established \| United States Department of Justice |
| Capture URL: | https://www.justice.gov/usao-dc/pr/website-related-multi-billion-dollar-bitfinex-hack-established |
| Page loaded at (UTC): | Fri, 02 May 2025 12:41:33 GMT |
| Capture timestamp (UTC): | Fri, 02 May 2025 12:42:38 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | 8PVYgsqwvwNUZgK7hhiRcR |
| Display Name: | cmartin |

PRESS RELEASE

# Website Related to Multi-Billion Dollar Bitfinex Hack Established

Thursday, November 7, 2024

Share

**For Immediate Release**

U.S. Attorney's Office, District of Columbia
USADC.Media@usdoj.gov

## Notice to the public to solicit and receive information from all persons potentially harmed by the Bitfinex Hack, including affected Bitfinex accountholders

The Department of Justice has established a website to provide any person who claims status as a potential crime victim of the crimes described below to assert any rights under the Crime Victims' Rights Act (CVRA), 18 U.S.C. § 3771, and with the opportunity to complete a statement to relay information about how they may have been harmed by the charged conduct and/or offenses. For CVRA purposes, the government's position is that there are no "victims" of the offenses of conviction. The Department is providing this notice out of an abundance of caution.

In August 2016, defendant Ilya Lichtenstein hacked into a virtual currency exchange named Bitfinex and stole approximately 120,000 bitcoin. Following the theft, Defendant Lichtenstein devised a sophisticated plan to launder the stolen funds, involving extensive layering of transactions, cryptocurrency mixers and non-compliant cryptocurrency exchanges, darknet markets, and bank accounts in the U.S., as well as overseas. Defendant Lichtenstein enlisted the assistance of his wife, co-defendant Heather Rhiannon Morgan, to clean the money. Defendant Lichtenstein and Defendant Morgan continued to conspire to launder the funds until February 2022, when federal law enforcement placed them under arrest for being involved in a money laundering conspiracy, in violation of 18 U.S.C. § 1956(h), and a conspiracy to defraud the United States, in violation of 18 U.S.C. § 371.

On August 3, 2023, Defendant Lichtenstein pleaded guilty to one count of Money Laundering Conspiracy, in violation of 18 U.S.C. § 1956(h). Defendant Lichtenstein is scheduled to be sentenced on November 14, 2024, at 2:00 p.m., in Courtroom 28A, before Judge Colleen Kollar-Kotelly. On August 3, 2023, Defendant Morgan pleaded guilty to one count of Money Laundering Conspiracy, in violation of 18 U.S.C. § 371 and § 1956(a)(1)(B)(i), and one count of Conspiracy to Defraud the United States, in violation of 18 U.S.C. § 371. Defendant Morgan is scheduled to be sentenced on November 15, 2024, at 2:00 p.m., in Courtroom 28A, before Judge Colleen Kollar-Kotelly.

As authorized by the U.S. District Court (link to Oct. 10, 2024 PDF opinion here), the United States provides this notice to the public out of an abundance of caution to solicit and receive information from all persons potentially harmed by the defendants' conduct, including affected accountholders at Bitfinex. The United States welcomes any statements and arguments from such persons, including statements relevant to the Court's sentencing of the defendants, such as how they have been impacted by the defendants' conduct.

If you wish to complete a statement about the impact of the offenses on you and/or to relay information about how you may have been victimized, please send that statement to the United States to be conveyed to the U.S. District Court judge who will

public out of an abundance of caution to solicit and receive information from all persons potentially harmed by the defendants' conduct, including affected accountholders at Bitfinex. The United States welcomes any statements and arguments from such persons, including statements relevant to the Court's sentencing of the defendants, such as how they have been impacted by the defendants' conduct.

If you wish to complete a statement about the impact of the offenses on you and/or to relay information about how you may have been victimized, please send that statement to the United States to be conveyed to the U.S. District Court judge who will make decisions in the case, including by sentencing the defendants. Specifically, please submit a statement by no later than November 13, 2024, via email to USADC.BitfinexHack2016@usdoj.gov. As stated above, the sentencings are currently scheduled for November 14 and 15, 2024.

