**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

v.

ILYA LICHTENSTEIN and
HEATHER MORGAN,
Defendants,

and JOHN DOE, et al.,
Petitioners

**Criminal No. 23-239 (CKK)**

_______________________________________/

**MOTION FOR ADMISSION OF ATTORNEY CHRISTOPHE DIFALCO PRO HAC VICE**

Pursuant to Local Criminal Rule 44.1 (c) & (d), Petitioner Pablo Garcia Illescas moves for the admission and appearance of attorney Christophe DiFalco pro hac vice in the above-captioned action. This motion is supported by the Declaration of Christophe DiFalco, filed herewith. As set forth in Mr. DiFalco's declaration, he is admitted and an active member in good standing in the following bars and courts: New York State Bar and Connecticut State Bar. This motion is supported and signed by Charles R. Haskell, Esq., an active and sponsoring member of the Bar of this Court.

Dated this 4th day of November, 2026.

Respectfully submitted,

/s/ Charles R. Haskell
Charles R. Haskell
DC Bar No.: 888304007
641 Indiana Ave. NW
Washington, DC 20004
Tel. (202) 888-2728
Charles@CharlesHaskell.com
*Local Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

Dated: November 4th, 2026

/s/ Charles R. Haskell
Charles R. Haskell
DC Bar No.: 888304007
641 Indiana Ave. NW
Washington, DC 20004
Tel. (202) 888-2728
Charles@CharlesHaskell.com
*Local Counsel for Defendant*