**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILYA LICHTENSTEIN and<br>HEATHER MORGAN,<br>Defendants,<br><br>and JOHN DOE, et al.,<br>Petitioners | **Criminal No. 23-239 (CKK)** |

______________________________________/

**DECLARATION OF CHRISTOPHE DIFALCO**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Christophe Leon DiFalco, hereby declare:

1. My full name is Christophe Leon DiFalco

2. My office address and telephone number is 1 Alhambra Plaza, Suite 1460, Coral Gables, FL 33134; Tel: 305-569-9800

3. I have been admitted to the following courts and bars: New York State Bar and Connecticut State Bar.

4. I certify that I have not been disciplined by any bar and I am in good standing with all bars to which I am admitted.

5. I have not previously been admitted *pro hac vice* in this Court.

6. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Miami, FL this 4th day of November 2026.

Respectfully submitted,

______________________________
Christophe Leon DiFalco, Esq.