**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ILYA LICHTENSTEIN and<br>HEATHER MORGAN,<br>Defendants,<br><br>and JOHN DOE, et al.,<br>Petitioners | **Criminal No. 23-239 (CKK)** |

______________________________________/

**[PROPOSED] ORDER**

This matter having come before this Court on a Motion for Admission Pro Hac Vice and,

**IT APPEARING TO THE COURT THAT:**

Mr. Christophe DiFalco meets all the requirements of Local Criminal Rule 44.1 (c) & (d), is a member in good standing of the State Bars of New York & Connecticut;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

Mr. Christophe DiFalco be permitted to serve as Lead Counsel for the petitioner Pablo Garcia Illescas in the above-captioned matter.

**SO ORDERED.**

___________________
Date

___________________________________
Judge Colleen Kollar-Kotelly
United States District Judge