Additional information is available on the Department of Justice's website for large cases, https://www.justice.gov/usao-dc/2016-bitfinex-hack.

23cr0239

**Contact**
USADC.Media@usdoj.gov

*Updated November 7, 2024*

---

**Topic**

**FINANCIAL FRAUD**

**Component**

USAO - District of Columbia

Press Release Number: 24-909

## Related Content

PRESS RELEASE

**Raytheon Companies and Nightwing Group to Pay $8.4 Million to Resolve False Claims Act Allegations Relating to Non-Compliance with Cybersecurity Requirements in Federal Contracts**

Raytheon Company (Raytheon), RTX Corporation, and Nightwing Group, LLC, and Nightwing Intelligence Solutions, LLC (collectively, Nightwing), have agreed to pay $8.4 million to resolve allegations that Raytheon violated the False...

May 1, 2025

PRESS RELEASE

**Former State Department Budget Analyst Pleads Guilty to Embezzling More than $650,000**

Levita Almuete Ferrer, 64, of Montgomery Village, Md., pleaded guilty today to embezzling more than $650,000 from the U.S. State Department over a two-year period.

April 30, 2025

PRESS RELEASE

**Former USDA Program Director Pleads Guilty in $400,000 Kickback Scheme**

Kirk Perry, 60, a former United States Department of Agriculture (USDA) program director, pleaded guilty today in connection with a kickback scheme in which he and his nephew, Jamarea Grant...

April 29, 2025

TOP

Document title: District of Columbia | Website Related to Multi-Billion Dollar Bitfinex Hack Established | United States Department of Justice
Capture URL: https://www.justice.gov/usao-dc/pr/website-related-multi-billion-dollar-bitfinex-hack-established
Capture timestamp (UTC): Fri, 02 May 2025 12:42:38 GMT

## Related Content

PRESS RELEASE

**Raytheon Companies and Nightwing Group to Pay $8.4 Million to Resolve False Claims Act Allegations Relating to Non-Compliance with Cybersecurity Requirements in Federal Contracts**

Raytheon Company (Raytheon), RTX Corporation, and Nightwing Group, LLC, and Nightwing Intelligence Solutions, LLC (collectively, Nightwing), have agreed to pay $8.4 million to resolve allegations that Raytheon violated the False...

May 1, 2025

PRESS RELEASE

**Former State Department Budget Analyst Pleads Guilty to Embezzling More than $650,000**

Levita Almuete Ferrer, 64, of Montgomery Village, Md., pleaded guilty today to embezzling more than $650,000 from the U.S. State Department over a two-year period.

April 30, 2025

PRESS RELEASE

**Former USDA Program Director Pleads Guilty in $400,000 Kickback Scheme**

Kirk Perry, 60, a former United States Department of Agriculture (USDA) program director, pleaded guilty today in connection with a kickback scheme in which he and his nephew, Jamarea Grant...

April 29, 2025



Document title: District of Columbia | Website Related to Multi-Billion Dollar Bitfinex Hack Established | United States Department of Justice
Capture URL: https://www.justice.gov/usao-dc/pr/website-related-multi-billion-dollar-bitfinex-hack-established
Capture timestamp (UTC): Fri, 02 May 2025 12:42:38 GMT

# EXHIBIT G

PageVault

| | |
|---|---|
| Document title: | Office of Public Affairs \| Bitfinex Hacker Sentenced in Money Laundering Conspiracy Involving Billions in Stolen Cryptocurrency \| United States Department of Justice |
| Capture URL: | https://www.justice.gov/archives/opa/pr/bitfinex-hacker-sentenced-money-laundering-conspiracy-involving-billions-stolen |
| Page loaded at (UTC): | Fri, 02 May 2025 12:43:49 GMT |
| Capture timestamp (UTC): | Fri, 02 May 2025 12:44:24 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | jJgFjxCuJnaVigowMDUmpK |
| Display Name: | cmartin |

This is archived content from the U.S. Department of Justice website. The information here may be outdated and links may no longer function. Please contact webmaster@usdoj.gov if you have any questions about the archive site.

PRESS RELEASE

# Bitfinex Hacker Sentenced in Money Laundering Conspiracy Involving Billions in Stolen Cryptocurrency

Thursday, November 14, 2024

**For Immediate Release**

Office of Public Affairs

Ilya Lichtenstein was sentenced today to five years in prison for his involvement in a money laundering conspiracy arising from the hack and theft of approximately 120,000 bitcoin from Bitfinex, a global cryptocurrency exchange.

According to court documents, Lichtenstein, 35, hacked into Bitfinex's network in 2016, using advanced hacking tools and techniques. Once inside the network, Lichtenstein fraudulently authorized more than 2,000 transactions transferring 119,754 bitcoin from Bitfinex to a cryptocurrency wallet in Lichtenstein's control. Lichtenstein then took steps to cover his tracks by deleting from Bitfinex's network access credentials and other log files that could have revealed his conduct to law enforcement. Following the hack, Lichtenstein enlisted the help of his wife, Heather Morgan, in laundering the stolen funds.

Lichtenstein, at times with Morgan's assistance, employed numerous sophisticated laundering techniques, including using fictitious identities to set up online accounts; utilizing computer programs to automate transactions; depositing the stolen funds into accounts at a variety of darknet markets and cryptocurrency exchanges and then withdrawing the funds; converting bitcoin to other forms of cryptocurrency in a practice known as "chain hopping"; depositing a portion of the criminal proceeds into cryptocurrency mixing services; using U.S.-based business accounts to legitimize Lichtenstein's and Morgan's banking activity; and exchanging a portion of the stolen funds into gold coins.

On Aug. 3, 2023, Lichtenstein and Morgan both pleaded guilty to one count of conspiracy to commit money laundering. In addition to his term of imprisonment, Lichtenstein was ordered to serve three years of supervised release. Morgan is scheduled to be sentenced on Nov. 18.

Principal Deputy Assistant Attorney General Nicole M. Argentieri, head of the Justice Department's Criminal Division; U.S. Attorney Matthew M. Graves for the District of Columbia; Chief Guy Ficco of IRS Criminal Investigation (IRS-CI); Assistant Director Bryan Vorndran of the FBI's Cyber Division; Special Agent in Charge Douglas S. DePodesta of the FBI Chicago Field Office; and Special Agent in Charge William S. Walker of the Homeland Security Investigations (HSI) New York Field Office made the announcement.

The IRS-CI Washington D.C. Cyber Crimes Unit, FBI Chicago Field Office, FBI Virtual Assets Unit, and HSI New York Field Office are investigating the case, with assistance from the Justice Department's Office of International Affairs and the Ansbach Police Department in Germany.

Principal Deputy Assistant Attorney General Nicole M. Argentieri, head of the Justice Department's Criminal Division; U.S. Attorney Matthew M. Graves for the District of Columbia; Chief Guy Ficco of IRS Criminal Investigation (IRS-CI); Assistant Director Bryan Vorndran of the FBI's Cyber Division; Special Agent in Charge Douglas S. DePodesta of the FBI Chicago Field Office; and Special Agent in Charge William S. Walker of the Homeland Security Investigations (HSI) New York Field Office made the announcement.

The IRS-CI Washington D.C. Cyber Crimes Unit, FBI Chicago Field Office, FBI Virtual Assets Unit, and HSI New York Field Office are investigating the case, with assistance from the Justice Department's Office of International Affairs and the Ansbach Police Department in Germany.

Trial Attorneys Jessica Peck and C. Alden Pelker of the Criminal Division's Computer Crime and Intellectual Property Section (CCIPS) and Special Assistant U.S. Attorney Christopher B. Brown for the District of Columbia are prosecuting the case. Assistant U.S. Attorney Jolie Zimmerman, Paralegal Specialists Angela De Falco and Brian Rickers, and Legal Assistant Jessica McCormick, all for the District of Columbia, provided valuable assistance. CCIPS Trial Attorney Christen Gallagher, former Assistant U.S. Attorney Jessica C. Brooks for the District of Columbia, the U.S. Attorneys' Offices for the Eastern District of Pennsylvania and Southern District of New York, and the HSI Philadelphia Field Office also provided significant assistance.

Consistent with standard practice in criminal forfeiture cases, there will be a formal process pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure for third-party claimants to submit claims for any seized and forfeited property. Additional information is available on the Justice Department's website for large cases at www.justice.gov/usao-dc/2016-bitfinex-hack.

*Updated February 6, 2025*

---

**Topics**

CYBERCRIME | FINANCIAL FRAUD

**Components**

Criminal Division | Criminal - Computer Crime and Intellectual Property Section | Criminal - Office of International Affairs | USAO - District of Columbia

Press Release Number: 24-1439

## Related Content

PRESS RELEASE

### School Official Pleads Guilty to 2.9M Scheme to Defraud Veterans' Education Programs

A Virginia career services manager for a school offering job training programs to veterans pleaded guilty today for his role in a scheme to defraud the Department of Veterans Affairs...

April 30, 2025

PRESS RELEASE

### Founder and Former CEO of Biscayne Capital Sentenced to 10 Years in Prison for $130M Fraud Scheme

Roberto Gustavo Cortes Ripalda (Cortes), 58, the co-founder, co-owner, and CEO of international advisory firm Biscayne Capital, was sentenced earlier today in Brooklyn, New York to 10 years in prison...

April 24, 2025

PRESS RELEASE

### Iranian National Indicted for Operating Online Marketplace Offering Fentanyl and Money Laundering Services

A federal grand jury has charged Behrouz Parsarad, an Iranian national, for his role as the founder and operator of Nemesis Market, a dark web marketplace for illegal drugs and...

April 17, 2025

TOP

Components

Criminal Division | Criminal - Computer Crime and Intellectual Property Section | Criminal - Office of International Affairs | USAO - District of Columbia

Press Release Number: 24-1439

## Related Content

PRESS RELEASE

### School Official Pleads Guilty to 2.9M Scheme to Defraud Veterans' Education Programs

A Virginia career services manager for a school offering job training programs to veterans pleaded guilty today for his role in a scheme to defraud the Department of Veterans Affairs...

April 30, 2025

PRESS RELEASE

### Founder and Former CEO of Biscayne Capital Sentenced to 10 Years in Prison for $130M Fraud Scheme

Roberto Gustavo Cortes Ripalda (Cortes), 58, the co-founder, co-owner, and CEO of international advisory firm Biscayne Capital, was sentenced earlier today in Brooklyn, New York to 10 years in prison...

April 24, 2025

PRESS RELEASE

### Iranian National Indicted for Operating Online Marketplace Offering Fentanyl and Money Laundering Services

A federal grand jury has charged Behrouz Parsarad, an Iranian national, for his role as the founder and operator of Nemesis Market, a dark web marketplace for illegal drugs and...

April 17, 2025

**Office of Public Affairs**
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530

Office of Public Affairs Direct Line
202-514-2007

Department of Justice Main Switchboard
202-514-2000



Document title: Office of Public Affairs | Bitfinex Hacker Sentenced in Money Laundering Conspiracy Involving Billions in Stolen Cryptocurrency | United States…
Capture URL: https://www.justice.gov/archives/opa/pr/bitfinex-hacker-sentenced-money-laundering-conspiracy-involving-billions-stolen
Capture timestamp (UTC): Fri, 02 May 2025 12:44:24 GMT

# EXHIBIT H

PageVault

| | |
|---|---|
| Document title: | Bitfinex - Department of Justice Search Results |
| Capture URL: | https://search.justice.gov/search?utf8=%E2%9C%93&affiliate=justice&query=Bitfinex |
| Page loaded at (UTC): | Thu, 01 May 2025 22:07:04 GMT |
| Capture timestamp (UTC): | Thu, 01 May 2025 22:07:53 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | 4kVgwZJKpMLtVCwV2pGDiA |
| Display Name: | cmartin |

Browse site

U.S. Department of JUSTICE

www.justice.gov only | All DOJ Sites | Videos | Search a DOJ site

56 results

Bitfinex

District of Columbia | **Bitfinex** Hacker Sentenced in Money Laundering Conspiracy Involving Billions in Stolen Cryptocurrency | United States Department of Justice
https://www.justice.gov/usao-dc/pr/bitfinex-hacker-sentenced-money-laundering-conspiracy-in...
...approximately 120,000 bitcoin from **Bitfinex**, a global cryptocurrency exchange...Press Release **Bitfinex** Hacker Sentenced in Money Laundering Conspiracy ...

District of Columbia | 2016 **Bitfinex** Hack
https://www.justice.gov/usao-dc/2016-bitfinex-hack
...2016 **Bitfinex** Hack Share Facebook X LinkedIn Email United States v. Ilya Lichtenstein...a virtual currency exchange named **Bitfinex** and stole ...

District of Columbia | Website Related to Multi-Billion Dollar **Bitfinex** Hack Established | United States Department of Justice
https://www.justice.gov/usao-dc/pr/website-related-multi-billion-dollar-bitfinex-hack-established
Website Related to Multi-Billion Dollar **Bitfinex** Hack Established Thursday, November...potentially harmed by the **Bitfinex** Hack, including affected **Bit** ...

District of Columbia | Husband and Wife Plead Guilty to Money Laundering Conspiracy Involving the Hack and Theft of Billions in Cryptocurrency | United States Department of Justice
https://www.justice.gov/usao-dc/pr/husband-and-wife-plead-guilty-money-laundering-conspira...
...approximately 120,000 bitcoin from **Bitfinex**, a global cryptocurrency exchange...approximately 120,000 bitcoin from **Bitfinex**, a global cryptocurrency ...

District of Columbia | United States v. Ilya Lichtenstein and Heather Morgan | United States Department of Justice
https://www.justice.gov/usao-dc/case/united-states-v-ilya-lichtenstein-and-heather-morgan
...a virtual currency exchange named **Bitfinex** and stole approximately 120,000 bitcoin...§ 371. Familiar names and terms: **Bitfinex** Hack Case Open Date ...

District of Columbia | Two Arrested for Alleged Conspiracy to Launder $4.5 Billion in Stolen Cryptocurrency | United States Department of Justice
https://www.justice.gov/usao-dc/pr/two-arrested-alleged-conspiracy-launder-45-billion-stolen-c...
...was stolen during the 2016 hack of **Bitfinex**, a virtual currency exchange, presently...was stolen during the 2016 hack of **Bitfinex**, a virtual currency ...

District of Columbia | Victim Witness Division
https://www.justice.gov/usao-dc/victim-witness-division
United States v Sereika Savariau 2016 **Bitfinex** Hack Updated January 17, 2025

Criminal Division | FACT SHEET: CCIPS Enforcement Actions to Combat Cybercrime
https://www.justice.gov/criminal/criminal-ccips/fact-sheet-ccips-enforcement-actions-combat-c...
...millions in ransomware proceeds. **Bitfinex** Hack (D.D.C.): In August 2023, the...approximately 120,000 bitcoin from **Bitfinex**, a global cryptocurrency ...

District of Columbia | Fraud, Public Corruption, and Civil Rights Section | United States Department of Justice
https://www.justice.gov/usao-dc/fraud-public-corruption-and-civil-rights-section
Notorious Darknet Cryptocurrency Mixer **Bitfinex** Hacker Sentenced in Money Laundering

District of Columbia | United States Attorney Matthew M. Graves to Step Down January 16, 2025 | United States Department of Justice
https://www.justice.gov/usao-dc/pr/united-states-attorney-matthew-m-graves-step-down-janu...
...cryptocurrency from the hack of the **Bitfinex** global cryptocurrency exchange; and...the individuals responsible for the **Bitfinex** hack, where the ...

District of Columbia | Criminal Division | United States Department of Justice
https://www.justice.gov/usao-dc/criminal-division
...to Narcotics and Firearms Counts **Bitfinex** Hacker Sentenced in Money Laundering

Computer Crime and Intellectual Property Section (CCIPS) | Selected CCIPS Press Releases - 2023
https://www.justice.gov/criminal-ccips/selected-ccips-press-releases-2023

Document title: Bitfinex - Department of Justice Search Results
Capture URL: https://search.justice.gov/search?utf8=%E2%9C%93&affiliate=justice&query=Bitfinex
Capture timestamp (UTC): Thu, 01 May 2025 22:07:53 GMT

District of Columbia | United States Attorney Matthew M. Graves to Step Down January 16, 2025 | United States Department of Justice
https://www.justice.gov/usao-dc/pr/united-states-attorney-matthew-m-graves-step-down-janu...
...cryptocurrency from the hack of the **Bitfinex** global cryptocurrency exchange; and...the individuals responsible for the **Bitfinex** hack, where the ...

District of Columbia | Criminal Division | United States Department of Justice
https://www.justice.gov/usao-dc/criminal-division
...to Narcotics and Firearms Counts **Bitfinex** Hacker Sentenced in Money Laundering

Computer Crime and Intellectual Property Section (CCIPS) | Selected CCIPS Press Releases - 2023
https://www.justice.gov/criminal-ccips/selected-ccips-press-releases-2023
Obstruction of Justice, August 28, 2023 **Bitfinex** Hacker and Wife Plead Guilty to Money

The Report of the Attorney General Pursuant to Section 5(b)iii of Executive Order 14067: The Role of Law Enforcement in Detecting, Investigating, and Prosecuting Criminal Activity Related to Digital Assets
https://www.justice.gov/usdoj-media/ag/media/1245466/dl?inline=...
...illicit wealth.26 7 -----~o~----- **BITFINEX** The **Bitfinex** case is an example of the Department's...was stolen during the 2016 hack of **Bitfinex**, a ...

Department of Justice | Information for Victims in Large Cases | United States Department of Justice
https://www.justice.gov/information-victims-large-cases
...a virtual currency exchange named **Bitfinex** and stole approximately 120,000 bitcoin

The Report of the Attorney General Pursuant to Section 5(b)iii of Executive Order 14067: The Role of Law Enforcement in Detecting, Investigating, and Prosecuting Criminal Activity Related to Digital Assets
https://www.justice.gov/ag/file/1557146/dl?inline=...
...illicit wealth.26 7 -----~o~----- **BITFINEX** The **Bitfinex** case is an example of the Department's...was stolen during the 2016 hack of **Bitfinex**, a ...

The Report of the Attorney General Pursuant to Section 5(b)iii of Executive Order 14067: The Role of Law Enforcement in Detecting, Investigating, and Prosecuting Criminal Activity Related to Digital Assets
https://www.justice.gov/usdoj-media/ag/media/1263706/dl?inline=...
...illicit wealth.26 7 -----~o~----- **BITFINEX** The **Bitfinex** case is an example of the Department's...was stolen during the 2016 hack of **Bitfinex**, a ...

The Report of the Attorney General Pursuant to Section 5(b)iii of Executive Order 14067: The Role of Law Enforcement in Detecting, Investigating, and Prosecuting Criminal Activity Related to Digital Assets
https://www.justice.gov/ag/media/1263706/dl?inline=...
...illicit wealth.26 7 -----~o~----- **BITFINEX** The **Bitfinex** case is an example of the Department's...was stolen during the 2016 hack of **Bitfinex**, a ...

OIP Closed FOIA Log
https://www.justice.gov/oip/foia-library/closed/closed_foia_log_january_%202021_r/dl
...01/03/2022 Records concerning TETHER or **Bitfinex**. Directed Requester to Another Entity

OIP Closed FOIA Log
https://www.justice.gov/oip/foia-library/closed/closed_foia_log_january_%202021_r/dl?inline=...
...01/03/2022 Records concerning TETHER or **Bitfinex**. Directed Requester to Another Entity

OIP Closed FOIA Log
https://www.justice.gov/usdoj-media/oip/media/1220221/dl?inline=...
...01/03/2022 Records concerning TETHER or **Bitfinex**. Directed Requester to Another Entity

Powered by Search.gov

**If you can't find what you're looking for, you may want to try searching the Justice.gov Archive.**

1 2 3 Next »



Document title: Bitfinex - Department of Justice Search Results
Capture URL: https://search.justice.gov/search?utf8=%E2%9C%93&affiliate=justice&query=Bitfinex
Capture timestamp (UTC): Thu, 01 May 2025 22:07:53 GMT

# EXHIBIT I

Page Vault

| | |
|---|---|
| Document title: | "Bitfinex" AND "Hack" - Google Search |
| Capture URL: | https://www.google.com/search?q=%22Bitfinex%22+AND+%22Hack%22&sca_esv=1740ddc3d2160827&source=hp&ei=CrcTaPysKL3V5NoP5Z7o4Q0&iflsig=ACkRmUkAAAAAaBPFGoIDJWklHRvfL2A_c7Mal-3hZEH3&ved=0ahUKEwj82fmd7YKNAxW9KlkFHWUPOtwQ4dUDCCE&uact=5&oq=%22Bitfinex%22+AND+%22Hack%22&gs_lp=Egdnd3Mtd2l6GgIYAiIVIkJpdGZpbmV4IiBBTkQgIkhhY2siMgYQABgWGB4yBhAAGBYYHjIGEAAYFhgeMgYQABgWGB4yBhAAGBYYHjIJEAAYFhjHAxgeMgkQABgWGMcDGB5InilQhwpYliVwAXgAkAEAmAFooAHbCKoBBDIwLjG4AQPIAQD4AQGYAhWgAp8JqAIKwgIaEAAYgAQYtAIY1AMY5QIYtwMYigUY6gIYigPCAh0QABiABBi0AhjUAxjlAhi3AxiKBRjqAhiKAxiLA8ICERAuGIAEGJECGNEDGMcBGIoFwgILEAAYgAQYkQIYigXCAg4QLhiABBixAxjRAxjHAcICCxAuGIAEGLEDGIMBwgIREC4YgAQYsQMY0QMYgwEYxwHCAg4QABiABBixAxiDARiKBcICDhAuGIAEGLEDGIMBGIoFwgILEAAYgAQYsQMYgwHCAggQABiABBixA8ICBRAAGIAEwgIQEAAYgAQYsQMYQxiDARiKBcICEBAuGIAEGNEDGEMYxwEYigXCAâ€¦ |
| Page loaded at (UTC): | Thu, 01 May 2025 18:01:55 GMT |
| Capture timestamp (UTC): | Thu, 01 May 2025 18:02:52 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | 8bMgrhhRSJbdx3FBQvrKDn |
| Display Name: | cmartin |

"Bitfinex" AND "Hack"

Sign in

All Videos Images News Short videos Shopping Forums ⋮ More Tools

ICE | U.S. Immigration and Customs Enforcement (.gov)
https://www.ice.gov › news › releases › bitfinex-hacker-s...

[Archived: Bitfinex Hacker Sentenced in Money Laundering ...]

Feb 27, 2025 — ... laundering conspiracy arising from the **hack** and theft of approximately 120000 bitcoin from **Bitfinex**, a global cryptocurrency exchange.

Department of Justice (.gov)
https://www.justice.gov › archives › opa › bitfinex-hac...

[Bitfinex Hacker Sentenced in Money Laundering ...]

Nov 14, 2024 — ... hack and theft of approximately 120,000 bitcoin from Bitfinex, a global cryptocurrency exchange. ... **bitfinex-hack**. Updated February 6, 2025 ...

Wikipedia
https://en.wikipedia.org › wiki › 2016_Bitfinex_hack

[2016 Bitfinex hack]

2016 **Bitfinex hack** ... The Bitfinex cryptocurrency exchange was hacked in August 2016. ... 119,756 bitcoins, worth about US$72 million at the time, were stolen.

IRS (.gov)
https://www.irs.gov › compliance › criminal-investigation

[Bitfinex hacker and wife plead guilty to money laundering ...]

... laundering conspiracies arising from the **hack** and theft of approximately 120000 bitcoin from **Bitfinex**, a global cryptocurrency exchange.

## Discussions and forums

[To all 2016 Bitfinex hack victims]

Reddit · r/CryptoCurrency · 10+ comments · 3 months ago

Bitfinex is claiming that they're the only victims of this hack and are entitled to 100% of the recovered BTC. They expect to hear from people by January 16th&nbs... More ›

[To all Bitfinex 2016 hack victims - Bitcoin]

Reddit · r/Bitcoin · 10+ comments · 3 months ago

[Do you think the hacker behind the Bitfinex cryptocurrency heist...]

Quora · 1 answer · 5 months ago

See more ›

Department of Justice (.gov)
https://www.justice.gov › usao-dc › 2016-bitfinex-hack

[District of Columbia | 2016 Bitfinex Hack]

Oct 29, 2024 — 2016 **Bitfinex Hack** ... Summary of the Case: In August 2016, defendant Ilya Lichtenstein hacked into a virtual currency exchange named Bitfinex and ...

Halborn
https://www.halborn.com › blog › post › explained-the-...

[Explained: The US Government - Bitfinex Hack (October ...]




In 2016 the **Bitfinex** crypto exchange was hacked for crypto worth approximately $72 million at the time. In the wake of the **hack**, U.S. law enforcement identified ...



## 2016 Bitfinex hack

The Bitfinex cryptocurrency exchange was hacked in August 2016. 119,756 bitcoins, worth about US$72 million at the time, were stolen.

Source: Wikipedia

**Start date:** August 2016

Feedback

Google "Bitfinex" AND "Hack" Sign in

https://www.halborn.com › blog › post › explained-the-...




[Explained: The US Government - Bitfinex Hack (October ...](https://www.halborn.com)

In 2016 the **Bitfinex** crypto exchange was hacked for crypto worth approximately $72 million at the time. In the wake of the **hack**, U.S. law enforcement identified ...

## People also ask

How safe is Bitfinex?

What happened to Heather and Ilya?

What was the ruling on Bitfinex?

How to get money out of Bitfinex?

Feedback

American Accounting Association
https://publications.aaahq.org › jeta › article › An-Expl...

An Exploration of the Money Laundering Associated with ...

Mar 1, 2024 — After the 2016 **hack**, **Bitfinex** halted all bitcoin withdrawals and trading, even though not all **Bitfinex** accounts were hacked, **Bitfinex** spread the ...

Reuters
https://www.reuters.com › legal › legalindustry › when-...

When stolen crypto is recovered, who is entitled to ...

Dec 9, 2024 — The 2016 **hack**. As court records detail it, in 2016, Ilya "Dutch" Lichtenstein breached **Bitfinex's** security system and stole 119,754 bitcoins ( ...

Time Magazine
https://time.com › Entertainment › movies



The True Story Behind Netflix's Biggest Heist Ever

Dec 6, 2024 — When $72 million worth of bitcoin was stolen from **Bitfinex**, a Hong Kong-based virtual cryptocurrency exchange, it was the second-largest **hack** of its kind.

## People also search for

| | |
|---|---|
| Bitfinex and hack **app** | Bitfinex and hack **2022** |
| Bitfinex hack **analysis** | Bitfinex hack **victims** |
| Bitfinex hack **documentary** | **Ilya Lichtenstein wikipedia** |
| **Heather Morgan** | **Ilya Lichtenstein Reddit** |

Gooooooooooogle ›
1 2 3 4 5 6 7 8 9 10 Next

● **United States** - Based on your past activity - Update location

Help Send feedback Privacy Terms

Document title: "Bitfinex" AND "Hack" - Google Search
Capture URL: https://www.google.com/search?q=%22Bitfinex%22+AND+%22Hack%22&sca_esv=1740ddc3d2160827&source=hp&ei=CrcTaPysKL3V5…
Capture timestamp (UTC): Thu, 01 May 2025 18:02:52 GMT